1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| | | |
|---|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELINA GODOY, director of the Center; | ) ) ) ) ) ) ) | No. [              ] |
| | ) | COMPLAINT FOR DECLARATORY RELIEF FOR VIOLATING FOIA |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| DEPARTMENT OF DEFENSE; DEFENSE INTELLIGENCE AGENCY; and UNITED STATES SOUTHERN COMMAND; | ) ) ) ) | |
| Defendants. | ) ) ) | |

18    Plaintiffs, the University of Washington, the Center for Human Rights at the University

19  of Washington, and Angelina Godoy (collectively "the UWCHR"), allege as follows:

20                                 **INTRODUCTION**

21    1.    The UWCHR brings this action under the Freedom of Information Act

22  ("FOIA"), 5 U.S.C. § 552 *et seq.*, as amended to enjoin the Department of Defense, and its

23  agencies (together, "DOD") from continuing to improperly withhold agency records regarding

24  three significant military events in El Salvador in 1981 and 1982.  There is ample evidence that,

25  in this time, Salvadoran troops carried out a series of massacres and military sweeps that

26  resulted in thousands dead—mostly women and children.

27

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -1-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

2.      The first event at issue is the El Mozote Massacre.  From December 10 to 12, 1981, units of the Salvadoran army's Atlacatl Battalion occupied the village of El Mozote, killed the entire population, and set fire to the buildings.  The soldiers interrogated, tortured, and executed the men, raped and killed the women with machine guns, and hanged and slit the throats of the children.  A judge in El Salvador has recently reopened the case of El Mozote.

3.      The second event at issue is the Guinda de Mayo, a major military sweep through the Chalatenango region of El Salvador in May and June 1982.  The Atlacatl Battalion and the Belloso Battalion—which the United States trained at Fort Bragg, North Carolina—forcibly disappeared more than fifty people, many of them children.

4.      The third event at issue is the Teniente Colonel Mario Azenon Palma, a major military sweep through San Vicente in August 1982 ("Azenon Palma").  The Azenon Palma included the El Calabozo massacre, in which the Atlacatl Battalion reportedly killed more than 200 people, including women and children.  It also included an operation in La Conacastada in which military forces killed a group of civilians, including children, elderly people, and adults, and forcibly disappeared others.

5.      The United States provided approximately $5 billion in aid to El Salvador during its Civil War and advised the Salvadoran military on counterinsurgency tactics.  The public has the right to investigate and obtain information regarding whether that aid was directed toward any of these condemnable acts.  Dr. Rowan Williams, the former Archbishop of Canterbury, who currently chairs a working group of the UK Equality and Human Rights Commission, has observed that the U.S. Government has a "particularly strong moral obligation to make available any records which will assist in bringing to justice those who it previously aided or protected."  *See* Ex. A ¶ 12.

6.      The UWCHR is informed and believes that the DOD possesses responsive records.  Numerous DOD records discussing these incidents are publicly available.

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -2-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## JURISDICTION

7.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

8.      Venue in the Western District of Washington is proper under 5 U.S.C. § 552(a)(4)(B).  Independently, venue is proper in the Western District of Washington because all Plaintiffs reside in Seattle, Washington.

## PARTIES

9.      Plaintiff, the University of Washington, is a Washington state agency and the state's largest public research university.  Its business offices are in Seattle, Washington.

10.      Plaintiff, the Center for Human Rights at University of Washington, is an organization within the University of Washington.  The Washington Legislature created the Center for Human Rights in 2009 to expand opportunities for Washington residents to receive a world-class education in human rights, generate research data and expert knowledge to enhance public and private policymaking, and to be an academic center for human rights teaching and research.  The Center for Human Rights focuses on, among other things, the rights of all persons to security against violence.  Its offices are in Seattle, Washington.

11.      Plaintiff, Angelina Godoy, is the director of the Center for Human Rights and the Helen H. Jackson Chair in Human Rights at the Jackson School of International Studies at the University of Washington.  Ms. Godoy resides in Seattle, Washington.

12.      Defendant Department of Defense is a federal agency within the meaning of 5 U.S.C. § 552(4) and 5 U.S.C. § 552a(a)(1).

13.      Defendant Defense Intelligence Agency is a federal agency within the meaning of 5 U.S.C. § 552(4) and 5 U.S.C. § 552a(a)(1).

14.      Defendant United States Southern Command is a federal agency within the meaning of 5 U.S.C. § 552(4) and 5 U.S.C. § 552a(a)(1).

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -3-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## FACTS

## UWCHR'S FOIA Requests to the DOD

**El Mozote**

15.     On December 7, 2016, Ms. Godoy made, on behalf of the UWCHR, a written FOIA request to Alesia Williams, the Chief of the FOIA and Declassification Services Office for the Defense Intelligence Agency ("DIA"), and to Marco T. Villalobos, the Command FOIA Manager for the United States Southern Command ("Southcom").  The DIA and Southcom are divisions of the DOD.  The requests sought:

> All information, including but not limited to, biographic sketches, intelligence reports, background, informational reports, briefings, and memos regarding the alleged massacre in El Mozote, in Morazán department, El Salvador on December 11, 1981.  We are specifically interested in the documents that were generated by the investigations conducted by Defense attachés stationed at the U.S. Embassy in San Salvador from January to March of 1982.

For convenience and contest, both requests included previously released State Department cables that referenced investigations conducted by DOD attachés.  The request to the DIA is hereinafter referred to as "Case 198A" and the request to Southcom as "Case 198D."

16.     On February 3, 2017, Ms. Williams at DIA responded to Case 198A that "no documents responsive to your request were found."

17.     On information and belief, the DIA possesses documents responsive to Case 198A.

18.     Attached as Exhibit B is an example of one publicly available document responsive to Case 198A that UWCHR believes to be within the DIA's possession.  The document is a cable sent from the American Embassy in San Salvador to the Secretary of State in Washington, D.C. regarding its massacre investigations.  Paragraph 2 of the cable state "defense attaches have been trying for days without success to identify units of Salvadoran Army in El Mozote at time massacre allegedly occurred."  *See id.*

19.     Attached as Exhibit C is another example of a publicly available document responsive to Case 198A that UWCHR believes to be within the DIA's possession.  The

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -4-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

document is a re-transmittal of the defense attache's February 1982 documentation of the El Mozote massacre. *See id.*

20.    On May 3, 2017, Ms. Godoy filed an administrative appeal of the DIA's response in Case 198A.  On June 1, 2017, Ms. Williams sent a letter to Ms. Godoy informing the UWCHR that DIA would be unable to respond within FOIA's statutory twenty-day time period.

21.    Southcom has not responded to Case 198D.

22.    On April 28, 2017, Ms. Godoy made, on behalf of the UWCHR, written FOIA requests to Ms. Williams at the DIA and Mr. Villalobos at Southcom.  The requests sought: "All documents, from June 1, 1981 to December 31, 1982, related in whole or in part, to operations of the Salvadoran Armed Forces in Morazan Department, El Salvador. [Including but not limited to sweep operation beginning December 6, 1981.]"  Both requests included, for reference, a previously declassified intelligence report regarding the operation.  The request to the DIA is hereinafter referred to as "Case 220A" and the request to Southcom as "Case 220D."

23.    The DIA has not responded to Case 220A.

24.    On information and belief, the DIA possesses records responsive to the request in Case 220A.

25.    On June 27, 2017, Mr. Villalobos responded in Case 220D that Southcom "found no responsive records."

26.    On information and belief, Southcom possesses records responsive to the request in Case 220D.

27.    Attached as Exhibit D is an example of one publicly available document responsive to Case 220D that UWCHR believes to be within Southcom's possession.  The document is a telegram sent from the American Embassy in San Salvador to DOD-Southcom regarding operations of Salvadoran Armed Forces, referencing combat in the Morazán department.  *See id.*

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -5-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

28.     On September 1, 2017, UWCHR filed an administrative appeal in Case 220D. UWCHR has not yet received a response to that appeal.

**Guinda de Mayo**

29.     On September 27, 2016, Ms. Godoy made, on behalf of UWCHR, written requests to Ms. Williams at the DIA and Mr. Villalobos at Southcom.  The requests sought: "All documents regarding El Salvadoran military operations in Chalatenango department of El Salvador in May and June 1982, along the Salvadoran-Honduran border near Rio Sumpul." The request to the DIA is hereinafter referred to as "Case 180A," and the request to Southcom as "Case 180D."

30.     On December 15, 2016, Ms. Williams of the DIA responded in Case 180A that "no documents responsive to your request were found."

31.     On information and belief, the DIA possesses records responsive to the request in Case 180A.

32.     On March 15, 2017, the UWCHR filed an administrative appeal in Case 180A. On April 21, 2017, Michael E. Bearden, the Chief of the Office of Facility Services, responded that DIA had conducted a second search, which located no responsive documents.  Mr. Bearden concluded: "I find that DIA personnel performed an adequate search for document responsive to your request.  Please be advised that no further action will be taken regarding this appeal."

33.     On June 27, 2017, Mr. Villalobos responded in Case 180D that Southcom "found no responsive records."

34.     On information and belief, Southcom possesses records responsive to the request in Case 180D.

35.     Attached as Exhibit E is an example of one publicly available document responsive to Case 180D that UWCHR believes to be within Southcom's possession.  The document is a telegram sent from the American Embassy in Tegucigalpa regarding reports of

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -6-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

massacres during Salvadoran military operations in the Chalatenango department of El Salvador. *See id.*

36. On September 8, 2017, UWCHR filed an administrative appeal in Case 180D. UWCHR has not yet received a response to that appeal.

37. On September 27, 2016, Ms. Godoy made, on behalf of UWCHR, written FOIA requests to Ms. Williams at the DIA and Mr. Villalobos at Southcom. The requests sought:

> All document[s] regarding the operations of these following military Units in May and June 1982 in the Chalatenango department in El Salvador along the Salvadoran-Honduran border near Rio Sumpul (Sumpul River).

• 4th infantry brigade at el Paraiso, Chalatenango

• First Artillery Brigade at San Juan, Opico

• Air force

• The Rapid Response Battalions Ramon Belloso and Atlacatl in Chalatenango

The request to the DIA is hereinafter referred to as "Case 182A," and the request to Southcom as "Case 182D."

38. On December 15, 2016, Ms. Williams responded in Case 182A that "no documents responsive to your request were found" by the DIA.

39. On information and belief, the DIA possesses records responsive to the request in Case 182A.

40. On March 1, 2017, UWCHR filed an administrative appeal in case 182A. On April 21, 2017, Mr. Bearden responded that DIA had conducted a second search, which located no responsive documents. Mr. Bearden concluded: "I find that DIA personnel performed an adequate search for document responsive to your request. Please be advised that no further action will be taken regarding this appeal."

41. On November 30, 2016, Mr. Villalobos responded in Case 182D that Southcom "found no responsive records."

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -7-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

42.    On information and belief, Southcom possesses records responsive to the request in Case 182D.

43.    On March 1, 2017, UWCHR filed an administrative appeal in Case 182D.  On March 18, 2017, Daneaka Spear, the Chief of the Appeals Office for the Department of Defense's Freedom of Information Division, responded that DOD was "unable to complete your appeal within the statutory time requirement."

**Azenon Palma**

44.    On May 16, 2016, Emily Willard (a research fellow at the UWCHR) made, on behalf of the UWCHR, written FOIA requests to Ms. Williams at the DIA and Mr. Villalobos at Southcom.  The requests sought:

> All records about the Salvadoran military operations in the northern part of San Vicente department, El Salvador in August 1982, including but not limited to the military operation "Teniente Coronel Mario Azenon Palma" or a.k.a. "Mario Azenón Palma" from August 17-30, 1982. We are interested in all records, including but not limited to, reports, briefs, summaries, and talking points before, during, and after the operation(s) within the date range of June 1, 1982 through December 31, 1983.

The requests included additional information about the Azenon Palma operation and attached a previously released CIA document, as well as reports from the United Nations and the UWCHR, discussing the massacre.  The request to the DIA is hereinafter referred to as "Case 171A," and the request to Southcom as "Case 171D."

45.    The DIA has not yet responded to the request in Case 171A.

46.    On information and belief, the DIA possesses records responsive to the request in Case 171A.

47.    On June 27, 2017, Mr. Villolobos responded in Case 171D that Southcom "found no responsive records."

48.    On information and belief, Southcom possesses records responsive to the request in Case 171D.

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -8-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

49. Attached as Exhibit F is an example of one publicly available document responsive to Case 171D that UWCHR believes to be within Southcom's possession. The document is a cable sent from the American Embassy in San Salvador to the Secretary of Defense (DOD) and Commander in Chief of Southcom (USCINCSO) about Salvadoran military operations in the Department of San Vicente, including operation "Azenon Palma." *See id*.

50. On September 5, 2017, the UWCHR filed an appeal in Case 171D. It has not yet received a response to that appeal.

**Atlacatl Battalion**

51. On November 10, 2016, Ms. Godoy made, on behalf of the UWCHR, written FOIA requests to Ms. Williams at the DIA and Mr. Villalobos at Southcom. The requests sought:

> All information, including but not limited to, biographic sketches, intelligence reports, background, informational reports, briefings, and memos regarding the following Salvadoran military officers in their capacity as member of the Salvadoran Army's Unit Atlacatl Battalion between January 1980 and December 1982. We are not interested in personal or medical information.

Jose Antonio Rodriguez Molina

Domingo Monterrosa Barrios

Major Natividad de Jesús Cáceres Cabrera

Major José Armando Azmitia Melara

Roberto Alfonso Mendoza Portillo

Jaime Florez Grijalba

Sigifredo Ochoa Perez

Walter Oswaldo Salazar

Juan Ernesto Méndez Rodríguez

José Alfredo Jiménez

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -9-
4813-0046-4466v.2 0200873-000001

The request also attached a previously released DIA biosketch of Mr. Barrios.  The request to the DIA is hereinafter referred to as "Case 191A," and the request to Southcom as "Case 191D."

52.     On January 6, 2017, Ms. Williams at the DIA responded in Case 191A that "no documents responsive to your request were found."

53.     On information and belief, the DIA possesses documents responsive to the request in Case 191A.

54.     Attached as Exhibit G is an example of one publicly available document responsive to Case 191A that UWCHR believes to be within the DIA's possession.  The document is a biographical sketch generated by the Defense Intelligence Agency regarding Lieutenant Colonel Domingo Monterrosa Barrios of the Atlacatl Battalion.  *See id*.

55.     Attached as Exhibit H is another example of a publicly available document responsive to Case 191A that UWCHR believes to be within the DIA's possession.  The document is a December 1987 biosketch of Colonel Natividad de Jesús Cáceres Cabrera identifying him as serving in the Atlacatl Battalion from 1980-1982.  *See id*.

56.     On April 6, 2017, the UWCHR filed an administrative appeal in Case 191A.

57.     On September 29, 2017, the DIA responded to the UWCHR's appeal by producing two documents, both heavily redacted.  One document was the identical document the UWCHR had sent to DIA in its appeal—as proof DIA possessed responsive documents—except the DIA had un-redacted only one more sentence.  The DIA claimed it was required to redact the documents pursuant to Exemptions 1 and 3.  The DIA, however, has publicly released similar documents with far fewer redactions.

58.     On June 27, 2017, Mr. Villalobos responded in Case 191D that Southcom "found no responsive records."

59.     On information and belief, Southcom possesses records responsive to Case 191D.

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -10-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

60.     On September 15, 2017, the UWCHR filed an administrative appeal in Case 191D.

61.     The UWCHR has not received a response to its appeal in Case 191D.

**Belloso Battalion**

62.     On November 2, 2016, Ms. Godoy made, on behalf of the UWCHR, written FOIA requests to Ms. Williams at the DIA and Mr. Villalobos at Southcom.  The requests sought:

> All documents regarding the operations of the "Belloso Battalion" in El Salvador from 1980 to 1984. The Belloso Battalion was one of the six Batallones de Infantería de Reacción Inmediata (BIRIs, Rapid Reaction Infantry Battalions) formed in the early 1980s with the training and assistance of the United States. The Belloso Battalion was formed in early 1982, the second BIRI created following the formation of the Atlacatl Battalion in 1981. The Belloso was trained at Ft. Bragg, North Carolina. It was based in the Zona San Bartolo, an area on the northern outskirts of San Salvador and, like the other BIRIs, had the capability for fast deployment to any of the country's fourteen departments.

Each request included other titles to which the Belloso Battalion has been referred, as well as previously declassified documents (which were sent to the DIA) that discussed the Belloso Battalion.  The request to the DIA is hereinafter referred to as "Case 185A," and the request to Southcom as "Case 185D."

63.     On November 9, 2016, Ms. Williams at the DIA responded in Case 185A that "no documents responsive to your request were found."

64.     On information and belief, the DIA possesses documents responsive to the request in Case 185A.

65.     Attached as Exhibit I is an example of one publicly available document responsive to Case 185A that UWCHR believes to be within the DIA's possession.  The document is a cable sent from Defense Attache Office (USDAO) in San Salvador to the Defense Intelligence Agency mentioning upcoming operations of the Belloso Battalion.  *See id*.

66.     On January 10, 2017, the UWCHR filed an administrative appeal in Case 185A.

67.     The UWCHR has not received a response to its appeal in Case 185A.

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -11-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

68.    On June 27, 2017, Mr. Villalobos responded in Case 185D that Southcom "found no responsive records."

69.    On information and belief, Southcom possesses documents responsive to the request in Case 185D.

70.    Attached as Exhibit J is an example of one publicly available document responsive to Case 185D that UWCHR believes to be within Southcom's possession.  The document is a cable sent from the Department of Defense (USDAO) to the Commander in Chief of Southcom (USCINCSO) regarding the operations of the Belloso Battalion.  *See id.*

71.    On September 5, 2017, the UWCHR filed an administrative appeal in Case 185D.

72.    The UWCHR has not received a response to its appeal in Case 185D.

**Key Military Commanders**

73.    On March 9, 2017, Ms. Godoy made, on behalf of UWCHR, written FOIA requests to Ms. Williams at the DIA and Mr. Villalobos at Southcom.  The requests sought: "All documents including, but not limited to, memos, cables, briefings, and intelligence reports regarding El Salvador's former Minister of Defense Jose Guillermo Garcia in his official capacity."   The requests also included additional background information on Mr. Garcia and a previously declassified biography of Mr. Garcia from the CIA.  The request to DIA is hereinafter referred to as "Case 200A," and the request to Southcom as "Case 200D."

74.    On March 24, 2017, Ms. Williams at the DIA responded in Case 200A that "no documents responsive to your request were found."

75.    On information and belief, DIA possesses documents responsive to the request in Case 200A.

76.    Attached as Exhibit K is an example of one publicly available document responsive to Case 200A that UWCHR believes to be within Southcom's possession.  The

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

document is a cable sent from the Department of Defense to the Defense Intelligence Agency regarding former Minister of Defense Jose Guillermo Garcia. *See id.*

77.    On June 13, 2017, the UWCHR filed an administrative appeal in Case 200A.

78.    On June 27, 2017, Mr. Villalobos responded in Case 200D that Southcom "found no responsive records."

79.    On information and belief, Southcom possesses documents responsive to the request in Case 200D.

80.    Attached as Exhibit L is an example of one publicly available document responsive to Case 200D that UWCHR believes to be within Southcom's possession.  The document is a telegram from the Department of State entitled "The General (Garcia) who Came for Lunch" and was sent to Southcom on February 9, 1982.  *See id.*

81.    Attached as Exhibit M is another example of a publicly available document responsive to Case 200D that UWCHR believes to be within Southcom's possession.  The document is a cable from the Department of State entitled "Defense Minister Garcia's Speech to American Chamber … of Commerce" from April 1981.  *See id.*

82.    On information and belief, Southcom possesses documents responsive to the request in Case 200D.

83.    On August 29, 2017, the UWCHR filed an administrative appeal in Case 200D.

84.    The UWCHR has not yet received a response to its appeal in Case 200D.

85.    On May 1, 2017, Ms. Godoy made, on behalf of the UWCHR, written FOIA requests to Ms. Williams at the DIA and Mr. Villalobos at Southcom.  The requests sought:

> All documents from January 1, 1980 to the present regarding Salvadoran Lieutenant Colonel Domingo Monterrosa Barrios. The areas of his career of greatest interest are: 1) his service as Commander of the Atlacatl Battalion during the December 1981 "Operation Rescate" in the Morazan Department, and 2) his service as Commander of the Atlacatl Battalion during the August 1982 operation in San Vicente. During both these periods, there is ample evidence of massacres against civilians carried out by troops under his command.

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -13-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

The requests also included an outline of Lt. Colonel Monterrosa's military career and several attachments, including a Department of Defense document that referenced Monterrosa by name. The request to the DIA is hereinafter referred to as "Case 218A," and the request to Southcom as "Case 218D."

86.    The DIA has not yet responded to the request in Case 218A.

87.    On information and belief, the DIA possesses records responsive to the request in Case 218A.

88.    Attached as Exhibit N is an example of one publicly available document responsive to Case 218A that UWCHR belies to be within the DIA's possession. The document is an October 14, 1981 cable from the Department of Defense Joint Chiefs of Staff Message Center to the DIA regarding the "status of new Atlacatl Battalion," mentioning Monterrosa as its commander. *See id.*

89.    On June 27, 2017, Mr. Villalobos responded in Case 218D that Southcom "found no responsive records."

90.    On information and belief, Southcom possesses records responsive to the request in Case 218D.

91.    Attached as Exhibit O is an example of one publicly available document responsive to Case 218D that UWCHR believes to be within Southcom's possession. The document is a cable sent from the Department of Defense (USDAO) in San Salvador to the Commander in Chief of Southcom (USCINCSO) describing remarks made by Salvadoran Lieutenant Colonel Domingo Monterrossa regarding "Operation Rescate." *See id.*

92.    On September 1, 2017, the UWCHR filed an administrative appeal in Case 218D.

93.    The UWCHR has not received a response to its appeal in Case 218D.

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -14-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## FIRST CAUSE OF ACTION

### Violation of FOIA by the DOD for Failure to Make Promptly Available the Records Sought by the UWCHR's Requests.

94.     UWCHR repeats and realleges the allegations contained in paragraphs 1 through 93 above, inclusive.

95.     UWCHR has a legal right under FOIA to obtain the agency records it requested in Cases 171A, 171D, 180A, 180D, 182A, 182D, 185A, 185D, 191A, 191D, 198A, 198D, 200A, 200D, 218A, 218D, 220A, and 220D, and there exists no legal basis for the DOD's failure to make these records available to the public.

96.     The DOD's failure to make promptly available the records sought by UWCHR's requests violates FOIA, 5 U.S.C. § 552(a)(3)(A) and (a)(6)(A)(ii), and applicable regulations promulgated thereunder.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request the Court award them the following relief:

A.     Declare that the DOD has violated FOIA in its responses to the FOIA requests;

B.     Order the DOD to immediately disclose the requested records to Plaintiffs and enter an injunction prohibiting the DOD from continuing to withhold the requested records from the public;

C.     Award Plaintiffs their reasonable costs and attorneys' fees;

D.     Grant such further relief as the court may deem just and proper.

DATED this 11th day of December, 2017.

<div style="margin-left:40%">

Davis Wright Tremaine LLP
Special Assistant Attorneys General

By /s/ Jordan Clark
    Jordan Clark, WSBA #49659
    1201 Third Avenue, Suite 2200
    Seattle, WA  98101-3045
    Telephone: (206) 757-8176
    Fax: (206) 757-7176
    E-mail: jordanclark@dwt.com

</div>

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -15-
4813-0046-4466v.2 0200873-000001

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Thomas R. Burke*
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6552
Fax: (415) 276-6599
E-mail: thomasburke@dwt.com

Attorneys for Plaintiffs the Center for
Human Rights at the University of
Washington, the University of Washington
and ANGELINA GODOY

*pro hac vice application forthcoming*

COMPLAINT FOR DECLARATORY
RELIEF FOR VIOLATING FOIA -16-
4813-0046-4466v.2 0200873-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

**EXHIBIT A**

DECLARATION OF DR ROWAN DOUGLAS WILLIAMS, MASTER OF MAGDALENE COLLEGE, CAMBRIDGE, SOMETIME ARCHBISHOP OF CANTERBURY.

I, Rowan Douglas Williams, am over 18 years of age and am competent to testify as follows:

1.   I am a member of the British House of Lords and of Her Majesty's Privy Council, Master of Magdalene College, Cambridge, Chancellor of the University of South Wales and Chair of Trustees of Christian Aid (the major church-based international development agency in the UK).

2.   Prior to my current position, I was Archbishop of Canterbury and before that had a long career as priest, bishop and theologian, holding academic appointments in the Universities of Oxford and Cambridge.  I am a Fellow of the British Academy, of the Royal Society of Literature and of the Learned Society of Wales.

3.   I held the office of Archbishop of Canterbury from 2002 to 2012, maintaining a close watch on global events throughout and since that period, with a special concern for human rights, on which I have lectured in Geneva to UN bodies.  I currently chair a working group of the UK Equality and Human Rights Commission.  I have studied the origins and consequences of El Salvador's civil war and have met with people living in El Salvador during the conflict including the late Archbishop Romero's former secretary and the Anglican bishop in El Salvador, Martin Jesus de Barahona and his family; these were people with direct firsthand experience of conditions during the war and the levels of violence against civilians.

4.   Through these contacts in particular, I have built up a clear picture of the situation in El Salvador, especially of the patterns of violent intimidation of critics of the regime during the civil conflicts, and the harassment, threat, and assault suffered by those offering help to victims of violence.

5.   My interest as a Christian leader naturally focused on the late Roman Catholic Archbishop of San Salvador, Oscar Romero (I am now a patron of the UK based Oscar Romero Foundation). Mgr Romero was a moral leader of exceptional stature, and an outspoken critic of the widespread violent crimes perpetrated by the then government against its own people. I have in recent years read much about and spoken and written about Archbishop Romero.

6.   Romero in my view was a great gift of God to the whole people of God, in and beyond El Salvador.  He gave voice to the cries of the poorest and most marginalized, embracing this role most fully and passionately after the slaughter of unarmed peasants by the Salvadorean National Guard and the murder of his Jesuit friend Fr Rutilio Grande, in March 1977.

7.   Romero urged the soldiers of the government to lay down their arms rather than obey unjust orders, and commanded the leaders of El Salvador to stop the killing and intimidation.  These efforts to use his role as a church leader to protect the poor and vulnerable resulted in his assassination on 24 March 1980.  He is commemorated as a martyr in the Church of England (his statue can be seen on the West Front of Westminster Abbey) and the Roman Catholic Church.  Earlier this year (May 2015) he was beatified by the Roman Catholic Church, the penultimate step before being officially declared a saint.

8.   To be declared a martyr means that someone is recognised as having given their life in defence of the Christian faith.  The significant aspect of declaring Romero a saint and martyr is that it recognizes that advocacy for the poor and the defence of justice may be counted as defence of the Christian faith.

9.   I understand that the University of Washington Center for Human Rights (UWCHR) is collaborating with a human rights centre in El Salvador in an effort to gather evidence

regarding massacres of civilians which took place during the civil war, as well as evidence regarding the assassination of Mgr Romero. One purpose of this is to assist the effort to bring various charges, including war crimes, against some of those who were involved in these acts.

10. I strongly support UWCHR's efforts to obtain justice for the victims of the Salvadorean civil war.

11. I further understand that the US Central Intelligence Agency (CIA) has refused to disclose to the UWCHR records which it holds that may be relevant to these crimes.

12. Echoing Mgr Romero's call to the government of El Salvador to act transparently and ethically, I would make the same plea to the US government. The US administration, including the CIA, was deeply involved in El Salvador's civil war. The US government provided billions of dollars' worth of military and economic assistance to the government of El Salvador during the period of the war, despite widespread media exposure of the massacre of civilians and many other violations of human rights in El Salvador. In the light of this, the US administration has a particularly strong moral obligation to make available any records which will assist in bringing to justice those whom it previously aided or protected.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.


EXECUTED on this tenth day of August, 2015, at Magdalene College, Cambridge, UK.


+ Rowan Williams

Rowan Douglas Williams, Lord Williams of Oystermouth, PC

Master of Magdalene College, Cambridge

Sometime Archbishop of Canterbury


Master's Lodge                           Office  (44) 1223 332144

Magdalene College,                          email jeh34@cam.ac.uk

Cambridge CB3 0AG

UK

13

# EXHIBIT  B



# *Department of State*  TELEGRAM

CONFIDENTIAL

AN: D820056-0186

CONFIDENTIAL

PAGE 01        SAN SA  00825  01 OF 02  020334Z
ACTION SS-25

INFO  OCT-01  ADS-00  SSO-00  /026 W
------------------306353  020347Z /60
O 021338Z FEB 82
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC IMMEDIATE 7701

C O N F I D E N T. I A L SECTION 1 OF 2 SAN SALVADOR 0825

EXDIS

E. O. 12065: RDS-1 2/1/02 (HINTON, DEANE R.) OR-M
TAGS: PINS, PINR, MILI, ES
SUBJ: (C) MORE ON ALLEGED MORAZAN MASSACRE: SAN ANTONIO ABAD:
AND NUNS

1. (C-ENTIRE TEXT.)

2. SINCE DEFENSE ATTACHES HAVE BEEN TRYING FOR DAYS
WITHOUT SUCCESS TO IDENTIFY UNITS OF SALVADORAN ARMY IN
EL MOZOTE AT TIME MASSACRE ALLEGEDLY OCCURRED, I QUERIED
MILGP COMMANDER TODAY IF IT WERE POSSIBLE HIGH COMMAND DID
NOT KNOW WHERE AND WHEN THEIR FIELD FORCES OPERATED.
NOT IT WAS NOT, HE TOLD ME. ACCORDINGLY I ASKED HIM TO
GET ANSWER.

3. HE WENT TO CHIEF OF STAFF, WHO SAID DEFENSE MINISTER
WANTED NO ONE OTHER THAN HIMSELF TO DEAL WITH THAT
QUESTION.

4.. THIS AFTERNOON I CALLED ON GENERAL GARCIA.
WE JOSHED A BIT AS IS OUR WONT, THEN GARCIA COMPLIMENTED
ME ON MY WASHINGTON POST INTERVIEW WHICH HE SAID PUT
THINGS EXACTLY RIGHT. I THANKED HIM BUT SAID HE HAD
BETTER KEEP THAT OPINION TO HIMSELF SINCE I UNDERSTOOD
TOM ENDERS HAD TODAY TOLD THE LONG COMMITTEE THAT HE
CONFIDENTIAL
CONFIDENTIAL

PAGE 02        SAN SA  00825  01 OF 02  020334Z

DID NOT SHARE MY VIEWS ABOUT MILITARY MATTERS.

CONFIDENTIAL

CONFIDENTIAL

5. WITH THE MENTION OF ENDERS, I EXPLAINED TO GARCIA
THAT TOM HAD TODAY GONE TO CONGRESS TO DEFEND THE
ADDITIONAL 55 MILLION IN MILITARY ASSISTANCE TO
EL SALVADO AND THAT FOR A GOOD PART OF THE REST OF
THIS WEEK HE WOULD BE BEFORE CONGRESSIONAL COMMITTEES
EXPLAINING THE PRESIDENT'S CERTIFICATION WHICH
PERMITTED CONTINUED AID TO EL SALVADOR. IN THIS
CONNECTION, I SAID, REPORTS PUBLISHED IN THE WASHINGTN
POST AND THE NEW YORK TIMES ABOUT ALLEGED MORAZAN
MASSACRE AND THE INCIDENT OF NIGHT BEFORE LAST CAUSED
GREAT CONCERN. I ADDED THERE WAS ONE GOOD SENTENCE
IN THE BONNER PIECE AND READ TO HIM THE SENTENCE
SAYING THERE WAS NO INDEPENDENT CONFIRMATION WHO DID
THE KILLINGS AND HOW MANY HAD BEEN KILLED.

6. HE SAID THE MORAZAN BUSINESS WAS A "NOVELA", PURE
MARXIST PROPAGANDA DEVOID OF FOUNDATION.

7. I SAID IT WAS CLEARLY PROPAGANDA THAT ITS
TIMING HAD BEEN CAREFULLY CLACULATED BUT THERE
WERE SO MANY DETAILS THAT IT WAS DIFFICULT TO DEAL
WITH THE STORIES. I WAS PARTICULARLY CONCERNED OVER
THE REFERENCES TO THE ATLACATL BATTALION AND
LTS. CACERES AND ORTEGA. COULD HE TELL ME IF THE
ATLACATL BATTALION HAD ACTUALLY BEEN ENGAGED AT
EL MOZOTE. COULD HE TELL ME WHO LTS. CACERES AND
ORTEGA WERE. HE SAID IMMEDIATELY THAT THERE WAS A
MAJOR CACERES WHO WAS THE DEPUTY COMMANDER OF THE
ATLACATL BATTALION AND WHO WAS A STRAIGHTFORWARD,
HONORABLE SOLDIER WHO WOULD NEVER HAVE KILLED
WOMEN AND CHILDREN AS DESCRIBED IN THE STORY.
CONFIDENTIAL
CONFIDENTIAL

PAGE 03         SAN SA  00825  01 OF 02  020334Z

HE DID NOT KNOW WHO LT. ORTEGA MIGHT BE BUT HE
WOULD INQUIRE. AFTER SOME FURTHER DISCUSSIO, HE
SAID THE ATLACATL BATTALION HAD BEEN AT EL
MOZOTE DURING THE DECEMBER SWEEP. BUT HE REITERATED
THAT THE STORY WAS A PACK OF LIES. HE WOULD HOWEVER,
TALK TO MAJOR CACERES AND GET HIS STORY SO THAT
HE WOULD BE PREPARED WHEN HE GOT TO WASHINGTON AND
HE WOULD ALSO EXAMINE THE DAILY ACTION
REPORTS RECEIVED FROM UNITS IN THE OPERATION
REPORTING ON FRIENDLY, ENEMY, AND OTHER CASUALTIES

CONFIDENTIAL



CONFIDENTIAL

TO SEE WHAT THEY SHOWED. HE ASKED ME TO LEAVE
WITH HIM THE STORIES AND I DID SO ADDING AS A
SWEETNER THE WASHINGTON POST EDITORIAL OF JANUARY 29
SUPPORTING OUR COMMON POLICIES. AS FOR THE SAN
ANTONIO ABAD INCIDENT, THAT TOO WAS BEING DISTROTED

CONFIDENTIAL

CONFIDENTIAL

DECLASSIFIED

CONFIDENTIAL

HIM ONCE AGAIN TO EXHORT HIS COMMANDER TO EXERCISE
MORE RIGOROUS CONTROL OVER THEIR FORCES.

10. GARCIA THEN SAID IT WAS INTERESTING THE LEFT
WAS NO LONGER SAYING ANYTHING ABOUT THE NUNS CASE
AND WE AGREED THAT THIS WAS BECAUSE REAL PROGRESS HAS
BEEN MADE AND THEY KNOW IT.

11. HE THEN SAID HE WANTED TO TELL ME OF GROWING
RESENTMENT IN THE ARMY OVER PROPOSALS FROM POLITICIANS, THAT
THE ANNOUNCEMENT OF THE TURNOVER OF THE ACCUSED FOR TRAIL
MIGHT BE MADE BY POLITICANS AND NOT BY THE ARMED
FORCES. FROM THIS I INFERRED THAT HE AND DUARTE ARE
BICKERING OVER WHO WILL SAY WHAT, WHEN. HE ASKED ME FOR
MY VIEW.

12. I REPLIED THAT IN MY PERSON OPINION IT WAS NOT
*TOO IMPORTANT WHO MADE THE ANNOUNCEMENT BUT THAT IT*
WAS CRUCIAL THAT THE PRISONERS NOT BE TURNED OVER TO
THE CIVILIAN AUTHORITIES UNTIL THE CIVILIAN AUTHORITES
HAD SORTED OUT HOW TO HANDLE THE PROSECUTION. I SAID
I HAD JUST LEARNED THAT AS OF SATURDAY, FISCALIA
(ATTOENY GENERAL'S OFFICE) WAS FAR FROM HAVING
DEVELOPED A PROSECUTION STRAGEGY THAT WOTBLD WORK.
NO ONE, IN MY VIEW, NEITHER THE ARMED FORCES NOR
THE POLITICANS, NOR MY GOVERNMENT COULD BENEFIT FROM
A LACK OF CARE ON JUDICIAL QUESTINS WERE THAT TO
UNDO THE SPLENDID EFFORTS OF THE MILITARY INVESTIGATION.
WHAT WE WANTED WAS FOR THE KILLERS TO BE BROUGHT
EFFECTIVELY TO JUSTICE. ONCE THE CASE WAS READYS
FOR PRESENTATION DEA
CONFIDENTIAL
CONFIDENTIAL

PAGE 03          SAN SA  00825  02 OF 02  020342Z

TILED ANNOUNCEMET SHOULD OF COURSE
BE MADE BY WHOM WAS NOT MY PRINCIPAL CONCERN AND,
IN THE MEANTIME, GENERAL STATEMENTS SUCH AS HE HAD MADE
LAST KUEK COULD 9E USEFUL.

13. HE ASKED ME WHEN I THOUGH THE CIVILIAN AUTHORITIES
WOULD BE READY. I SAID I HOPED WITHIN A FEW DAYS.
HE SAIE HE HOPED SO, TOO, BECAUSE THE GUARD, IN ADDITION
*TO ITS OTHELFPROBLEMS, WANTED TO BE FREED OF GUARDING*
THE PRISONERS.

14. I TOOK MY LEAVE. HE THANKED ME FOR ALERTING HIM
CONFIDENTIAL

**DECLASSIFIED**

CONFIDENTIAL

TO THE NEED TO BE WELL PREPARED FOR HIS VISIT TO
WASHINGTON, AND I WISHED HIM A GOOD TRIP.

15. COMMENT: GARCIA'S ACCOUNT IN PARAGRAPH 7 OF SAN ANTONIO
ABAD INCIDENT IN INCONSISTENT BOTH WITH THE RELEASE
ISSUED BY THE HIGH COMMANDE LISTING MULTIPLE
LOCATIONS THROUGHT THE NIGHT AND WITH J CEPORT BYSF
PALACIOS TO DATT THAT THERE WAS A FIRE WHICH CAUSED
CONFUSION AND LET TO PERHAPS INNOCENT PEOPLE
BEING KILLED.
HINTON

CONFIDENTIAL

CONFIDENTIAL

DECLASSIFIED

# EXHIBIT  C

~~CONFIDENTIAL~~

TEXT: 1. (C/NF) AS THE TENTH ANNIVERSARY OF THE
ALLEGED EL MOZOTE //GEO COORD 1355N 8808W// MASSACRE BY
BIRI ATLACATL TROOPS APPROACHES, THE ISSUE IS GAINING
CONSIDERABLE MOMENTUM AS A RENEWED HUMAN RIGHTS RALLYING
CRY. THE FOLLOWING IS A RE-TRANSMITTAL OF THE ONLY
ON-STATION USDAO SAN SALVADOR DOCUMENTATION OF THE
ALLEGED INCIDENT. IT IS RE-TRANSMITTED AS A BASELINE
DOCUMENT FOR THE INTELLIGENCE COMMUNITY. COMMUNITY-WIDE
DOCUMENT SEARCH IS REQUESTED ON BEHALF OF AMBASSADOR.
RE-TRANSMITTED IIR IS CONFIDENTIAL/NOFORN IN ENTIRETY.

BEGIN QUOTE:

- FROM: USDAO SAN SALVADOR ES

- TO: DIA WASH DC//JSI-4B/OS-1 /DB-3E2//DB-3E

- INFO: USCINCSO QUARRY HTS PN//SCJ2
- CDR193RDINFBDE(PAN) FT CLAYTON PN//IAGPP-PN
- COMUSFORCARIB KEY WEST FL//J2
- USDAO GUATEMALA CITY GT
- USDAO MEXICO CITY MX

- CONFIDENTIAL NOFORN

- SUBJ: IR 6 829 0038 82/EL SALVADOR/CONVERSATION
WITH ATLACATL BATTALION OFFICERS CONCERNING ALLEGED
MIS-CONDUCT OF THE ARMY IN MORAZAN DEPARTMENT/(U)

- THIS IS AN INFO REPORT, NOT FINALLY EVALUATED INTEL

- 1. (U) CTRY: EL SALVADOR (ES)

- 2. (U) IR NO: 6 829 0038 82

- 3. (U) TITLE: CONVERSATION WITH ATLACATL
BATTALION OFFICERS CONCERNING ALLEGED MIS-CONDUCT OF THE
ARMY IN MORAZAN DEPARTMENT.

- 4. (U) DATE OF INFO: 820201

- 5. (U) ORIG: USDAO SAN SALVADOR, ES

- 6. ████████████████████████████████ NIS

- 7. (U) SOURCE: ██████████████████ (C)
S/M

- 8. (C/NOFORN) SUMMARY: (ENTIRE TEXT
CONFIDENTIAL/NOFORN) THIS IR PROVIDES A SUMMARY OF
REMARKS MADE BY LIEUTENANT COLONEL JOSE DOMINGO
((MONTERROSA)), COMMANDING OFFICER OF THE ATLACATL
BATTALION; MAJOR JESUS NATIVIDAL ((CASERES)), EXECUTIVE
OFFICER OF THE ATLACATL BATTALION; MAJOR JOSE ARMANDO

~~CONFIDENTIAL~~

CONFIDENTIAL

((AZMITIA)) MELARA, S-3 OF THE ATLACATL BATTALION ON THE
ALLEGATIONS THAT ATROCITIES WERE COMMITTED BY ELEMENTS
OF THE ARMED FORCES OF EL SALVADOR.  THE INCIDENT
DISCUSSED IN THESE CONVERSATIONS IS ALLEGED TO HAVE
TAKEN PLACE IN THE VICINITY OF EL MOZOTE (1355N-8808W),
MORAZAN DEPARTMENT, DURING OPERATION "RESCATE" (6-17
DECEMBER 1981).  THE ATLACATL BATTALION PARTICIPATED IN
OPERATION "RESCATE".

-   9A. (C/NOFORN)  DETAILS:  (ENTIRE TEXT
CONFIDENTIAL/NOFORN)

-   (1)  THE EXACT PURPOSE OF RO'S VISIT TO THE ATLACATL
BATTALION (I.E. TO DETERMINE THE MISSION ASSIGNED, AND
SUCCESSIVE POSITIONS OCCUPIED BY THE BATTALION DURING
OPERATION "RESCATE"; AND TO SPECIFICALLY DETERMINE IF
THE BATTALION, OR ELEMENTS THEREOF, WERE INVOLVED IN THE
FIGHTING AROUND AND IN EL MOZOTE, MORAZAN DEPARTMENT
DURING THAT OPERATION) WAS PUT TO THE COMMANDING
OFFICER, LTC MONTERROSA SHORTLY AFTER GREETINGS AND
PLEASANTRIES WERE EXCHANGED.  LTC MONTERROSA REMAINED
DISTANTLY COURTEOUS, BUT HE FIRMLY TOLD RO THAT HE WAS
NOT IN A POSITION TO DISCUSS THESE SPECIFIC SUBJECTS,
AND THAT RO HAD BETTER OBTAIN PERMISSION FROM THE
GENERAL STAFF OF THE ARMED FORCES BEFORE HE CAME WITH
SUCH INQUIRIES TO HIS (LTC MONTERROSA'S) BATTALION.  (RO
NOTE:  QUITE FRANKLY, RO FELT THAT THE INTERVIEW, ALBEIT
SHORT, WAS THUS TO BE TERMINATED).  RO MADE THE
OBLIGATORY APOLOGIES FOR WHAT THE COLONEL MAY HAVE
INTERPRETED AS IMPERTINENCE.  RO ALSO POINTED OUT THAT
CANDID ANSWERS TO THE QUESTIONS POSED WOULD FACILITATE
COUNTERING RECENT PRESS RELEASES WHICH WERE LESS THAN
COMPLIMENTARY TO THE ARMED FORCES OF EL SALVADOR.

-   (2)  AT THIS POINT MAJOR AZMITIA INTERJECTED WITH
WHAT CAN ONLY BE DESCRIBED AS A PARABLE:  THE UNIT THAT
HAD FOUGHT AT EL MOZOTE HAD HAD A TOUGH TIME OF IT, AND
THAT BECAUSE OF THE INTENSITY AND DURATION OF THE BATTLE
(RO NOTE:  MAJOR AZMITIA SEEMED TO SLIP HERE, AS HE USED
THE FIRST PERSON PLURAL "WHEN WE APPROACHED EL MOZOTE IN
THE EARLY AFTERNOON...."----" "CUANDO NOS ACERCAMOS A
AQUEL PUEBLO EN LA TARDE.....")  THERE WERE UNDOUBTEDLY
CASUALTIES AMONG NON-COMBATANTS.  COL MONTERROSA THEN
TOOK UP THE NARRATIVE.  HE SAID THAT THE UNIT INVOLVED
HAD HAD TO FIGHT THROUGH FIXED ENEMY POSITIONS, THEN,
ONCE IN THE TOWN, FIRE WAS RECEIVED FROM THE HOUSES IN
THE TOWN (RO NOTE:  LTC MONTERROSA NOW UTILIZED THE
FIRST PERSON:  "I DO NOT HAVE X-RAY VISION, AND I CAN
NOT SEE INSIDE THE HOUSE FROM WHICH SOMEONE IS SHOOTING
AT ME; NOR IN THOSE TYPE OF CIRCUMSTANCES AM I VERY
DISPOSED TO WASTE TIME TRYING TO FIND OUT WHO ELSE MIGHT
BE IN THE HOUSE.")  LTC MONTERROSA THEN STATED (IN THE
THIRD PERSON) THAT 90MM RECOILLESS RIFLES WERE USED
AGAINST THE HOUSE FROM WHICH FIRE WAS RECEIVED.  AT THIS


CONFIDENTIAL

~~CONFIDENTIAL~~

POINT LTC MONTERROSA SAID HE WANTED TO REITERATE TO RO
THAT HE DID NOT KNOW WHICH DAY (OF THE OPERATION) RO WAS
INTERESTED IN, AND THAT HE WAS ONLY SPEAKING IN GENERAL,
NOT SPECIFIC, TERMS ABOUT WHAT HAD OCCURRED AT EL MOZOTE.

-   (3)  MAJOR AZMITIA COMMENTED THAT "THEY HAD BEEN
THERE (EN LA ZONA DE MOZOTE) FROM EARLY AFTERNOON UNTIL
LATE IN THE AFTERNOON (DESDE LAS TEMPRANAS HORAS DE LA
TARDE HASTA MUY TARDE) FIGHTING."  THEN HE SWITCHED TO
THE THIRD PERSON AND SAID THAT CASUALTIES HAD BEEN HEAVY
(NFI) AMONG GOVERNMENT TROOPS.  AS AN ASIDE, HE SAID THE
FIGHTING IN ARAMBALA (1356N-8808W), MORAZAN DEPARTMENT,
HAD NOT BEEN SO HEAVY.

-   (4)  RO ASKED LIEUTENANT COLONEL MONTERROSA IF HE
KNEW IF ANY PRISONERS HAD BEEN TAKEN DURING OR AFTER THE
BATTLE FOR EL MOZOTE.  AGAIN, THE COLONEL ASSUMED AN
ADAMANT  DEMEANOR, AND SUGGESTED THAT RO CONSULT WITH
THE GENERAL STAFF, OR GET PERMISSION FROM THE GENERAL
STAFF TO ASK HIM SUCH QUESTIONS.  HE THEN PROCEEDED TO
REPEAT THAT HE COULD NOT ANSWER RO'S QUESTIONS ABOUT HIS
BATTALION'S PARTICIPATION IN THE RESCATE OPERATION UNTIL
HE HAD PERMISSION FROM THE GENERAL STAFF TO DO SO.  THEN
HE SEEMED TO MELLOW SOMEWHAT, AS HE EXPRESSED WHAT
APPEARED TO BE GENUINE INTEREST IN REVIEWING THE
PARTICIPATION OF THE ATLACATL BATTALION, WITH RO, IN THE
ENTIRE OPERATION.  IF THE GENERAL STAFF WOULD NOTIFY HIM
THAT HE COULD DO SO, HE WOULD SIT DOWN WITH RO AND SHOW
HIM HOW HIS BATTALION MOVED, THE ORDERS HE ISSUED (HE
CLAIMED HE KEPT THESE), AND HOW THE ENEMY REACTED.
LACKING GENERAL STAFF APPROVAL, HE COULD NOT, AND HE
STATED HE WAS SORRY HE COULD NOT, PROVIDE RO WITH THE
ASSISTANCE HE WAS SEEKING.  THE INTERVIEW HAD COME TO AN
END



-   (6)  RO WAS ESCORTED TO HIS VEHICLE BY MAJOR
AZMITIA, WHO ACTED APOLOGETIC ABOUT THE FACT THAT THEY
COULD NOT PROVIDE MORE FACTS ABOUT EL MOZOTE, BUT HE WAS
SURE THAT THE RO UNDERSTOOD WHAT LTC MONTERROSA HAD BEEN
TALKING ABOUT.

-   9B.  (C/NOFORN)  ORIG CMTS:  (ENTIRE TEXT
CONFIDENTIAL/NOFORN)

-   (1)  THE ABOVE INTERVIEW WAS ARRANGED BASED ON AN
INQUIRY BY THE AMBASSADOR TO TRY AND DETERMINE WHAT UNIT
OR UNITS PARTICIPATED IN THE ATTACK ON EL MOZOTE DURING
OPERATION "RESCATE".  RO ARRIVED AT ATLACATL BATTALION



~~CONFIDENTIAL~~

CONFIDENTIAL

HEADQUARTERS SHORTLY AFTER 1500 HOURS (L) ON 1 FEBRUARY 1982    HE LEFT SHORTLY AFTER 1700 HOURS (L).

- (2) MAJOR AZMITIA WAS PRESENT DURING THE ENTIRE PERIOD RO SPENT WITH LTC MONTERROSA; MAJ CASERES ENTERED ABOUT MID-DISCUSSION, ████████████████████

 N/G

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

- (3) ALL THREE OFFICERS MENTIONED IN THIS REPORT WERE IN MORAZAN DEPARTMENT DURING OPERATION "RESCATE", ALTHOUGH MAJOR CASERES APPARENTLY SPENT PERIODS AT THE BATTALION HEADQUARTERS AT SITIO DEL NINO (1348N-8922W) DURING THE OPERATION.

- (4) THE TWO HOURS SPENT WITH THESE THREE OFFICERS WAS INTERESTING TO SAY THE LEAST.  THE NUANCES, SUBTLETIES AND INDIRECT COMPARISIONS USED BY LTC MONTERROSA AND MAJ AZMITIA WERE INTRIGUING.  YET THE CENTRAL QUESTIONS REMAIN WITHOUT DEFINITIVE ANSWERS.

- (5) RO'S PERSONAL OPINION, AND HE EMPHASIZES "PERSONAL", IS THAT ATLACATL BATTALION OR ELEMENTS THEREOF PARTICIPATED IN THE ATTACK ON EL MOZOTE, PRECLUDING PERMISSION FROM GENERAL GARCIA, MINISTER OF DEFENSE.  DEFINITIVE ANSWERS AS TO THE MISSION, POSITIONS, AND ACTIONS PARTICIPATED IN, OF THE ATLACATL BATTALION IN OPERATION "RESCATE" MAY NEVER BE FORTHCOMING.

- (6) THIS IR SUPPLEMENTS IR 6 829 0034 82, AND AMEMBASSY SAN SALVADOR 773, DTG 312020Z JAN 82.

- ████████████████████████
- ████████████████████████
- █████████████████████████████████
████████████████████████████████████

N/G

- ██████████████████████████████████

- DEFENSE   (U) APP BY:  DENNIS M. DUGGAN, COL, GS, ATTACHE.

- 1.   (U) REQ EVAL:  NO    REL TO:  N/A

- 1.   (U) ENCL:  N/A

- 1   (U) DIST BY ORIG:  N/A

REVW    FEB 82.

CONFIDENTIAL

# EXHIBIT  D



**DECLASSIFIED**   **UNCLASSIFIED**



TEXT OF TELEGRAM 82SAN SA006485

**RELEASED**

ADP702

PAGE 01          SAN SA  06485  01 OF 08  041838Z
ACTION ARA-16

INFO  OCT-00  COPY-01 ADS-00  INR-10  SS-10  CIAE-00  EB-08
      NSC-01  NSAE-00 PM-09  MCT-02  SAL-01  SP-02  /060 W
      ------------------000057  050118Z /73

R 041730Z AUG 82
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 1023
DOD WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
AMEMBASSY TEGUCIGALPA
USSOUTHCOM QUARRY HTS PAN/INTAFF

SECTION 01 OF 08 SAN SALVADOR 6485

NOFORN

E. O. 12356: DECL: 8/4/88
TAGS: PINS, PINT, MILI, ES
SUBJECT: (S) EL SALVADOR MILITARY ASSESSMENT

REF: SAN SALVADOR 2327

1.      ENTIRE TEXT.

2. SUMMARY: AT PRESENT, 29,218 MILITARY OF THE ARMED
FORCES OF SALVADOR FACE AN ENEMY OF ABOUT 4,000 FULL-TIME
ARMED INSURGENTS. THIS REPRESENTS A SUBSTANTIAL INCREASE
IN THE LAST THREE MONTHS OF ARMED FORCES STRENGTH AND,
IN OUR ESTIMATION, A SLIGHT DECREASE IN SUBVERSIVE
NUMBERS DUE TO DESERTIONS AND CASUALTIES. BOTH SIDES

PAGE 02          SAN SA  06485  01 OF 08  041838Z

COUNT SUBSTANTIAL NUMBERS OF FOLLOWERS IN VARIOUS STATES
OF READINESS AND ARMAMENT. THIRD COUNTRY ASSISTANCE TO
THE ARMED FORCES IS EXPANDING SLIGHTLY AND TO
INSURGENTS THROUGH CUBA AND NICARAGUA IS REMAINING
STABLE.

3. THE SALVADORAN ECONOMY CONTINUES IN DECLINE ABETTED
BY CUMULATIVE SUBVERSIVE DESTRUCTION OF ECONOMIC ASSETS
EXCEEDING $100 MILLION. SUBVERSIVES WERE ABLE TO

United States Department of State
Office of FOI, Privacy, & Classification Review
Review Authority: THEODORE HEAVNER
Date: 06/09/94
Case ID: S940034C

**DECLASSIFIED**

PAGE NO.    1

**UNCLASSIFIED**

DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

PREVENT VOTING IN LESS THAN FIVE PERCENT OF THE VOTING
PLACES OF SALVADOR AND ONLY TWO OF 261 MUNICIPALITIES
ARE IN THEIR HANDS AT PRESENT. ALL INDICES OF VIOLENCE
AGAINST CIVILIANS ARE DOWN IN 1982. HOWEVER, CIVILIANS
CONTINUE TO LEAVE EL SALVADOR IN RECORD NUMBERS.

4. THE MORALE OF THE ARMED FORCES REMAINS HIGH WITH
OCCASIONAL RUMBLINGS OF DISCONTENT ABOUT SPECIFIC
POLICIES AND LEADERS. HALF OF THE CADET LIEUTENANTS
TRAINED IN THE U.S. ARE BEING UTILIZED WHILE THE REMAINDER
UNDERGO FURTHER TRAINING. THE OPERATION IN MORAZAN IN
JUNE ILLUSTRATED BOTH LONG STANDING WEAKNESSES IN THE
COMMAND AND CONTROL SYSTEMS AND THE EFFECTIVENESS OF
THE THREE U.S. -TRAINED BATTALIONS. THE ARMED FORCES
REMAIN UNITED BEHIND PRESIDENT MAGAN WITH IMPORTANT
ELEMENTS WARY OF THE LEADERSHIP OF THE CONSTITUTENT
ASSEMBLY. DESPITE THIS WARINESS GENERATED BY PERCEIVED
THREATS TO U.S. AND CIVILIAN SUPPORT AND SOME DIS-
SATISFACTION WITH THE HIGH COMMAND, POSSIBILITIES OF A
GOLPE APPEAR SLIM. PROGRESS IS BEING MADE, ALBEIT
SLOWLY ON CONTROL OF ABUSES. ARMED FORCES INABILITY
TO DEMONSTRATE ITS INCREASING PROFESSIONALISM THROUGH
EFFECTIVE PUBLIC RELATIONS REMAINS A PROBLEM.



PAGE 03          SAN SA  06485  01 OF 08  041838Z

5. ALL ELEMENTS OF THE COUNTRY TEAM CONTRIBUTED TO
THIS QUARTERLY MILITARY ASSESSMENT--THE FIRST SINCE THE MARCH 28
ELECTIONS (REFTEL). END SUMMARY.

6. CONCLUSIONS AND PROGNOSIS: WHILE THE MARCH 28 ELECTIONS
AND THE FORMATION OF A GOVERNMENT OF NATIONAL UNITY REPRESENT
BOTH A POLITICAL AND A MILITARY VICTORY FOR THE GOES, THE
DEMOCRATIC PROCESS REMAINS FRAGILE. NONETHELESS, AS OF NOW THE
TRENDES ARE TOWARD EVENTUAL SUCCESS FOR THE GOES AND FOR LONG-
RANGE U.S. POLICIES.
--SUBVERSIVES DEMONSTRATED DURING THE ELECTIONS, IN
AN EARLY MAY OFFENSIVE, AND AGAIN DURING THE MORAZAN
OPERATION IN JUNE THE PRESENT LIMITS OF THEIR STRENGTH.
--THE ARMED FORCES CONTINUE TO GROW IN NUMBERS,
PROFESSIONALISM AND UNDERSTANDING OF THE NEED FOR CIVILIAN
AND U.S. SUPPORT.
--REGIONAL COOPERATION THROUGH THE CENTRAL AMERICAN DEMOCRATIC
COMMUNITY IS GROWNING.
--A PLURALISTIC CIVILIAN GOVERNMENT HAS WEATHERED
IT FIRST TUMULTUOUS 60 DAYS AND IS SETTLING IN TO AN
HISTORICALLY UNPRECENDENTED RELATIONSHIP WITH THE
MILITARY.
--THE ECONOMY, TARGET OF THE GUERRILLA PROLONGED
WAR, HAS SURVIVED THE WORST BLOWS AGAINST IT DEMON-
STRATING A RESILIENCY WHICH LEAVES IT POISED FOR REVOVERY
IF SUFFICIENT EXTERNAL PUBLIC AND PRIVATE RESOURCES

PAGE NO.    2

UNCLASSIFIED

DECLASSIFIED

DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

BECOME AVAILABLE.

NNN

UNCLASSIFIED

DECLASSIFIED

DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

ADP705



PAGE 01          SAN SA  06485  02 OF 08  042044Z
ACTION ARA-16

INFO  OCT-00    COPY-01 ADS-00    INR-10    SS-10     CIAE-00  EB-08
      NSC-01    NSAE-00 PM-09     MCT-02    SAL-01    SP-02    /060 W
      ------------------002644  050118Z /73

R 041730Z AUG 82
FM AMEMBASSY SAN SALVADOR
TO C/SECSTATE WASHDC 1024
DOD WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA 8
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
AMEMBASSY TEGUCIGALPA
USSOUTHCOM QUARRY HTS PAN/INTAFF

SECTION 02 OF 08 SAN SALVADOR 6485

NOFORN

7. PROGRESS ON THE MILITARY FRONT IN THE NEXT THREE MONTHS IN
ESTABLISHING LONGER TERM TRENDS WILL BE MEASURED BY:
--THE ABILITY OF THE MILITARY HIGH COMMAND TO UNDER-
TAKE STRATEGIC PLANNING TO USE ITS EXPANDED RESOURCES
TO TAKE AND HOLD OBJECTIVES SELECTED FOR THEIR
IMPORTANCE RATHER THAN AS REACTIONS TO SUBVERSIVE
INITIATIVES. WE EXPECT ONLY LIMITED PROGRESS.
--THE SUCCESS OF THE GOVERNMENT IN IDENTIFYING
NATIONAL OBJECTIVES TO WHICH THE DIVERGENT POLITICAL
INTERESTS CAN SUBSCRIBE. WE SEE SOME SIGNS OF PROGRESS
IN DEVELOPING SUCH A POLITICAL AGENDA.
--DEVELOPMENT OF A NATIONAL PLAN FOR PEACE INCLUDING
A MEANINGFUL AMNESTY PROGRAM, SOME MECHANISM FOR RECONCILIATION
AND EXPANDED POLITICAL PARTICIPATION, AND AN INSTITUTIONAL

PAGE 02          SAN SA  06485  02 OF 08  042044Z

BASE FOR HUMAN RIGHTS ADVANCES. WE EXPECT SUCH A PLAN
TO EMERGE THOUGH FLAWED BY REALITIES OF PRESENT
DAY EL SALVADOR. ELEMENTS BOTH OF THE LESS COMMITTED ARMED IN-
SURGENTS AND THE MORE MODERATE POLITICAL LEFT COULD BE ATTRACTED BY
IT.
--DELIVERY OF CONTINUED U.S. ECONOMIC AND MILITARY
ASSISTANCE SUFFICIENT TO CREATE AN ENVIRONMENT FOR
THE ABOVE. WE SEE CONTINUING VULNERABILITY TO A
CURTAILMENT OF EXTERNAL ASSISTANCE WHICH WOULD DEVASTATE

UNCLASSIFIED

PAGE NO.
DECLASSIFIED

DECLASSIFIED

UNCLASSIFIED        916

TEXT OF TELEGRAM 82SAN SAO06485

THE ECONOMY AND UNLEASH LATENT DESTRUCTIE FORCES
WITHIN THE MILITARY AS A CONTINUING DANGER. RISING
ANTI-AMERICAN FEELING AS A RESULT OF INEQUITIES
IN U.S. CONGRESSIONAL CONDITIONS ON ASSISTANCE TO EL
SLAVADOR COMPOUND THIS PROBLEM. EN CONCLUSIONS.

8. PART 1 - CURRENT MILITARY SITUATION

A. LOCATION, SIZE, LOGISTIC SITUATION OF FREINDLY FORCES

AS OF JUNE 1982 THE COMBINED STRENGTH OF THE
ARMED FORCES AND PUBLIC SECURITY FORCES WAS 29,218.
IN ADDITION, THERE ARE PERHAPS AS MANY AS 80,000
PARA-MILITARY FORCES CONSISTING OF CIVILIAN DEFENSE
UNITS, TERRITORIAL FORCES AND OTHER GROUPS IN VARYING
STAGES OF READINESS. THE ARMY CONSISTS OF 17,691
PEOPLE ORGANIZED IN 19 DIFFERENT BATTALION-SIZED
MANEUVER UNITS, ONE ARTILLERY BRIGADE AND A CAVALRY REGIMENT.
THERE ARE 423 NAVY, 754 AIR FORCE, 3,447 NATIONAL GUARD, 4,887
NATIONAL POLICE, AND 2,016 TREASURY POLICE. THE
COUNTRY IS DIVIDED INTO SIX MILITARY ZONES. WHILE
CRITICAL SHORTAGES OF FIREARMS, SUPPLIES AND MUNITIONS
CONTINUE TO PLAGUE THE SALVADORAN ARMED FORCES, THE
ONLY KNOWN CRITICAL SHORTAGE WHICH COULD AFFECT

PAGE 03        SAN SA  06485  02 OF 08  042044Z

SHORT-TERM MILITARY OPERATIONS IN THE EASTERN PART
OF THE COUNTRY IS FUEL. THIS PROBLEM WAS CAUSED BY
THE RECENT INSURGENT INTERDICTION OF THE TRANSPORTA-
TION SYSTEM AND COULD BE REMEDIED BY CONVOYING
GASOLINE TRUCKS UNDER MILITARY ESCORT.

B. INSURGENTS
THE ARMED FORCES GENERAL STAFF POSTULATES
APPROXIMATELY 10,000 GUERRILLAS NOT ALL OF WHOM ARE
ARMED AND PUTS TOTAL POTENTIAL SUBVERSIVES, INCLUDING
PART-TIME MILITIA AND MASSES OR FOLLOWERS,AT 50,000
PLUS. WE BELIEVE A CASE CAN BE MADE THAT TERE ARE  ABOUT 4,000
COMBATANTS AND 5,000 TO 10,000 MILITIA
WITH AN UNDETERMINED NUMBER OF FOLLOWERS. THIS MAY BE
SLIGHTLY LOWER THAN THE FIGURE WE UNDERSTAND THE
WASHINGTON ANALYTICAL INTELLIGENCE COMMITTEE HAS
ADOPTED OF FOUR TO FIVE THOUSAND ARMED COMBATANTS
AND 8,000-13,000 MILITIA. OUR PRIMARY REASON FOR A LOWER
FIGURES IS THAT GUERRILLA OPERATIONS DO NOT INDICATE
HIGHER FIGURES. WITH THE POSSIBLE EXCEPTION
OF THE MORAZAN FIGHTING IN THE FIRST PART OF JULY,
BATTLEFIELD COMMANDERS REPORT DECREASING MILITARY
EXPERIENCE AMONG THE SUBVERSIVES. PARTICULARLY
MENTIONED ARE POOR MOVEMENT AND MANEUVER TECHNIQUES,
LACK OF FIRE DISCIPLINE AND INCREASING NUMBERS OF
FEMALES AND YOUNG PEOPLE. IT WAS SIGNIFICANT THAT

DECLASSIFIED                    UNCLASSIFIED



DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

WHILE FIVE TO SIX THOUSAND OF THE BEST TRAINED
SALVADORAN ARMED FORCES WERE TIED DOWN IN MORAZAN,
SUBVERSIVES WERE UNABLE TO MOUNT A SUSTAINED MILITARY
CAMPAIGN ELSEWHERE. THEY CONCENTRATED ON THE SOFTEST OF
TARGETS--INTERDICTING HIGHWAYS, BOMBING BUSES, AND ATTACKS ON THE
ELECTRICAL SYSTEM.
    SUBVERSIVES ARE LOCATED THROUGHTOUT THE COUNTRY
BUT ARE CONCENTRATED IN THE CENTRAL AND NORTHERN
SECTORS PRIMARILY WITHIN THE DEPARTMENTS OF USULUTAN,
SAN VICENTE, CUSCATLAN, CHALATENANGO, AND MORAZAN.



PAGE 04        SAN SA   06485  02 OF 08  042044Z

OUR REDUCED ESTIMATE OF FORCE LEVELS IS BASED ON A
VIEW THAT OVERALL STRENGTH HAS DECLINED SOMEWHAT IN THE
LAST THREE MOTHS DUE TO CASUALTIES AND DESERTIONS.
HOWEVER, THE EVIDENCE IS NOT CONCLUSIVE.

C. THIRD COUNTRY ASSISTANCE TO ARMED FORCES OF SALVADOR
THIRD COUNTRY ASSISTANCE OTHER THAN EQUIPMENT
AND TRAINING HAS BEEN PROVIDED ALMOST ENTIRELY BY
HONDURAS IN THE FORM OF INTERDICTION OF INFILTRATION
FROM NICARAGUA ACROSSS THE GULF OF FONSECA AND THE
HONDURAS/EL SALVADOR BORDER. RECENTLY, THIS COOPERATION
INCREASED SIGNIFICANTLY WHEN MULTI-BATTALION HONDURAN
FORCES WERE DEPLOYED IN BLOCKING POSITIONS ALONG THE
BORDER WITH MORAZAN PROVINCE TO SUPPORT A SALVADORAN
OPERATION. DURING THIS OPERATION, HONDURAN AIRCRAFT
FLEW RECONNAISSANCE AND STRIKE MISSIONS ON BOTH
SIDES OF THE BORDER.
    OTHER THIRD COUNTRY ASSISTANCE IS AS FOLLOWS:



NNN

UNCLASSIFIED

DECLASSIFIED

UNCLASSIFIED                                          915

TEXT OF TELEGRAM 82SAN SA006485

ADP712

PAGE 01          SAN SA  06485   03 OF 08   042135Z
ACTION ARA-16

INFO  OCT-OO    COPY-01 ADS-OO    INR-10   SS-10    CIAE-OO   EB-08
      NSC-01    NSAE-OO PM-09     MCT-02   SAL-01   SP-02     /060 W
      -----------------------004546  050123Z /73
R 041730Z AUG 82
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 1025
DOD WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
AMEMBASSY TEGUCIGALPA
USSOUTHCOM QUARRY HTS PAN/INTAFF

SECTION 03 OF 08 SAN SALVADOR 6485

NOFORN

  1 NATIONALIST CHINA HAS OFFERED AN UNDETERMINED NUMBER OF SCHOOL
QUOTAS AT THE PSYCHOLOGICAL WARFARE COURSE.
  2) VENEZUELA HAS OFFERED 50 QUOTAS FOR CADETS/JUNIOR OFFICERS
TO ATTEND THE "CAZADORES" SCHOOL. AN UNDETERMINED NUMBER OF MEDICS
ARE ALSO TO BE TRAINED IN VENEZUELA. THERE ARE CURRENTLY FIVE
SALVADORAN CADETS IN VENEZUELAN MILITARY ACADEMIES.
  VENEZUELA IS EXPECTED TO SEND A MOBILE TRAINING TEAM FOR PSY-
CHOLOGICAL WARFARE TO EL SALVADOR IN JULY.
  VENEZUELA HAS DEPLOYED TWO MOBILE TRAINING TEAMS IN SALVADOR
WITH APPROXIMATELY 30 INSTRUCTORS TO TRAIN TWO "CAZADORES" LIGHT
BATTALIONS AND AN UNSPECIFIED NUMBER OF SALVADORANS IN PSYCHO-
LOGICAL OPERATIONS. THIS IS NOT EXPECTED TO BE AN INCREASE IN
END STRENGTH, BUT RATHER TRAINING FOR PERSONNEL/UNITS ALREADY IN
SERVICE. WHETHER THESE UNITS WILL RECEIVE ANY EQUIPMENT IS UNKNOWN,

PAGE 02        SAN SA  06485   03 OF 08   042135Z

ALTHOUGH A SMALL NUMBER OF FAL RIFLES HAVE BEEN INTRODUCRED IN TO
EL SALVADOR FROM VENEZUELA.
  3) COLOMBIA IS PROVIDING FOUR OR FIVE QUOTAS
FOR LANCERO SCHOOL THIS YEAR.
  4) ARGENTINA WILL SELL EL SALVADOR AN UNDETERMINED QUANTITY OF 9MM
BROWNING PISTOLS, MACHINE PISTOLS, 9MM AMMUNITION, AND .38 CALIBER
AMMUNITION. ARGENTINA HAS OFFERED EL SALVADOR ONE HUNDRED MILLION
U.S. DOLLARS IN DEFENSE LOANS. EL SALVADOR IS EXPECTED TO DECLINE
THIS LOAN DUE TO ECONOMIC PROBLEMS. FIVE SALVADORANS ARE ATTENDING

DECLASSIFIED                    UNCLASSIFIED

**DECLASSIFIED**

**UNCLASSIFIED**

915

TEXT OF TELEGRAM 82SAN SA006485

AN INTELLIGENCE COURSE IN ARGENTINA.
5) CHILE IS CURRENTLY TRAINING THIRTY-TWO
SALVADORANS IN A VARIETY OF SCHOOLS.
6) THERE IS ONE SALVADORAN CADET AT THE PERUVIAN AIR FORCE ACADEMY.
7) THERE ARE SIX SALVADORANS ATTENDING VARIOUS MILITARY SCHOOLS
IN PARAGUAY.
8) THERE IS ONE SALVADORAN OFFICER AT THE MILITARY ENGINEERING
SCHOOL IN MEXICO.
9) THERE ARE NO KNOWN SIGNIFICANT TRANSFERS OF MILITARY EQUIP-
MENT FROM THIRD COUNTRIES TO EL SALVADOR.

D. THIRD COUNTRY ASSISTANCE TO SUBVERSIVES
THIRD COUNTRY RESUPPLY ASSISTANCE TO THE SUB-
VERSIVE ELEMENT IN EL SALVADOR DESPITE THE TWO-MONTH
LULL FOLLOWING THE ELECTIONS HAS SHOWN THE FOLLOWING
CHARACTERISTICS:
--THERE HAS NOT BEEN A DECREASE IN THE LEVEL OF
RESUPPLY ACTIVITY.
--THERE HAS BEEN AN INCREASE IN THE NUMBER OF MAINLINE
GUERRILLAS WITH M-16, FAL AND G-3 RIFLES.
--THERE HAS BEEN AN INCREASE IN THE AMOUNT OF MONEY
NEEDED TO RUN GUERRILLA CAMP SYSTEMS.
--THERE HAS BEEN A SEASONAL CHANGE FROM MAILY SEA TO MAINLY
AIR DELIVERIES ALONG WITH A SLIGHT INCREASE IN LAND RESUPPLY.

PAGE 03        SAN SA  06485  03 OF 06  042135Z

--THERE IS A POSSIBLE CONNECTION WITH CUBAN AIR
DELIVERY TO NICARAGUA, ILLUSTRATED BY THE INCREASED
CUBAN DELIVERIES IN THE WEEKS PRECEDING THE SALVADORAN
ELECTIONS, AND THE LEVEL OF ARMS DELIVERIES TO THE
SALVADORAN INSURGENCY. THIS OBSERVATION WAS AGAIN MADE
DURING THE INCREASED GUERRILLA ACTIVITY AT THE END OF
JUNE/BEGINNING OF JULY.
    THIRD COUNTRY RESUPPLY ASSISTANCE TO THE
GUERRILLAS IN EL SALVADOR IS STILL BEING CHANNELED
THROUGH CUBA AND NICARAGUA. SOVIET, CUBAN, VIETNAMESE
AND NORTH KOREAN RESUPPLY ASSISTANCE IS NEVER DEIRCELY
DELIVERED. RATHER, MATERIEL, ARMAMENTS, FOOD, MEDICINE,
AND MONEY IS LAUNDRED EITHER THROUGH CUBA OR INCARAGUA
OR, UPON OCCASION, MEXICO. (NOTE: MOST DELIVERIES
THROUGH MEXICO ARE DESTINED FOR GUATEMALAN GUERRILLAS.)
    THIRD COUNTRY RESUPPLY METHODS STILL INVOLVE
ALL THREE ROUTES, CONSISTING OF AIR, SEA AND LAND. A
PATTERN OF EBB AND FLOW OF RESUPPLY DELIVEREIES APPEARS
PRIMARILY TO BE TIED TO WEATHER CONDITIONS AND
SECONDLY, TO AVAILABILITY OF TRANSPORT VEHICLES. BUT,
AN UPSURGE OF DELIVERIES HAS BEEN NOTED ON OCCASION DUE
TO PSYCHOLOGICAL REVERSES ON THE SIDE OF THE GUERRILLAS.
HUMAINT REPORTING FOLLOWING THE ELECTIONS IN EL SALVADOR
DID DISCUSS NICARAGUAN, CUBAN AND SOVIET REEVALUATION
OF RESUPPLY AND SUPPORT EFFORTS FOR THE SALVADORAN
GUERRILLAS AND ITS ATTENDANT GAIN. HOWEVER, HEAVY

**DECLASSIFIED**

**UNCLASSIFIED**

DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

PRESS COVERAGE REGARDING ARMS DELIVERIES TO NICARAGUA
MAY HAVE HAD THIS EFFECT. SINCE THE END OF MAY/BEGINNING
OF JUNE, RESUPPLY EFFORTS APPEAR TO HAVE RESUMED AT
PREVIOUSL LEVELS. DELIVERY PERIODS APPEAR TO BE APRIL
THROUGH OCTOBER LARGELY BY AIR, AUGUST THROUGH JANUARY LARGELY
BY LAND, JANUARY THROUGH MARCH LARGELY BY SEA. IT MUST BE NOTED THAT
AT ANY GIVEN TIME ALL THREE ALL THREE METHODS OF LAND, SEA AND AIR
APPEAR TO BE USED IN CONTINUOUS CONSORT. A "WHATEVER
IS POSSIBLE/ ATTITUDE SEEMS TO PREVAIL; BUT THE PLANNING
FOR WHAT IS AVAILABLE IS DONE TWO TO THREE MONTHS BEFORE

PAGE 04         SAN SA  06485  03 OF 08  042135Z

THE SYSTEM IS CHANGED.
    NO NEW LEVEL OF WEAPONRY SOPHISTICATION HAS BEEN
INTRODUCED THIS QUARTER. HOWEVER, A RAID ON A SUBVER-
SIVE SAFE HOUSE IN SAN SALVADOR IN EARLY JULY NETTED
WEAPONS OF RUSSIAN ORIGIN AMONG OTHERS. WITH THE
EXCEPTION OF A FEW RUSSIAN GRENADES, FUSES AND RPG-2'S FROM
SOUTHEAST ASIA, ALL WEAPONRY PREVIOUSLY HAND BEEN OF WESTERN
MANUFACTURE.

NNN

UNCLASSIFIED

DECLASSIFIED

**DECLASSIFIED**

**UNCLASSIFIED**                                                    915

TEXT OF TELEGRAM 82SAN SA006485

ADP706

PAGE 01          SAN SA  06485  04 OF 08  042159Z
ACTION ARA-16

INFO  OCT-00   COPY-01 ADS-00   INR-10   SS-10   CIAE-00  EB-08
      NSC-01   NSAE-00  PM-09   MCT-02   SAL-01   SP-02    /060 W
      ------------------005746  050119Z /73

R 041730Z AUG 82
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 1026
DOD WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
AMEMBASSY TEGUCIGALPA
USSOUTHCOM QUARRY HTS PAN/INTAFF

SECTION 04 OF 08 SAN SALVADOR 6485

NOFORN

THIRD COUNTRY TRAINING OF SALVADORAN INSURGENTS
OUTSIDE EL SALVADOR HAS REMAINED AT THE SAME HIGH LEVEL.
TRAINING IS PROVIDED IN NICARAGUA, CUBA, MEXICO AND
POSSIBLY VIETNAM. TRAINING WITHIN EL SALVADOR, WITHIN
THE LAST QUARTER, HAS INCREASED AS INDICATED BY THE
EXPANSION OF THE TRAINING CAMPS AND TRAINING FACILITIES:
E.G., MORAZAN. THERE HAS BEEN AN INCREASED SPECIALIZATION
WITHIN THE FPL TO INCLUDE VANGUARD UNITS AND SPECIAL
FORCES UNITS.
    THIRD COUNTRY DELIVERIES ARE NOT LARGE. THE
DELIVERIES USUALLY AVERAGE BETWEEN FIVE TO EIGHT
THOUSAND POUNDS. IF THE MATERIAL IS PARA-DROPPED, IT
USUALLY IS IN 100-POUND LOADS. IF THE MATERIAL IS
LANDED BY PLANE, IT IS UNKNOWN HOW THE MATERIAL IS

PAGE 02          SAN SA  06485  04 OF 08  042159Z

PACKAGED. AIR DELIVEREIS ARE PROBABLY LANDED VERSUS
AIR DROPPED. IF THE MATERIAL IS DELIVERED BY BOAT,
DELIVERIES CAN BE AS LARGE AS 18,000 POUNDS, BUT IT IS
UNKNOWN AS TO THE NUMBER OF BOATS, PANGAS AND FISHING
BOATS NEEDED FOR SUCH A DELIVERY. LAND DELIVERIES
SINCE THE CRACKDOWN LAST NOVEMBER HAVE BEEN IN
EXTREMELY SMALL AMOUNTS; I.E., 7-10 RIFLES.
    CURRENTLY, GUERRILLLA NEEDS APPEAR TO BE
AMMUNITION FOR RIFLES, MORTARS AND THE RPG-2 ROCKET

**UNCLASSIFIED**

**DECLASSIFIED**

DECLASSIFIED



UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

LAUNCHERS; MATERIAL TO BUILD EXPLOSIVES. CHLORATE
AND COPPER TUBING; SHOES AND MEDICINE. MEDICINE,
HOWEVER, IS USUALLY PURCHASED IN SAN SALVADOR.
MOST OF THE MAINLINE GUERRILLAS APPEAR TO HAVE M-16,
FAL, OR G-3 RIFLES IN FAIR CONDITION. ONLY 45-50
PERCENT OF THE MILITIA APPEAR TO HAVE ANY KIND OF
WEAPON AND IT IS USUALLY IN WORN CONDITION. EACH
150-MAN UNIT TRIES TO HAVE A LEAST ONE 81MM MORTAR
AND TWO RPG-2 ROCKET LAUNCHERS PER 25 MEN AND ONE
SNIPER PER 25 MEN, DEPENDING ON EQUIPMENT AVAILABILITY. THIS IN-
DICATES A SOMEWHAT INADEQUATE TOBE FOR MAINLINE UNITS.
    DUE TO FAILED INSURGENT OPERATIONS DURING THE
ELECTIONS AND DEPLETED SUPPLIES, THERE WAS AN INCREASE
IN APRIL AND THE FIRST TWO WEEKS OF MAY IN DESERTIONS
AND A RISE IN MORALE PROBLEMS AND INCREASED FRICTION
BETWEEN FACTIONS. NEW PLANS AND RESUPPLY DELIVERIES
WERE MADE TO OVERCOME THESE PROBLEMS. EVIDENTLY, BY
THE BEGINNING OF JUNE, ADEQUATE RESUPPLY FOR ALL AREAS
WAS ACCOMPLISHED AND MORALE AND UNREST WITHIN THE
VARIOUS FACTIONS SUBSIDED. THREE-QUARTERS OF THE CURRENT
RESUPPLY APPEARS TO HAVE BEEN MADE BY AIR AND ONE-
QUARTER BY LAND. THERE WAS A DISTINCT DROP IN SEA
DELIVERIES AFTER APRIL. HOWEVER, A FEW HAVE BEEN
NOTED.

PAGE 03        SAN SA  06485  04 OF 08  042159Z

    GUERRILLA OPERATIONS IN JUNE INDICATE ADEQUATE
SUPPLY LEVELS TO SUPPORT THE ERP TARGETS OF PARALYZING
LOCAL TRANSPORTATION AND THE FPL TARGETS OF GOVERNMENT
ELECTRICAL, TELEPHONE AND MILITARY INSTALLATIONS.
ADEQUATE SUPPLIES ALSO APPEAR TO BE ABLE TO SUPPORT
NEW GUERRILLA TACTICS OF ATTACKING AND MANEUVERING
RATHER THAN ATTACKING AND WITHDRAWING. IF THE GUERRILLAS
CANNOT MAINTAIN THESE SUPPLY LEVELS, THEN THEY PROBABLY WILL HAVE
TO REVERT BACK TO THEIR PREVIOUS TACTICS.

9. PART II - IMPACT OF MILITARY SITUATION ON CIVILIAN ACTIVITY
A. THE ECONOMY
ATTACKS ON THE ECONOMIC INFRASTRUCTURE HAVE BEEN
MOST SEVERE IN THE DEPARTMENT OF SAN VICENTE AND THE
AREA EAST OF THE LEMPA RIVER. TAKEN TOGETHER, THESE
AREAS ACCOUNT FOR ALMOST HALF OF THE SALVADORAN
TERRITORY BUT LESS THAN A QUARTER OF THE NATION'S
ECONOMY. IN RECENT WEEKS, SAN SALVADOR HAS ALSO SEEN
A RENEWAL OF URBAN TERRORISM, DIRECTED CHIEFLY AGAINST
THE TRANSPORTTION SYSTEM AND THE ELECTRICAL SYSTEM.
ATTACKS DURING THIS PERIOD HAVE BEEN, ALMOST EXCLUSIVELY,
HARASSING ACTIONS IN WHICH ONLY THE CUMULATIVE EFFECT
OF MANY PINPRICKS IS IMPORTANT.
    NATIONWIDE, FROM APRIL 1 TO JUNE 30, SOME
77 ELECTRICAL FACILITIES WERE DAMAGED OR DESTROYED,
INCLUDING 58 ELECTRICAL TOWERS WHICH COST SLIGHTLY

DECLASSIFIED

UNCLASSIFIED



UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

MORE THAN $800,000 TO REPAIR ON A PROVISIONAL BASIS.
SINCE AUGUST 1980, SOME 346 ELECTRICAL TOWERS HAVE
BEEN DAMAGED OR DESTROYED, WITH AN ESTIMATED COST OF
$4.7 MILLION TO RETURN THEM TO SERVICE. MORE IMPORTANTLY,
AS ATTACKS ON THE ELECTRICAL SYSTEM ISOLATE AREAS FROM
THE PRIMARY GENERATING SOURCE, SECONDARY GENERATING
FACILITIES MUST BE UTILIZED. WHILE THE PRIMARY
GENERATING SOURCES ARE HYDROELCTRIC OR GEOTHERMAL,
THE SECONDARY SOURCES ARE PETROLEUM BASED. FROM APRIL 1
TO JUNE 30, RELIANCE ON PETROLEUM-BASED ELECTRICITY

PAGE 04        SAN SA  06485  04 OF 08  042159Z

INCREASED THE FOREIGN EXCHANGE ENERGY COST TO EL SALVADOR
BY $1.7 MILLION. SINCE AUGUST 1980, RELIANCE ON
OTHERWISE UNNECESSARY PETROLEUM-BASED ENERGY HAS
INCREASED EL SALVADOR'S FOREIGN EXCHANGE COSTS BY
$8.5 MILLION. INCLUDING THE INDIRECT COST OF UTILIZING
PETROLEUM-BASED ENERGY, THE PRICE TAG FOR LEFTIST
DESTRUCTION OF THE ELECTRICAL SYSTEM FROM APRIL 1ST TO
JUNE 30TH WAS $2.6 MILLION: CUMULATIVELY FROM AUGUST
1980, THE PRICE TAG WAS $13.6 MILLION, NOT INCLUDING
THE COST OF PERMANENT REPAIR OF TOWERS WHICH HAVE BEEN
RESTORED TO SERVICE ON A PROVISIONAL BASIS ONLY.
    THE CHIEF IMPACT OF ATTACKS ON THE ELECTRICAL
SYSTEM IS NOT THE HIGH COST OF REPAIR. IT IS THE
INDIRECT INTERRUPTION OF PRODUCTIVE ACTIVITIES IN
MAJOR PARTS OF THE COUNTRY. THE DEPARTMENT OF SAN
MIGUEL, HOME OF THE NATION'S THIRD LARGEST CITY AND

NNN



DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

ADP707 

PAGE 01          SAN SA  06485  05 OF 08  042245Z
ACTION ARA-16

INFO  OCT-00    COPY-01 ADS-00    INR-10   SS-10    CIAE-00  EB-08
      NSC-01    NSAE-00 PM-09     MCT-02   SAL-01   SP-02    /060 W
               -----------------006227  050119Z /73
R 041730Z AUG 82
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 1027
DOD WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
USSOUTHCOM QUARRY HTS PAN/INTAFF

            SECTION 05 OF 08 SAN SALVADOR 6485

NOFORN

A CENTER FOR COTTON, LIVESTOCK, DAIRY PRODUCTS, AND
LIGHT INDUSTRY, WAS WITHOUT POWER FOR 126 DAYS IN 1981.
AS OF JULY 7, SAN MIGUEL HAD BEEN WITHOUT POWER FOR
63 DAYS IN 1982. THE DEPARTMENTS OF USULUTAN AND
LA UNION, CENTERS FOR COTTON GROWING, FISHING, AND
LIGHT INDUSTRY, SUFFERED SIMILAR PROBLEMS.
   LEFTIST ATTACKS ON THE ELECTRICAL SYSTEM TAKE
ON AN ADDED SIGNIFICANCE WHEN VIEWED AGAINST THE BACK-
GROUND OF THEIR OFFENSIVE AGAINST THE NATIONAL
TRANSPORTATION SYSTEM, ESPECIALLY URBAN TRANSPORTATION
IN  SAN SALVADOR AND INTERDEPARTMENTAL TRANSPORTATION IN
THE EASTERN SECTION OF THE COUNTRY. THE GUERRILLAS'
CAPACITY TO CONTROL THE FLOW OF TRAFFIC AND INTERRUPT
IT ALMOST AT WILL HAS ALLOWED THEM TO CUT OFF ALMOST
COMPLETELY THE FLOW OF PTEROLEUM PRODUCTS, ESPECIALLY

PAGE 02       SAN SA  06485  05 OF 08  042245Z

FUEL OIL, TO THE EAST. THUS, TEMPORARY GENERATORS,
ALWAYS A SECOND BEST SOLUTION, HAVE BEEN EVEN LESS
ABLE TO MAKE UP FOR THE INTERRUPTIONS IN ELECTRICAL
FLOW THROUGH THE MAIN POWER GRID. THIS HAS BEEN
EXPECIALLY CRITICAL FOR HOSPITALS AND WATER PUMPING
STATIONS, AS WELL AS FOR FACTORIES, DAIRIES, COTTON
AND COFFEE PROCESSING PLANTS, COLD STORAGE FACILITIES
FOR SEAFOOD PRODUCTS, AND LIGHT INDUSTRY.
   DURING THE APRIL TO JUNE QUARTER, SOME 33 BUSES

UNCLASSIFIED

DECLASSIFIED



**DECLASSIFIED**

**UNCLASSIFIED**

915

TEXT OF TELEGRAM 82SAN SA006485

AND EIGHT OTHER VEHICLES WERE DESTROYED OR DAMAGED
WITHIN THE CITY LIMITS OF SAN SALVADOR. NATIONWIDE,
DURING THAT SAME PERIOD, AND ADDITIONAL 74 BUSES WERE DESTROYED OR
DAMAGED. THE HAZARDS OF TRAVEL TO THE EAST HAVE CAUSED
MAJOR TRANSPORT COMPANIES VIRTUALLY TO SUSPEND OPERATIONS
IN THAT AREA, WITH ADVERSE RESULTS FOR ALL ECONOMIC
ACTIVITY THERE, ESPECIALLY IN THE SUPPLY OF PETROLEUM
AND THE SHIPMENT OF SEAFOOD PRODUCTS BY LAND TO
GUATEMALAN PORTS ON THE CARIBBEAN.
    ARMED LEFTIST ACTIVITY CONTINUES TO TAKE A
HEAVY TOLL ON AGRICULTURAL PRODUCTION. ESPECIALLY IN
THE COTTON GROWING AREA OF USULUTAN AND THE COFFEE
GROWING AREAS OF SAN VICENTE AND SAN MIGUEL. TERRORIST
ACTIVITY HAS FORCED A MAJOR REDUCTION, AND IN SOME CASES
A COMPLETE HALT, TO PRODUCTION. FORTY PHASE I COOPS,
AMONG THE LARGEST AND POTENTIALLY MOST PRODUCTIVE
FARMS IN THE COUNTRY, STILL ARE UNABLE TO RESUME
OPERATIONS BECAUSE OF THEIR INABILITY TO BRING IN
INPUTS AND TECHNICAL ADVISORS, BECAUSE THEY CANNOT
FREELY TRANSPORT THEIR OUTPUT, AND BECAUSE LOCAL
GUERRILLA ACTIVITIES DIRECTLY THREATEN WORK IN THE
FIELDS.
    ESTIMATES OF TOTAL LEFTIST DAMAGE TO THE ECONOMY,
INCLUDING DIRECT DAMAGE TO ECONOMIC ASSETS AND THE

PAGE 03      SAN SA  06485  05 OF 08  042245Z

INDIRECT DAMAGE OF IMPEDING PRODUCTION, ARE EXTREMELY
DIFFICULT. CUMULATIVE LEFTIST DESTRUCTION
OF ECONOMIC ASSETS EXCEEDS $100 MILLION, COMBINING
LEFTIST DESTRUCTION OF ASSETS, NORMAL DEPRECIATION,
AND THE LOW LEVEL OF INVESTMENT CAUSED BY UNCERTAINTY
AS TO THE COUNTRY'S FUTURE COURSE AND THE SECURITY OF
PRODUCTIVE OPERATIONS, EL SALVADOR HAS HAD A NEGATIVE
REAL NET INVESTMENT. THAT IS, THE PRODUCTIVE CAPACITY
OF THE NATION HAS DECLINED SHARPLY IN ABSOLUTE TERMS
OVER THE LAST TWO YEARS.
B. MUNICIPALITIES IN CONFLICT
    THE ESAF'S CURRENT CONCEPT FOR DEFENDING ITS
POPULATION CALLS FOR A STATIC DEFENSE WITH LOCAL
PATROLLING IN SELECTED CITIES, TOWN AND VILLAGES.
ALTHOUGH APPROXIMATELY 50 PERCENT OF THE ARMED FORCES
IS TIED UP IN THIS TASK, THERE ARE NOT ENOUGH TROOPS
TO SPREAD AROUND IN EVERY SMALL RURAL TOWN. THEREFORE,
IN THE COUNTRYSIDE THE DETACHMENTS TEND TO BE SMALL,
AND THE GUERRILLAS HAVE BEEN ABLE TO OVERRUN AND
SEIZE A PARTICULAR TOWN FOR SHORT PERIODS OF TIME.
COMMITMENT OF SUFFICIENT ESAF TROOPS HAS ALWAYS
RESULTED IN THE TOWN BEING RECAPTURED. RECENT EXAMPLES
INCLUDE PERQUIN AND SAN FERNANDO IN MORAZAN. EL CARRIZAL AND
OJOS DE AGUA, TWO OTHER TOWNS CAPTURED IN JUNE, ARE STILL UNDER
GUERRILLA CONTROL SIMPLY BECAUSE THE ESAF HAS NOT YET
COMMITTED ASSETS TO RESEIZE THEM.

**DECLASSIFIED**

**UNCLASSIFIED**

DECLASSIFIED



TEXT OF TELEGRAM 82SAN SA006485

915

URBAN TERRORISM. INCIDENTS IN THE LARGER CITIES
(E.G., SAN SALVADOR, SAN MIGUEL, ETC.) HAVE BEEN
PRIMARILY DIRECTED AT THE INFRASTRUCTURE: PUBLIC
TRANSPORTATIO, HIGH TENSION CABLES, AND THE TELEPHONE
BOXES, THROUGH POLICE HAVE RECENTLY BECOME TARGETS. ASSASSINATIONS
OF UNPROMINENT INDIVIDUALS ARE ALSO A COMMON OCCURENCE. RECENTLY
THERE HAVE BEEN UNCONFIRMED INTELLIGENCE REPORTS THAT THE INSURGENTS
INTEND TO RENEW URBAN INSURGENCY ON A LARGE SCALE.
    THE ONLY SYSTEMATIC TEST OF GOVERNMENT VS.
INSURGENT CONTROL THROUGHOUT SALVADOR TOOK PLACE

PAGE 04        SAN SA  06485  05 OF 08  042245Z

AT THE TIME OF THE NATIONAL ELECTIONS WHIC THE
GUERRILLAS MADE A MAJOR EFFORT TO PREVENT. AT THAT
TIME, THE GOVERNMENT WAS ABLE TO MAINTAIN SUFFICIENT
AUTHORITY SO THAT VOTING TOOK PLACE IN ALL BUT
APPROXIMATELY 20 OF THE MORE THAN 500 VOTING PLACES IN EL
SALVADOR.

NNN

DECLASSIFIED

UNCLASSIFIED

DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

ADP708

PAGE 01          SAN SA  06485   06 OF 08   042318Z
ACTION ARA-16

INFO  OCT-00    COPY-01 ADS-00    INR-10    SS-10    CIAE-00  EB-08
      NSC-01    NSAE-00 PM-09     MCT-02    SVC-00   SAL-01   SP-02
      /060 W
                 -----------------006541  050119Z /73

R 041730Z AUG 82
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 1028
DOD WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
USSOUTHCOM QUARRY HTS PAN/INTAFF

          ▮▮▮▮▮SECTION 06 OF 08 SAN SALVADOR 6485

NOFORN

C. VIOLENCE AGAINST CIVILIANS
ALL INDICES OF VIOLENCE AGAINST CIVILIANS HAVE
SHOWED A DOWNWARD TREND SINCE THE BEGINNING OF 1982
THOUGH THE PATTERN HAS BEEN ERRATIC. THERE HAS
TENDED TO BE AN UPSURGE OF VIOLENCE AGAINST CIVILIAN
AT TIMES OF HEAVY INSURGENT ACTIVITY, PARTICULARLY
PRIOR TO THE ELECTION. PRESS REPORTS OF VIOLENT
CIVLIAN DEATHS NOW AVERAGE APPROXIMATELY 50 PER WEEK
AS COMPARED TO 100 AT THE END OF 1981 AND AS MANY AS
200 EARLIER IN 1981.
   URBAN TERRORISM HAS NOT BEEN DIRECTED TOWARD
INFLICTING CIVILIAN CASUALTIES. FOR EXAMPLE, SINCE
JULY 1981 THERE HAVE BEEN 234 BOMB EXPLOSIONS WITHIN
THE CITY OF SAN SALVADOR. THESE ARE BROKEN DOWN AS



PAGE 02          SAN SA  06485   06 OF 08   042318Z

FOLLOWS: 83 BUSES, SEVEN ELECTRICAL SYSTEMS, 44
COMMUNICATIONS SYSTEMS AND 100 BUSINESSES OR PRIVATE
PROPERTIES. OUT OF THESE 234 INCIDENTS ONLY TEN DEATHS
WERE REPORTED, INCLUDING THREE POLICEMEN.
   FOREIGNERS HAVE NOT BEEN THE OBJECTS OF
SPECIFIC ATTACKS DURING THE CURRENT WAVE OF URBAN
TERRORISM THOUGH THE PARAGUAYAN AMBASSADOR'S VEHICLE
WAS BOMBED ON JUNE 30, 1982. INFORMATION REGARDING
THIS BOMBING INCICATE IT WAS ONE OF OPPORTUNITY RATHER THAN A

DECLASSIFIED

UNCLASSIFIED



DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

PLANNED ATTACK. THE ONLY OTHER INCIDENT WAS THE
THROWING OF A GRENADE INTO THE GARDEN OF THE VENEZUELAN
EMBASSY IN FEBRUARY.

D. POPULATION TRENDS
VISA FIGURES INDICATE SALVADORANS HAVE BEEN
LEAVING THE COUNTRY IN RECORD NUMBERS. WE PROCESSED
8,688 IMMIGRANT VISAS CASES IN FY 81 AND EXPECT AT
LEAST 11,000 IN FY 82. IN FY 81, 43,786 NON-IMMIGRANT
VISA APPLICATIONS WERE PROCESSED, AND WE EXPECT 50,000
IN FY 82. WE ARE SEEING AN INCREASING NUMBER OF
ADJUSTMENTS OF STATUS AS NIV HOLDERS OPT TO STAY IN
THE U.S. RATHER THAN RETURN TO EL SALVADOR. ILLEGAL
IMMIGRATION CONTINUES AT HIGH LEVELS WITH PERHAPS
ONE-HALF MILLION SALVADORANS LIVING IN THE U.S. WHILE
IT IS IMPOSSIBLE TO ESTIMATE THE OVERALL REFUGEE
POPULATION OUTSIDE OF EL SALVADOR, IT MAY TOTAL AS
MANY AS 800,000. THERE HAS BEEN A STEADY INCREASE
IN PERSONS APPLYING FOR POLITICAL ASYLUM IN THE U.S.
DURING FY 82. ON THE OTHER HAND, RECENT FIGURES
PROVIDED BY THE MINISTRY OF INTERIOR INDICATE THAT
THE SALVADORAN GOVERNMENT IS NOW ISSUING FEWER PASSPORTS
THAN DURING 1981.
   THE GOES POPULATION PROJECTION FOR 1982 IS 4.8

PAGE 03        SAN SA ·06485  06 OF 08  042318Z

MILLION. LIMITED VITAL STATISTICS WOULD INDICATE
THAT THERE AHS BEEN A SLIGHT DECLINE IN POPULATION
GROWTH RATE OVER THE PAST TEN YEARS. THE DISPLACED
PERSONS ESTIMATE FOR JUNE 1982 IS 182,000, DOWN FROM A
HIGH OF 225,000 IN APRIL AND FROM 212,000 AT THE END
OF 1981. THIS IS A RESULT OF REFINED CENSUS TECHNIQUES
AND A REDUCTION IN THE OVERALL CONFLICTIVE AREAS IN
THE COUNTRYSIDE ALLOWING THE RETURN OF SOME DISPLACED
PERSONS TO THEIR PLACE OF ORIGIN. THE U.S. CITIZEN
POPULATION SHOWED AN INCREASE TO 1200 DURING FY 81 AFTER SHOWING
A DECREASE FOR TWO YEARS RUNNING.

10. PART III- PROFESSION OF ARMED FORCES
A. LEADERSHIP, COHESIVENESS OF OFFICER CORPS,
ABSORPTION OF U.S.-TRAINED OFFICERS
   THE MORAG  OF (#)
VGRADE AND JUNIOR OFFICERS HIGHLY MOTIVATED AND
PREPARED FOR THE LONG HAUL.
   DURING THE LATTER WEEKS OF THE QUARTER SOME
RUMBLINGS OF DISCONTENT HAVE BEEN SURFACING. AS THE
EUPHORIA OF THE SUCCESSFUL MARCH 1982 ELECTIONS WEARS
OFF, MANY OFFICERS AT ALL LEVEL ARE CONCERNED ABOUT TTHE
JULY CERTIFICATION AND BEYOND. THE QUESTION IS:
WILL EL SALVADOR BECOME ANOTHER NICARAGUA, ABANDONED
BY THE U.S. AT A CRITICAL JUNCTURE?
   A BRIEF SURGE OF DISCONTENT SURFACED IN JUNE

DECLASSIFIED

UNCLASSIFIED



**DECLASSIFIED**

**UNCLASSIFIED**                915

TEXT OF TELEGRAM 82SAN SA006485

WHEN IN THE FACE OF THE LOSS OF A BRIGADE COMMANDER AND
THE SUB-SECRETARY OF THE MINISTER OF DEFENSE, MANY
OFFICERS, IN THEIR FRUSTRATION, BLAMED THESE DEVELOP-
MENTS ON THE LACK OF LEADERSHIP BY THE MINISTER OF
DEFENSE WHO WAS VIEWED AS TOO PREOCCUPIED WITH POLITICAL
MANEUVERING TO PROSECUTE THE WAR. WITH THE WIND-DOWN
OF OPERATIONS RESCATE THIS CRITICISM HAS SUBSIDED,
HOWEVER.
INSOFAR AS THE ABSORPTION OF U.S. TRAINED
OFFICERS IS CONCERNED, THER ARE NO PROBLEMS AT ALL

PAGE 04        SAN SA  06485  08 OF 08  042318Z

WITH THOSE ASSIGNED TO THE THREE QUICK-REACTION
BATTALIONS. THEY CONTINUE TO DO WELL IN THE FIELD
AND ARE HIGHLY PRIZED BY THEIR COMMANDERS. HOWEVER,
HALF OF THE CADET LIEUTENANTS ARE SERVING IN ALL DEPARTMENTS
IN ALL THREE SERVICES, WHILE THE REMAINDER RECEIVE
ADDITIIONAL TRAINING AT THE MILITARY SCHOOL. EVENTUALLY
BOTH GROUPS WILL ROTATE. THE PROBLEM LIES IN THE FIELD.
IN AN ARMY SORELY LACKING IN JUNIOR OFFICER LEADERSHIP,
DEPARTMENTAL AND DETACHMENT COMMANDERS HAVE NOT ALWAYS
USED THESE HIGHLY-TRAINED ASSETS WELL. IN SOME
INSTANCES THEY ARE USED TO TRAIN RECRUITS, WHILE IN OTHERS
THEY RUN GUARD DETAILS. SOME RESENTMENT OF THESE

NOTE BY OC/T: (#) GARBLE/OMISSION PARA 10. CORRECTION TO FOLLOW.

NNN

**UNCLASSIFIED**

**DECLASSIFIED**

DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

ANALYSIS OF OPERATION RESCATE IN MORAZAN FROM
JUNE 5 UNTIL JULY 2, 1982. U.S. TRAINERS WORKING
SPECIFICALLY WITH THE ARMED FORCES DIRECTORATES OF
INTELLIGENCE AND OF OPERATIONS BELIEVE MANY OF THESE
PROBLEMS HAVE WORKABLE SOLUTIONS AND HAVE FOUND A
WILLINGNESS ON THE PART OF STAFF OFFICERS TO ADDRESS
THEM. ALTHOUGH MUCH REMAINS TO BE ACCOMPLISHED
AT THE ARMED FORCES GENERAL HEADQUARTERS, THE SIGNI-
FICANT COMMAND CONTROL AND COMMUNICATIONS PROBLEMS
APPEAR TO BE AT THE BRIGADE LEVEL AND WILL REQUIRE
FURTHER ATTENTION.

C. UTILIZATION OF U.S. EQUIPMENT AND TRAINING,
INCLUDING PERFORMANCE OF U.S..-TRAINED RAPID REACTION FORCES
    LACK OF AN ADEQUATE TRAINING BASE, THE RAPID
EXPANSION OF THE ARMED FORCES, A SHORTAGE OF TRAINED
OFFICERS AT BRIGADE AND BATTALION STAFF LEVEL, AND
DAILY OPERATIONAL REQUIREMENTS CONTINUE TO HAMPER THE
EFFECTIVE INTEGRATION AND UTILIZATION OF U.S.-PROVIDED
EQUIPMENT AND TRAINING. THESE WEAKNESSES ARE RECOG-
NIZED BY THE ARMED FORCES GENERAL STAFF, AND THE D-3
IS ATTEMPTING TO IMPROVE THE SITUATION. CONSIDERABLE
EFFORT IS BEING EXPENDED TO REPRODUCE THE TRAINING
MATERIAL, MANUALS, ETC. THAT HAVE BEEN PROVIDED TO THE

PAGE 03⁹      SAN SA  06485  07 OF 08  042343Z

U.S. TRAINED UNITS AND PERSONNEL. THIS INFORMATION IS
BEING DISSEMINATED TO THE REMAINDER OF THE ARMED FORCES.
MEANWHILE, THE NON-U.S. TRAINED UNITS WILL REMAIN WEAK
IN THE AREAS OF SMALL UNIT TACTICS, PATROLLING, AIR-
MOBILE AND NIGHT OPERATIONS, WEAPONS TRAINING AND THE
EFFECTIVE USE OF TACTICAL COMMUNICATIONS. THE D-3
VIEWS CONTINUED U.S. TRAINING, BOTH IN AND OUT OF
COUNTRY, AS THE LONG TERM SOLUTION.
    THE U.S.-TRAINED UNITS ARE PERFORMING WELL.
THE THREE RAPID REACTION BATTALIONS, ATLACATL, BELLOSO
AND ATONAL, CARRY THE MAJRO LOAD IN THE OPERATIONS
THEY PARTICIPATE IN. DURING SIX OF THE LAST SEVEN
WEEKS, THESE UNITS HAVE BEEN INVOLVED IN ALMOST CONSTANT
COMBAT OPERATIONS WITH HEAVY FIGHTING INVOLVED. THEIR
MORALE AND COMBAT EFFECTIVENESS REMAINS HIGH. DURING
THE RECENT OPERATION IN NORTHERN MORAZAN PROVINCE,
THE GOVERNMENT WAS ABLE TO TURN THE TIDE AN GAIN THE
INITIATIVE ONLY AS A RESULT OF THE COORDINATED ACTIONS
OF THE THREE BATTALIONS. LEADERSHIP, COMMAND AND
CONTROL, AND TACTICAL TECHNIQUES IN THSE THREE UNITS
GREATLY SURPASSES THAT FOUND IN OTHER UNITS. DURING
THE MORAZAN OPERATION, AIR GROUND OPERATIONS WERE CON-
DUCTED WITH SOME EFFECTIVENESS, AND THE A-37 PACKAGE WAS
EMPLOYED IN A ROLE SIMILAR TO THAT USED BY U.S. FORCES.
    A MAJOR WEAKNESS THAT RMEAINS IS THE FAILURE TO
UTILIZE THE LIMITED AIRMOBILE CAPABILITY TO AIRLIFT

UNCLASSIFIED

DECLASSIFIED



DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

ADP709

PAGE 01        SAN SA  06485   07 OF 08   042343Z
ACTION ARA-16

INFO  OCT-00    COPY-01  ADS-00    INR-10   SS-10    CIAE-00  EB-08
      NSC-01    NSAE-00  PM-09     MCT-02   SAL-01   SP-02    /060 W
            ------------------010064  050120Z /73

R 041730Z AUG 82
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 1029
DOD WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
USSOUTHCOM QUARRY HTS PAN/INTAFF

SECTION 07 OF 08 SAN SALVADOR 6485

"GRINGO-TRAINED HOTSHOTS" HAS BEEN RECEIVED AS WELL.

B. FUNCTIONING OF COMMAND AND CONTROL SYSTEM
THE ARMED FORCES GENERAL HEADQUARTERS COMMAND
CAPABILITY CONTINUES TO IMPROVE (ALBEIT AT TIMES SLOWLY)
AND, PERHAPS MORE IMPORTANTLY, THEY REMAIN OPEN TO
SUGGESTIONS AND CHANGE. THEIR GREATEST SHORTCOMING
STILL LIES IN THEIR TENDENCY TO REACT TO INSURGENT
INITIATIVES RATHER THAN TAKE THE OFFENSIVE. THE LATES
EPISODES IN CHALATENANGO AND MORAZAN WHERE AMPLE
EVIDENCE OF THE FOREGOING. A MAJOR SHORTCOMING LIES
BETWEEN HEADQUARTES AND THE SIX BRIGADE COMMANDERS.
THE BRIGADE COMMANDERS PLAN AND EXCUTE OPERATIONS
OFTEN WITHOUT PRECOGNIZANCE BY THE HIGH COMMAND. THIS
FAILURE HAS CREASTED SITUATIONS WHERE THE HIGH COMMAND
MUST ATTEMPT TO "CATCH UP" TO THE OPERATIONS IN TERMS
OF TACTICAL SUPPORT, LOGISTICS, AND INTELLIGENCE.



PAGE 02        SAN SA  06485   07 OF 08   042343Z

THE PROPENSITY FOR THE BRIGADE COMMANDERS TO TAKE
UNILATERAL ACTION THAT ULTIMATELY IMPACTS ELSEWHERE HAS
RESULTED IN POORLY PLANNED, EXECUTED AND SUPPORTED
OPERATIONS, HAS DIRECTLY CONTRIBUTED TO INCREASED
COMBAT CASUALTIES AND EQUIPMENT LOSS, AND PROVIDED
THE INSURGENT WITH A PSYCHOLOGICAL AND PROPAGANDA
ADVANTAGE. WE HAVE PROVIDED BY SEPTEL A DETAILED
CRITIQUE OF WHAT WE CONSIDER TO BE AREAS FOR POTENTIAL
IMPROVEMENT IN THE ARMED FORCES AS WLL AS A BRIEF

DECLASSIFIED

UNCLASSIFIED



DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 825AN SA006485

TROOPS DIRECTLY INTO COMBAT OPERATIONS. BRIGADE
COMMANDERS AND THEIR STAFFS PLAN AND CONDUCT ALL COMBAT
OPERATIONS IN THEIR ESPECTIVE AREAS. THEY USE THE AIR-
MOBILE ASSETS PIECEMEAL, AND MAINLY FOR RESUPPLY AND
MEDICAL EVACUATION PURPOSES. ALSO CONTRIBUTING TO THE
PROBLEM IS THE FACT THAT THE EXISTING HELICOPTERS ARE
NOT AVAILABLE IN SUFFICIENT NUMBERS ON A DAILY BASIS
TO AIRLIFT MORE THAN A PLOTOON AT A TIME. IN JULY 1982
THERE WERE AN AVERAGE OF 32 MILITARY TRAINERS IN COUNTRY. THE
AVERAGE OVER THE PAST THREE MONTHS HAS BEEN 40. WE FIND THESE



PAGE 04        SAN SA  06485  07 OF 08  042343Z

NUMBERS ADEQUATE THOUGH OCCASIONAL TEMPORARY SURGES PRESS AGAINST
THE CEILING OF 55. THERE WOULD BE FEWER OPERATING PROBLEMS IF
THE CEILING WERE OBSERVED ON A BASIS OF AVERAGES RATHER THAN ON
AN ABSOLUTE BASIS.

D. CIVILIAN/MILITARY RELATIONSHIP
    THE ARMED FORCES IS THE TRADITIONAL PIVOTAL
ELEMENT IN SALVADORAN POLITICS. THROUGH THREAT OR ACTUAL
USE OF FORCE. THE MILITARY HAS HISTORICALLY DETERMINED
DEGREE OF CIVILIAN PARTICIPATION IN THE OUTCOME OF
TRANSITIONS IN NATIONAL POLITICS. THIS WAS PROVEN ONCE
AGAIN BOTH IN THEIR DECISION NOT TO INFLUENCE THE OUTCOME
OF THE MARCH ELECTIONS AND LATER TO INTERVENE DECISIVELY
IN DETERMINING THE COMPOSITION OF THE NEW PROVISIONAL

NNN

DECLASSIFIED

UNCLASSIFIED



DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

ADP710

PAGE 01        SAN SA   06485   08 OF 08   050003Z
ACTION ARA-16

INFO  OCT-00    COPY-01 ADS-00    INR-10   SS-10    CIAE-00   EB-08
      NSC-01    NSAE-00 PM-09     MCT-02   SAL-01    SP-02    /060 W
                -------------------010311  050120Z /73
R 041730Z AUG 82
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 1030
DOD WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
USSOUTHCOM QUARRY HTS PAN/INTAFF

███████████SECTION 08 OF 08 SAN SALVADOR 6485

NOFORN

GOVERNMENT. THE HIGH COMMAND HAS CONTINUED TO ACT
UNEQUIVOCABLY WHEN IT SAW ITS OWN INTERESTS THREATENED.
THEY BOTH PUBLICLY COUNTERED THE ACTION OF THE
CONSTITUENT ASSEMBLY ON AGRARIAN REFORM THROUGH A MAJOR
SHOW OF SUPPORT FOR IT AND PRIVATELY AND QUIETLY
SCUTTLED D'AUBUISSON'S AMNESTY PROPOSAL. RECENT TRIPS
BY THE CONSTITUENT ASSEMBLY PRESIDENT TO PANAMA AND
ALLEGATIONS THAT D'AUBUISSON HAS ENTERED INTO DIS-
CUSSIONS WITH THE FMLN AND CUBA HAVE MADE THE MILITARY
HIGH COMMAND EVEN MORE WARY OF HIM AND DETERMINED TO
EXERCISE CONTROL. ON THE OTHER HAND, THEY HAVE
MAINTAINED AN EXCELLENT RELATIONSHIP WITH PRESIDENT
MAGANA AND CONTINUE TO GIVE HIM THEIR SUPPORT. ANXIETY
ABOUT THE CIVILIAN GOVERNMENT IS MOST FREQUENTLY
EXPRESSED BY THE REFORMIST OFFICERS CENTERED AROUND

PAGE 02        SAN SA   06485   08 OF 08   050003Z

THE MILITARY SCHOOL CLASSES OF 1963 AND 1964. THEY
EXPRESSED CONCERN THAT THE OBJECTIVES OF THE REVOLUTION
OF OCTOBER 1979 WILL BE THWARTED BY A RIGHTIST ASSEMBLY
AN AN INEFFECTUAL EXECUTIVE. HOWEVER, THE ABILITY
TO TURN DISATISFACTION INTO A GOLPE DE ESTADO IS
LIMITED. THEY HAVE BEEN THE STRONGEST
ADVOCATES FOR KEEPING THE MILITARY OUT OF POLITICS
AND SUPPORTERS OF THE RECENT ELECTIONS. THEREFORE,
KNOWING FULL WELL THE IMPACT A MOVE AGAINST THE

DECLASSIFIED

UNCLASSIFIED

DECLASSIFIED

UNCLASSIFIED

915

TEXT OF TELEGRAM 82SAN SA006485

CONSTITUENT ASSEMBLY LEADERSHIP WOULD HAVE ON WORLD
OPINION, THEIR ABILITY TO MOVE IN THAT DIRECTION IS
SUBSCRIBED. LIKEWISE, THEIR RESPECT FOR PRESIDENT
MAGANA, IN LIEU OF A CIVILIAN ALTERNATIVE TO HIM,
COMPELS THEM TO CONTINUE TO SUPPORT THE CIVLIAN
LEADER PUT FORWARD BY THE VOTE OF THE MILITARY
COMMANDERS THEMSELVES. THEIR DISSATISFACTION
WITH THE PERFORMANCE OF THE HIGH COMMAND COULD
POTENTIALLY LEADE TO A MOVE AGAINST GENERAL GARCIA
BUT THERE IS NOT INDICATION THAT THEIR DISSATISFACTION
IS SUCH THAT THEY ARE PREPARED TO RALLY AROUND AN
ALTERNATIVE TO HIM UNLESS, PERHAPS, COL. FLORES LIMA
SHOULD SHIFT HIS POSTURE CONSIDERABLY.
   THE ANALYSIS CONTAINED IN THE DEPARTMENT'S
PRESIDENTIAL CERTIFICATION FOR JULY 1982 DEMONSTRATES
THAT THE MILITARY HAVE MADE CONSIDERABLE PROGRESS ON HALTING
ABUSES ABAINST CIVILIANS. BOTH REDUCING THE NUMBER OF VIOLATIONS
AND SUBMITTING EVER MORE OF THEIR OWN, INCLUDING
OFFICERS, STO CIVILIAN JUSTICE. WE HAVE NO EVIDENCE
THAT THIS CHANGED ATTITUDE HAS EXTENDED TO A REDUCTION
OF CORRUPTION WHICH ACTUALLY APPEARS TO BE ON THE
RISE AMONG THE MILITARY. EFFORTS TO IMPROVE HUMAN
RIGHTS BY THE U.S., THE CHURCH, THE INTERNATIONAL
PRESS, AND THE ICRC ARE SUBJECT TO A CRUCIAL

PAGE 03      SAN SA  06485  06 OF 06  050003Z

LIMITATION--THE PRESSURES THEY BRING TO BEAR ARE
EXTERNAL TO THE ARMED FORCES ITSELF. THERE IS NO
WAY OF BEING CERTAIN TO WHAT DEGREE PERSUASION OR
COERCION HAVE IN REALITY CHANGED THE ORIENTATION OF
THE MILITARY TO HUMAN RIGHTS ABUSES VIS-A-VIS
ELIMINATION OF THE ENEMY. HOWEVER, TO AN INCREASING
DEGREE THE MILITARY ZONE COMMANDERS DIRECTLY
RESPONSIBLE FOR PROSECUTING THE WAR TALK AND, TO
A LIMITED EXTENT, ACT AS IF THEY UNDERSTAND THAT THEY
MUST WIN THE SUPPORT OF THE CIVILIAN POPULATION IF
THEY ARE TO WIN THE WAR.

E. ARMED FORCES PUBLIC RELATIONS
   THE SALVADORAN ARMED FORCES PUBLIC RELATIONS
APPARATUS, PARTICULARLY THE PRESS COMMITTEE OF THE
ARMED FORCES, IS TERRIBLE. THE GOOD NEWS GETS OUT
SLOWLY AND IN PIECEMEAL FASHION,  AND THE BAD NEWS IS
ALMOST NEVER REVEALED THROUGH OFFICIAL SOURCES--
THUS GIVING AN INVESTIGATIVE (I.E., SENSATIONALIST)
CAST TO COVERAGE OF UNFAVORABLE EVENTS. THE MILITARY
HAS GIVEN LITTLE PRIORITY TO SETTING UP AN EFFECTIVE
MECHANISM FOR DEALING WITH THE INTERNATIONAL PRESS.
COPREFA (THE ARMED FORCES PRESS COMMITTEE) IS CURRENTLY
WELL SUITED TO RECEIVE INFOMRATION TO DISTRIBUTE, TO
DENY REQUESTS OF VARIOUS SORTS, AND TO KEEP THE PRESS
AWAY FROM THE "REAL ARMY." THERE IS NOT INDICATION THAT

UNCLASSIFIED

DECLASSIFIED



**DECLASSIFIED**

**UNCLASSIFIED**

915

TEXT OF TELEGRAM 82SAN SA006485

COPREFA KNOWS MORE THAN IT SAYS, IS ASKED ITS OPINION
ON HOW TO HANDLE A SITUATION, VIEWS THE PRESS AS ANYTHING
BUT AN ADVERSARY TO BE CONTAINED, OR HAS ANYTHING MORE
THAN A CURSORY KNOWLEDGE OF THE SUBSTANTIVE OR
TECHNICAL NEEDS OF A FOREIGN JOURNALIST. THE COMBINATION
OF THEIR HANDLING OF THE PRESS ALONG WITH THE GENUINE
FAILINGS OF THE SALVADORAN ARMED FORCES CONTINUE TO
PLAGUE EFFORTS TO WIN WORLD SUPPORT FOR THE SALVADORAN
POSITION. ONLY PROGRESS IN BRINGING ABOUT THE
PROFESSIONALIZATION OF THE SALVADORAN ARMED FORCES IS



PAGE 04        SAN SA  06485  08 OF 08  050003Z

LIKELY TO HAVE ANY REAL IMPACT ON RESOLVING THIS
PROBLEM BUT INCREASING ATTENTION MUST BE PLACED
ON PROFESSIONALIZATION OF THE INFORMATION EFFORT ALONG
WITH THE OTHER IMPROVEMENTS IN SALVADORAN ARMED FORCES
PERFORMANCE.
BLEAKLEY

SECRET

NNN

**DECLASSIFIED**

**UNCLASSIFIED**

**EXHIBIT  E**



**EXCISE**



## Department of State

**TELEGRAM**

CONFIDENTIAL

AN: D820326-0139

CONFIDENTIAL

PAGE 01    TEGUCI  05150  221702Z
ACTION ARA-16

INFO   OCT-00   COPY-01 ADS-00   INR-10   SS-10   CIAE-00   DODE-00
M-01   IO-15   NSCE-00   NSAE-00   SSO-00   SY-05   HA-06
L-03   PM-09   PA-01   MCT-02   OMB-01   INRE-00   RP-10
ICAE-00   SYE-00   SP-02   SR-04   SPRS-02  /098 W
--------------270164  221706Z /44

O R 221631Z JUN 82
FM AMEMBASSY TEGUCIGALPA
TO SECSTATE WASHDC IMMEDIATE 8585
YFO AMEMBASSY SAN SALVADOR
MEMBASSY MANAGUA
AMEMBASSY GUATEMALA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
USCINCSO QUARRY HTS PN
USMISSION-USUN NEW YORK
USMISSION GENEVA

DEPARTMENT OF STATE A/CDC/MR

REVIEWED BY E.T. Long    DATE 1/25/83

RDS☐or XDS☐EXT. DATE _____
TS AUTH. _____   REASON(S) _____
ENDORSE EXISTING MARKINGS ☐
DECLASSIFIED☐ RELEASABLE☐
RELEASE DENIED☒  IN PART
PA or FOI EXEMPTIONS  B1 a 3,9

C O N F I D E N T I A L TEGUCIGALPA 5150

EO 12065: GDS 6/22/88 (SHAW, DAVID) OR-P
TAGS: SHUM SREF MILI HO ES
SUBJ: ANOTHER SUMPUL RIVER MASSACRE CLAIMED

REF: TEGUCIGALPA 4906

1. (U) IN A PAID ADVERTISEMENT IN LEFT-LEANING DAILY TIEMPO JUNE
21, THE NATIONAL COORDINATOR OF SOLIDARITY WITH THE SALVADORAN
PEOPLE (CNSPS) CHARGED THAT ON JUNE 12, 300 SALVADORANS WERE
MURDERED AS THEY TRIED TO CROSS THE SUMPUL RIVER TO TAKE REFUGE
IN HONDURAS. THE AD CLAIMS THAT DELEGATES FROM INTERNATIONAL
AGENCIES IN MESA GRANDE WERE ABLE TO REACH THE ZONE OF THE
INCIDENT, VERIFY ITS DIMENSIONS AND, DESPITE THE MILITARY CORDON,
LEND PROTECTION TO THE FEW SURVIVORS. THE ADVERTISEMENT DOES NOT
MAKE CLEAR WHETHER THE SALVADORAN OR HONDURAN ARMIES PERPETRATED
CONFIDENTIAL
CONFIDENTIAL

PAGE 02    TEGUCI  05150  221702Z

THE ALLEGED INCIDENT. COLLUSION BETWEEN THE TWO COUNTRIES'

CONFIDENTIAL

ARMIES IS ALSO ALLEGED IN THE RECENT OPERATIONS IN CHALATENANGO.



WALKER

CONFIDENTIAL

**EXHIBIT  F**

SECRET

PAGE 01      SAN SA  00436  01 OF 07  151856Z
ACTION ARA-16

INFO  OCT-00  COPY-01 ADS-00  INR-10  SS-10  CIAE-00 NSC-01
    NSAE-00 SY-06  HA-08  PM-09  MCT-02 SP-02  /065 W
         -----------------277140 151904Z /44
R 151737Z JAN 83
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 3838
SECDEF WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAE JOSE
AMEMBASSY TEGUCIGALPA
USCINCSO QUARRY HTS PN

| RELEASED IN FULL |

| REVIEW AUTHORITY:  Oscar Olson, Senior Reviewer |

S E C R E T SECTION 01 OF 07 SAN SALVADOR 00436

NOFORN DISSIMENATION

THIS ASSESSMENT IS BEING TRANSMITTED IN TWO SEPARATE
CABLES.  PART 1 OF 2 FOLLOWS.

E.O. 12356: DECL:  OADR
TAGS:  PINS, MILI, ES
SUBJECT:  (U) EL SALVADOR MILITARY ASSESSMENT (AUGUST --
-      DECEMBER 1982)

REF:  82 SAN SALVADOR 6485

1.  S--ENTIRE TEXT.
-
2.  SUMMARY:  THE ARMED FORCES/SECURITY FORCES OF EL
SALVADOR GREW BY 8,582 PEOPLE DURING 1982 TO A TOTAL OF
  SECRET

PAGE 02      SAN SA  00436  01 OF 07  151856Z

31,757 WHILE ARMED INSURGENT STRENGTH REMAINED RELATIVELY
STABLE AT 4 TO 5 THOUSAND, ACCORDING TO OUR BEST ESTIMATE.
EXTERNAL ASSISTANCE TO BOTH SIDES CONTINUED AT HIGH LEVELS
WITH THE UNITED STATES FOLLOWED BY VENEZUELA PROVIDING THE
BULK OF ASSISTANCE TO THE GOVERNMENT WHILE CUBA AND NICA-
RAGUA PLACED INCREASING RELIANCE IN THE LATTER MONTHS OF
THE YEAR ON THE USE OF AIRPLANES AND HELICOPTERS TO SUPPLY
INSURGENT FORCES.  CASUALTY FIGURES ON BOTH SIDES WERE
HIGH THROUGHOUT THE LATTER HALF OF 1982, THOUGH NOT AP-
PROACHING THE LEVELS OF THE MARCH ELECTIONS.  ACCNMPANYING

THE 37 PERCENT INCREASE IN ARMED FORCES NUMBERS OVER THE
FULL YEAR THERE WAS A 15 PERCENT INCREASE IN KIA AND A
27 PERCENT INCREASE IN WIA.  A MAJOR OFFENSIVE LAUNCHED IN
OCTOBER BY THE GUERRILLAS WHICH CONTINUED INTO NOVEMBER
DEMONSTRATED THEIR STILL CONSIDERABLE STRENGTH AND THE
GOVERNMENT'S CONTINUING RELIANCE ON LARGE SCALE SWEEP
OPERATIONS AS A COUNTER-MEASURE.  THIS WAS DESPITE SOME
SUCCESSES BY THE GOVERNMENT UTILISZIGXBSMALL SCALE UNIT
TACTICS.  SUBVERSIVE AREAS OF CONCENTRATION REMAIN ESSEN-
TIALLY UNCHANGED IN CHALATENANGO DEPARTMENT, GUAZAPA
VOLCANO AREA AND NORTHERN MORAZAN DEPARTMENT WHERE THEY
HAVE INTENSIFIED THEIR CONTROL NORTH OF THE TAROLA RIVER.
THE PERIOD WAS MARKED BY FURTHER REDUCTION IN URBAN
TERRORISM AND THE CONCENTRATION OF ATTACKS ON THE LINKS
WITH THE EASTERN PART OF THE COUNTRY AS WELL AS ON THE
HARVEST.  THE ALREADY WEAKENED ECONOMY REMAINS SERIOUSLY
ENDANGERED BY THESE ADDITIONAL BLOWS.  AFTER SHOWING A
MARKED DOWNWARD TREND DURING THE FIRST HALF OF 1982 ALL
INDICES OF VIOLENCE TOWARD CIVILIANS HAVE TENDED TO LEVEL
OFF DURING THE SECOND HALF.  DISPLACED PERSON POPULATIONS
AND U.S. VISA APPLICATIONS BOTH REACHED RECORD NUMBERS.
-
-   THERE IS A PERCEPTION THAT MORALE OF THE EL SALVA-
    SECRET

    SECRET

PAGE 03     SAN SA  00436  01 OF 07  151856Z

DORAN MILITARY LEADERSHIP HAS SLIPPED DURING THE LAST SIX
MONTHS DUE TO:  THE DISPUTE AMONG MINDEF GARCIA, ARENA AND
MID-LEVEL OFFICERS CENTERING AROUND COL OCHOA; THE IN-
TRACTABILITY OF THE GUERRILLA; THE GUERRILLA STRATEGY OF
CAPTURING AND THEN RELEASING ESAF SOLDIERS; AND FRUSTRA-
TION WITH CIVILIAN POLITICIANS.  THE RESULT OF THIS APPAR-
ENT LOSS OF DIRECTION IN THE ARMED FORCES HAS BEEN PRO-
CRASTINATION IN THE DEVELOPMENT OF A NATIONAL STRATEGY FOR
PROSECUTING THE WAR.  THERE IS, HOWEVER, A PLAN FOR THE
REORGANIZATION OF INFRANTRY BATTALIONS, BRIGADES AND MILI-
TARY DETACHMENTS AND AN ONGOING PROSPECT TO DEVELOP A
COMBINED MILITARY/CIVIL ACTION STRATEGY.  THE MOST SIGNI-
FICANT LEADERSHIP CHANGES IN THE SECOND HALF OF 1982 CON-
CERNED COL JAIME FLORES BEING GIVEN NOMINAL COMMAND OF A
MILITARY THEATER OF OPERATIONS INCLUDING EVERYTHING EAST
OF THE RIO LEMPA.  COL CARRANZA WAS MOVED OUT OF ANTEL TO
CEL AND GARCIA ALLY, COL GOMEZ WAS MOVED INTO ANTEL.  ALL
OF THE US TRAINED CADETS ARE NOW IN THE FIELD EXCEPT FOR
38 BEING USED AS ASSISTANT INSTRUCTORS AT THE MILITARY
ACADEMY.  THE EL SALVADOR ARMED FORCES GENERAL STAFF
DEMONSTRATES AN IMPROVED ABILITY TO PLAN AND SUPPORT
MULTI-UNIT, JOINT, AND SIMULTANEOUS OPERATIONS.  THE PACT
OF APANECA ANNOUNCED IN AUGUST PROVIDED A BASIC PLATFORM
FOR PURSUING A NATIONAL STRATEGY FOR PACIFICATION, HUMAN
RIGHTS, CONFIDENCE AND SECURITY.  MILITARY OFFICERS ARE
MEMBERS OF THE POLITICAL AND HUMAN RIGHTS COMMISSION
FORMED BY THE PACT.  THE GOES STILL HAS A DRAFT NATIONAL

AMNESTY PLAN UNDER CONSIDERATION.  HANDLING OF THE PRESS
SHOWED NO IMPROVEMENT IN ITS DISMAL PERFORMANCE.
-
-   PROGNOSIS:  THE CRISIS CAUSED BY THE REFUSAL OF COL
OCHOA TO BE TRANSFERRED ABROAD AND HIS DEMAND FOR THE
RESIGNATION OF MINISTER OF DEFENSE GARCIA CLOUD THE PROG-


SECRET


NNN

SECRET

PAGE 01      SAN SA  00436  02 OF 07  190236Z
ACTION ARA-16

INFO  OCT-00   ADS-00   INR-10   SS-10   CIAE-00   NSC-01   NSAE-00
    SY-06    HA-08    PM-09   MCT-02   SP-02   FAIM-01
    ( ADS ) W
            -----------------251071  021343Z /72
R 151737Z JAN 83 (MRN CORRECTION)
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 3839
SECDEF WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
AMEMBASSY TEGUCIGALPA
USCINCSO QUARRY HTS PN

S E C R E T SECTION 02 OF 07 SAN SALVADOR 00436

C O R R E C T E D  C O P Y (MRN 00436 VICE 60436 SECTION 02)

NOSIS AT THIS TIME.  AN ASSESSMENT WILL BE REQUIRED XN THE
AFTERMATH OF THE RESOLUTION OF THIS CRISIS.  WE BELIEVE
THAT THE POINTS RAISED IN THIS PERIODIC MILITARY ASSESS-
MENT WILL PROVIDE THE BASIS FOR SUCH AN ANALYSIS.  IT IS
NOTEWORTHY THAT THE ISSUES OUTLINED HERE -- A GENERAL PER-
CEPTION OF IMPROVED ARMED FORCES STRENGTH AND CAPABILITY

COMBINED WITH A LACK OF NATIONAL STRATEGY AND OF EFFECTIVE
DEPLOYMENT OF FORCES -- ARE THE ISSUES BEHIND THE DIVI-
SIONS IN THE OFFICER CORPS WITH WHICH EL SALVADOR IS NOW
CONFRONTED.  END SUMMARY.

-

3.  PART I -- CURRENT MILITARY SITUATION

SECRET

SECRET

PAGE 02     SAN SA  00436  02 OF 07  190236Z

-  A.  FRIENDLY FORCES

-  AS OF DECEMBER 1982, THE ARMED FORCES/SECURITY FORCES
OF EL SALVADOR CONSISTED OF THE FOLLOWING:

- ARMY              19,897
- NAVY                 447
- AIR FORCE             885
- NATIONAL GUARD       3,544
- NATIONAL POLICE      4,943
- TREASURY POLICE       2,041

-   TOTAL            31,757

-   THIS REPRESENTS A TOTAL INCREASE IN 1982 OF 8,582
PEOPLE, INCLUDING ONE NEW IMMEDIATE REACTION BATTALION
(RAMON BELLOSO), AND TWO NEW VENEZUELAN-TRAINED "CAZA-
DORES" BATTALIONS.

-   OFFICER FIGURES FOR THE YEAR ARE AS FOLLOWS:

| -CATEGORIES | 1 JAN 1982 | KIA | OTHER WIA | DEATHS | MIA | 31 DEC 1982 (INCL MIA/WIA) |
|---|---|---|---|---|---|---|
| FIELD GRADE OFFICERS | 234 | 2 | 4 | - | 1 | 232 |
| JUNIOR GRADE OFFICERS | 649 | 17 | 51 | 5 | 1 | 627 |
| TOTALS | 883 | 19 | 55 | 5 | 2 | 859 |
| CADETS | 450 | 9 | 18 | 3 | 1 | 438 |

SECRET

SECRET

PAGE 03     SAN SA  00436  02 OF 07  190236Z

-   ARMED FORCES CASUALTIES THE LAST TWO YEARS HAVE BEEN
AS FOLLOWS:

```
-              KIA        WIA
-   1982      1,145      2,398
-   1981        998      1,882
-
```

-   SUPPLIES AND AMMUNITION ARE AT SATISFACTORY LEVELS
WITH THE FOLLOWING EXCEPTIONS:

-   (1) 40MM, 90MM, 50 CAL AND 105MM STOCKS ARE SUFFI-
CIENT TO SUPPORT COMBAT OPERATIONS FOR APPROXIMATELY ONE
MONTH.  PARTIAL SHIPMENT OF THESE ITEMS, AS REQUESTED IN
OUR MSG 242304 NOV 82, IS EXPECTED IN JAN 83.

-   (2) ALSO AT LOW LEVPLS ARE LBE ITEMS.  5000 SETS WILL
BE REQUESTED UPON APPROVAL BF ADDITIONAL FUNDS.

-   B.  INSURGENTS

-   WE ESTIMATE INSURGENT STRENGTH AS FOLLOWS:

-          DEC 1982   DWC 1981   DEC 1980

ARMED COMBATANTS  4000--5000  4000--5000  3000--4000

-   THE INSURGENTS DEMONSTRATED A SURGE CAPABILITY DURING
THE OCTOBER/NOVEMBER OFFENSIVE WITH ONE ESTIMATE PUTTING
THEIR ARMED STRENGTH AT 6000--9000.  IF THESE HIGH NUMBERS
DID, IN FACT, EXIST THEY MOST LIKELY REULTED FROM ARMING
PART OF THE MILITIA.  THE ARMED FORCES COMMENTED ON THE
LACK OF QUIPMENT AND TRAINING OF MANY OF THE INSURGENT
CASUALTIES DURING THIS PERIOD.


   SECRET




NNN

   SECRET

PAGE 01     SAN SA  00436  03 OF 07  151859Z
ACTION ARA-16

INFO  OCT-00  COPY-01 ADS-00  INR-10  SS-10  CIAE-00 NSC-01
   NSAE-00 SY-06  HA-08  PM-09  MCT-02 SP-02  /065 W
   ------------------277142  151907Z /40
R 151737Z JAN 83
FM AMEMBASSY SAN SALVADOR

TO SECSTATE WASHDC 3840
SCDEF WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
AMEMBASSY TEGUCIGALPA
USCINCSO QUARRY HTS PN

S E C R E T N O F O R N SECTION 03 OF 07 SAN SALVADOR 00436

-   DURING THEIR OCTOBER/NOVEMBER OFFENSIVE, THE INSUR-
GENTS DEMONSTRATED AN ABILITY TO SUSTAIN OPERATIONS
AGAINST MILITARY TARGETS THAT HAD NOT PREVIOUSLY BEEN IN
EVIDENCE.  IN PRIOR "OFFENSIVES," GUERRILLAS WOULD
GENERALLY SUSTAIN OPERATIONS FOR SOME TWO-THREE WEEKS,
THEN "STAND-DOWN" FOR ONE-TWO MONTHS TO REFIT, RETRAIN,
AND RECUPERATE.  BY CONTRAST, THE INSURGENTS WERE ABLE TO
SUSTAIN RELATIVELY HIGH LEVELS OF ACTIVITIES AGAINST
MILITARY, AS WELL AS NORMAL ECONOMIC TARGETS.  THIS CAPA-
BILITY DIMINISHED ONLY SLIGHTLY IN DECEMBER.  ALSO UNLIKE
PREVIOUS ACTIONS WHICH HAD BEEN LIMITED TO ONE GENERAL
AREA, INSURGENTS DEMONSTRATED AN ABILITY TO STRIKE AT AND
SEIZE TARGETS IN CHALATENANGO, MORAZAN, AND LA UNION
DEPARTMENTS, WHILE SIMULTANEOUSLY INCREASING ATTACKS IN
USULUTAN AND SANTA ANA DEPARTMENTS.
-
  SECRET

  SECRET

PAGE 02     SAN SA  00436  03 OF 07  151859Z

-   ESTIMATES OF INSURGENT CASUALTIES ARE EXTREMELY UN-
RELIABLE.  THE ARMED FORCES CARRY THE FOLLOWING ROUGH
COUNT:

| | KIA | WIA |
|---|---|---|
| 1982 | 3,360 | 556 |
| 1981 | 4,373 | 212 |

-   C.  THIRD COUNTRY ASSISTANCE TO ARMED FORCES

-   REFTEL CONTAINS A DETAILED SUMMARY OF THIRD COUNTRY
ASSISTANCE.  SINCE THAT TIME WE HAVE NOTED THE FOLLOWING
CHANGES:

-   -- VENEZUELAN TRAINERS DEPARTED COUNTRY IN MID-
SEPTEMBER AFTER COMPLETING TRAINING OF THE "CAZADORES"
BATTALIONS AND AFTER HAVING RECEIVED THREATS TO THEIR OWN
SECURITY.

-   (1) ESAF OFFICERS AND CADETS AS OF 31 OCT 82 WERE ATTENDING COURSES IN THE FOLLOWING COUNTRIES:

-   (A) ARGENTINA --  1
-   (B) CHILE     -- 5
-   (C) COLOMBIA  -- 4
-   (D) GUATEMALA -- 3
-   (E) ITALY     -- 1
-   (F) MEXICO    -- 11
-   (G) PARAGUAY  -- 6
-   (H) VENEZUELA -- 25

   SECRET

   SECRET

   PAGE 03      SAN SA  00436  03 OF 07  151859Z

-   (2) IN ADDITION, NINE MEMBERS OF THE SALVADORAN COM-MAND AND STAFF COLLEGE TRAVELLED TO TAIWAN IN LATE NOVEM-BER TO ATTEND A SENIOR COURSE IN POLITICAL WARFARE FOR FOREIGN OFFICERS.  THERE OFFICERS ARE EXPECTED TO RETURN IN FEBRUARY 1983.
-
-   (D) THIRD COUNTRY ASSISTANCE TO SUBVERSIVES:

-   (1) CUBA AND NICARAGUA CONTINUE TO BE THE MAIN SUP-PLIERS OF FINANCES, ARMS, AMMUNITION, SUPPLIES, EQUIPMENT AND TRAINING TO THE FARABUNDO MARTI NATIONAL LIBERATION FRONT INSURGENTS.  VIETNAM IS ALSO PROVIDING TRAINING AND IT IS PROBABLE THAT NORTH KOREA AND LIBYA ARE PROVIDING SIMILAR ASSISTANCE TO THE INSURGENTS.  REPORTING INDICATES SOME FOREIGNERS ARE ADVISING, TRAINING AND FIGHTING WITH THE INSURGENTS IN EL SALVADOR.  HOWEVER, THERE IS NO EVIDENCE THAT CUBAN OR NATIONALS FROM OTHER COMMUNIST COUNTRIES (EXCLUDING NICARAGUA) ARE AMONG THEM.

-   THE DEMOCRATIC REVOLUTIONARY FRONT (FDR) CONTINUES TO PROMOTE INTERNATIONAL POLITICAL AND MATERIAL SUPPORT OUZSIDE EL SALVADOR IN NUMEROUS COUNTRIES FROM SOURCES RANGING FROM INDIVIDUALS TO LEFTIST/SOCIALIST/COMUNIST PARTIES.

-   (2) THE INSURGENTS CONTINUE TO RECEIVE ARMS AND SUP-PLIES FROM NUMEROUS LOCATIONS BY LAND, AIR AND SEA.  IN RECENT MONTHS, REPORTED SIGHTINGS OF UNCONTROLLED AIR-CRAFT HAVE INCREASED SIGNIFICANTLY.  IT APPEARS THAT THE INSURGENTS ARE NOW RECEIVING MORE SUPPLIES BY AIR THAN IN 1981.  THIS PROBABLY REFLECTS AN IMPROVED MARITIME SUR-

SECRET

NNN

SECRET

PAGE 01      SAN SA  00436  04 OF 07  151901Z
ACTION ARA-16

INFO  OCT-00  COPY-01 ADS-00  INR-10  SS-10  CIAE-00  NSC-01
    NSAE-00  SY-06    HA-08    PM-09    MCT-02  SP-02    /065 W
            -----------------277147  151911Z /40
R 151737Z JAN 83
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 3841
SECDEF WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
AMEMBASSY TEGUCIGALPA
USCINCSO QUARRY HTS PN

S E C R E T SECTION 04 OF 07 SAN SALVADOR 00436

VEBLLANCE EFFORT BY THE NAVY IN THE GULF OF FONSECA.

-    (3) THE INSURGENTS CONTINUE TO ACQUIRE WEAPONS AND
WEAPON SYSTEMS FROM ABROAD AND BY CAPTURING THEM FROM THE
SALVADORAN MILITARY FORCES.  WE ARE UNAWARE OF THE INTRO-
DUCTION OF ANY NEW, SOPHISTICATED WEAPONS.  THE HEAVIEST
WEAPONS ARE RECOILLESS RIFLES, MORTARS AND 50 CAL.
MACHINEGUNS.

-    (4) ON 22 AUGUST 1982, HONDURAN AUTHORITIES CAPTURED
ERP COMMANDER, ALEJANDRO MONTENEGRO, AND FOUR OTHER IN-
SURGENTS.  THE EXTEOIVE MATERIAL DEVELOPED FROM THE IN-
FORMATION PROVIDED BY THESE INSURGENTS HAS BEEN THE SUB-
JECT OF NUMEROUS REPORTS SINCE LATE AUGUST.  THE MATERIAL
WHICH HAS BEEN VERIFIED DESCRIBED SALVADORAN INSURGENT
ACTIVITY IN EL SALVADOR, INSURGENT TERRORIST ACTIVITIES IN
    SECRET

SECRET

PAGE 02      SAN SA  00436  04 OF 07  151901Z

HONDURAS, ARMS TRANSPORTATION FROM NICARAGUA TO THE GUER-
RILLAS IN EL SALVADOR AND HONDURAS, CUBAN DIRECTION TO
THE SALVADORAN INSURGENT MOVEMENT, AND THE CUBAN DESIRE TO
MOVE THE REVOLUTION IN EL SALVADOR TO HONDURAS AND ELSE-
WHERE IN CENTRAL AMERICA.

-   (E) SIGNIFICANT ENGAGEMENT SECOND HALF OF 1982

-   WE OFFER THE FOLLOWING COMMENTS ON THE MOST SIGNIFI-
CANT ENGAGEMENTS OF THE LAST SIX MONTHS:

-   (1) SUBVERSIVE INITIATED.  BETWEEN 10 AND 12 OCTOBER
THE GUERRILLAS LAUNCHED A MAJOR OFFENSIVE, "THE HEROES AND
MARTYRS OF OCTOBER 1979-1980 NATIONAL MILITARY CAMPAIGN,"
PRINCIPALLY IN MORAZAN AND CHALATENANGO DEPARTMENTS,
THOUGH OTHER DEPARTMENTS FELT THE EFFECTS.  THIS OFFENSIVE
MAY HAVE BEEN TIMED TO COINCIDE WITH FMLN PEACE PROPOSALS
ANNOUNCED IN MEXICO DURING THE SAME TIME FRAME.  IN
CHALATENANGO, GUERRILLAS INTIALLY SEIZED THE TOWNS OF EL
JICARO AND LAS VUELTAS, AND LATER LA LAGUNA.  GUERRILLAS
WERE NOT DISLODGED UNTIL OPERATION CHAVEZ MELENDEZ IN THE
LATER PART OF NOVEMBER.  IN MORAZAN, GUERRILLAS  SEIZED
PERQUIN, TOROLA, AND SAN FERNANDO.  GUERRILLAS STILL CON-
TROL THESE TOWNS AS WELL AS ROSARIO, ARAMBALA, JOATECA,
AND CORINTO.  ESAF HAVE NOT MOUNTED AN OPERATION TO RETAKE
THIS AREA AND IT REMAINS UNDER EFFECTIVE GUERRILLA CON-
TROL.  IN LATE NOVEMBER, INSURGENTS STAGING FROM CORINTO
ATTACKED AND SEIZED FOUR TOWNS (ANAMOROS, POLOROS, NEUVA
ESPARTA, AND LISLIQUE) IN NORTHERN LA UNION DEPARTMENT.
IN EARLY DECEMBER, ESAF TROOPS RETOOK THE TOWNS.  NO STAY-
BEHIND FORCES REMAINED, AND CONTROL OF THE AREA IS UN-
CERTAIN.

   SECRET

   SECRET

PAGE 03      SAN SA  00436  04 OF 07  151901Z

-   (2) GOVERNMENT INITIATED.

(A) LARGE SCALE OPERATIONS.  ESAF CONDUCTED THREE
LARGE-SCALE OPERATIONS DURING THE PAST SIX MONTHS:

-   -- DUENAS III - A 21-COMPANY OPERATION IN WESTERN
USULUTAN DEPARTMENT IN LATE JULY.

-   -- AZENON PALMA - A 7-BATTALION OPERATION IN NORTHERN
AND EASTERN SAN VICENTE DEPACTMENT DURING LATE AUGUST.

-   CHAVEZ MELENDEZ - A 31-COMPANY OPERATION, WITH
HONDURAN PARTICIPATION, IN EASTERN CHALATENANGO DEPARTMENT
DURING MID-NOVEMBER.

- (B) MEDIUM-SIZED OPERATIONS.  IN WHAT MAY HAVE BEEN
AN EFFORT TO MOVE AWAY FROM A COMMITMENT TO LARGE SCALE
OPERATIONS, THE ESAF CONDUCTED FOUR MEDIUM-SIZED OPERA-
TIONS, TWO CONCURRENTLY.

- -- GONZALO PORTILLO - INVOLVED THE TWO "CAZADORES"
BATTALIONS PLUS A 5-COMPANY COMPOSITE BN OPERATING IN
NORTHWESTERN SAN MIGUEL DEPARTMENT IN LATE SEPTEMBER/
EARLY OCTOBER.

- -- CHARCO - AN OPERATION INVOLVING THE THREE IMME-
DIATE REACTION BNS IN SOUTHWESTERN USULUTAN IN LATE
SEPTEMBER/EARLY OCTOBER.

- MENJIVAR - A 12-COMPANY OPERATION INVOLVING PRIMARILY
2ND BDE ASSETS IN THE SOUTHERN SANTA ANA/CHALATENANGO

SECRET

NNN

SECRET

PAGE 01      SAN SA  00436  05 OF 07  151903Z
ACTION ARA-16

INFO  OCT-00  COPY-01 ADS-00  INR-10  SS-10   CIAE-00 NSC-01
    NSAE-00  SY-06   HA-08   PM-09   MCT-02  SP-02   /065 W
         -----------------277153  151911Z /40
R 151737Z JAN 83
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 3842
SCDEF WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUW
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JO E
AMEMBASSY TEGUCIGALPA

USCINCSO QUARRY HTS PN

S E C R E T SECTION 05 OF 07 SAN SALVADOR 00436

ORDER AREA IN MID-OCTOBER.

-   -- A 14-COMPANY OPERATION INVOLVING TWO OF THE IMME-
DIATE REACTIONS BNS IN NORTHERN LA UNION DEPARTMENT IN
EARLY DECEMBER.

-   (C) SMALL-SCALE OPERATIONS.  WORTHY OF NOTE IS THAT
SEVERAL SMALL SCALE OPERATIONS WERE CONDUCTED DURING THE
OCTOBER-DECEMBER TIME FRAME WITH GENERALLY VERY GOOD
RESULTS:

-   -- SAN MIGUEL DEPARTMENT.  IN RESPONSE TO THE OCTOBER/
NOVEMBER GUERRILLA INITIATIVES IN HIS DEPARTMENT, COL
JAIME ((FLORES)), 3RD BDE COMMANDER, LAUNCHED THREE SMAL
SCALE OPERATIONS (ONE IN SOUTHERN, TWO IN NORTHERN SAN
MIGUEL DEPARTMENTS).  PRIMARY FORCE EMPLOYED WAS THE
    SECRET

    SECRET

PAGE 02      SAN SA  00436  05 OF 07  151903Z

CUSCATLAN BN.

-   -- CUSCATLAN DEPARTMENT -- IN MID-DECEMBER, THE RAMON
BELLOSSO BN WAS DEPLOYED TO THE EASTERN SLOPES OF THE
GUAZAPA VOLCANO AREA WHERE IT CONDUCTED A FOUR-DAY
OPERATION FROM COMAPNY-SIZED PATROL BUSES.

-   -- SAN VICENTE DEPARTMENT - ALSO IN MID-DECEMBER
COL NAPOLEON ((ALVARADO)) CONDUCTED AN OPERATION IN
NORTHERN SAN VICENTE WITH 5TH BDE ASSETS.

-   F.  SUBVERSIVE AREAU OF CONCENTRATION

-   (1) YATTHE END OF 1982, THERE WERE THREE MAJOR SUB-
VERSIVE AREAS OF CONCENTRATION AND STRENGTH:

-   (A) CHALATENANGO DEPARTMENT -- INCLUDES THE AREA
EAST FROM TRONCAL DEL NORTE TO THE CABANAS BORDER.

-   (B) GUAZAPA VOLCANO AREA -- INCLUDES NORTH CENTRAL
CUSCUTLAN AND SAN SALVADOR DEPARTMENTS AND PORTIONS OF
WESTERN CABANAS DEPARTMENT.

-   (C) NORTHERN MORAZAN DEPARTMENT -- INCLUDES ZLMOST
ALL OF THE AREA NORTH OF RIO TOLOLA, EXCEPT FOR THE MAIN
N-S HIGHWAY FROM THE RIVER NORTH TO JOCOATIQUE.

-   (2) OTHER IMPORTANT AREAS OF CONCENTRATION ARE:

-   (A) WESTERN USULUTAN DEPARTMENT -- ALTHOUGH CONCEN-

TRATIONS HERE ARE NOT BELIEVED TO BE AS LARGE AS IN THE
MORE NORTHERN PARTS OF THE COUNTRY, GUERRILLAS HAVE
OPERATED ALMOST AT WILL, ATTACKING ECONOMIC TARGETS AS
SECRET

SECRET

PAGE 03      SAN SA  00436  05 OF 07  151903Z

WELL AS MILITARY PATROLS AND OUTPOSTS.  IHIS ACTIVITY
APPEARS TO HAVE STEADILY INCREASED OVER THE LATTER HALF OF
THE YEAR DESPITE THE DEPLOYMENT OF THE ATONAL BATTALION
TO USULUTAN IN MID-SEPTEMBER.

-    (B) NORTHERN LA UNION DEPARTMENT

-    (C) NORTHERN AND EASTERN SAN VICENTE DEPARTMENT

-    (D) NORTHERN SAN MIGUEL DEPARTMENT

-    (3) GUERRILLA ACTIVITY IN THE WESTERN PART OF THE
COUNTRY BEGAN TO INCREASE DURING THE LAST THREE MONTHS OF
THE YEAR.  MOST OF THE ACTIVITY OCCURRED IN SANTA ANA
DEPARTMENT.  GUERRILLA CONCENTRATIONS AND STRENGTHS MAY
BE INCREASING THERE.

-    STATISTICS PROVIDED BY THE INTERIOR MINISTRY AND
THER GOES OFFICIALS IN EARLY OCTOBER 1982 SHOWED THAT
APPROXIMATELY 45-50 OF THE 263 MUNICIPAL GOVERNMENTS WERE
EITHER CLOSEJ OR FUNCTIONING LESS THAN 50 PERCENT OF THE
TIME.  ALL OF THE MUNICIPALITIES AFFECTED BY THE VIOLENCE
ARE IN THE EASTERN TWO-THIRDS OF THE COUNTRY. AT LEAST 11
OF THESE MUNICIPALITIES WERE COMPLETELY CLOSED (6 IN
CHALATENANGO, 2 EACH IN SAN VICENTE AND USULUTAN, AND
1 IN LA PAZ).  AT LEAST ANOTHER 11 MUNICIPALITIES IN
NORTHERN MORAZAN WERE VIRTUALLY INCOMUNICADO.  WHILE THESE
STATISTICS HAVE BEEN AFFECTED BY THE GUERRILLA OFFENSIVE
AND THE NOVEMBER 5 APPOINTMENTS OF NEW MAYORS, THE BASIC
NUMBERS AND LOCATIONS OF THE AFFECTED MUNICIPALITIES HAVE
PROBABLY REMAINED ABOUT THE SAME.

SECRET

NNN

SECRET

PAGE 01      SAN SA  00436  06 OF 07  151905Z
ACTION ARA-16

INFO  OCT-00  COPY-01 ADS-00  INR-10  SS-10  CIAE-00 NSC-01
     NSAE-00  SY-06  HA-08  PM-09  MCT-02  SP-02  /065 W
     -----------------277160  151916Z /40
R 151737Z JAN 83
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 3843
SECDEF WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
AMEMBASSY TEGUCIGALPA
USCINCSO QUARRY HTS PN

S E C R E T SECTION 06 OF 07 SAN SALVADOR 00436

-   BETWEEN JANUARY 1, 1980 AND OCTOBER 6, 1982 THE GOES
CLOSED 826 OF ITS 3,209 BASIC (PRIMARY) SCHOOLS.  VIR-
TUALLY EVERY MUNICIPALITY HAS BEEN AFFECTED.  EDUCATION
MINISTER CARLOS AQUILINO DUARTE BLAMES RIGHTIST VIOLENCE
FOR THE MAJORITY OF THE PROBLEMS.  28 OF 321 MEDICAL
ESTABLISHMENTS HAVE ALSO BEEN CLOSED IN THE PAST FOUR
YEARS.  MANY OF THESE CLOSINGS WERE PROBABLY ALSO DUE TO
RIGHTIST VIOLENCE.

;.  PART II -- IMPACT OF MILITARY SITUATION ON CIVILIAN
ACTIVITY

-   A.  THE ECONOMY

-   THE ECONOMY OF EL SALVADOR, ALREADY SUFFERING FROM
A 25 PERCENT DECLINE IN REAL GNP SINCE 1979, REMAINED THE
SECRET

SECRET

PAGE 02      SAN SA  00436  06 OF 07  151905Z

PRINCIPAL TARGET OF THE INSURGENTS DURING THE SECOND HALF
OF 1982.  THE PERIOD WAS MARKED BY A FURTHER REDUCTION IN
URBAN TERRORISM (UNCONFIRMED INTELLIGENCE REPORTS REPORTED
IN THE LAST ASSESSMENT INDICATING AN ATTEMPT TO RENEW
URBAN INSURGENCY ON A LARGE SCALE WERE NOT PROVEN COR-
RECT.)  INSTEAD, THERE WAS A CONCENTRATION OF ATTACKS ON
THE COMMUNICATIONS AND ENERGY LINKS TO THE EASTERN THIRD

OF THE COUNTRY AS WELL AS ON THE HARVEST, ESPECIALLY IN
THE COTTON PRODUCING AREAS OF USULUTAN.  A NEW SUBVERSIVE
TACTIC ADDED THIS YEAR WAS FIRING UPON PLANES AND THREATEN-
ING PILOTS EMPLOYED IN CROP DUSTING.  THIS TACTIC SUC-
CEEDED IN GROUNDING PLANES DURING THE CRITICAL PERIOD
WHEN COTTON REQUIRED INSECTICIDE AT LEAST EVERY FIVE DAYS
AND COULD REDUCE COTTON CROPS IN AFFECTED AREAS BY
40 PERCENT.  WHILE THE ATTACKS ON ROADS, BRIDGES, AND
ELECTRIC TOWERS CONTINUED, NO MAJOR ELEMENTS OF THE ANO-
MIC INFRASTRUCTURE WERE DESTROYED DURING THE SECOND HALF
OF THE YEAR.  HOWVER, THE OIL REFINERY IN ACAJUTLA
NARROWLY MISSED BEING PUT OUT OF COMMISSION FOR AN EX-
TENDED PERIOD AS A RESULT OF AN ATTACK IN OCTOBER.  THERE
WAS A SLIGHT INCREASE IN INSURGENT ACTIVITY IN THE NOR-
MALLY PEACEFUL WESTERN AREA OF THE COUNTRY.

-   OVERALL, IN THE EASTERN THIRD OF THE COUNTRY, ANY
WORK OR TRAVEL OUTSIDE THE MAJOR CITIES AND TOWNS IS
RISKY FOR GOVERNMENT OFFICIALS.  THE SAME SITUATION PRE-
VAILS IN MANY AREAS ALONG THE HONDURAN BORDER, ESPECIALLY
IN THE DEPARTMENT OF CHALATENANGO.

-   C. VIOLENCE AGAINST CIVILIANS

-   AFTER SHOWING A MARKED DOWNWARD TREND DURING THE
FIRST HALF OF 1982, ALL INDICES OF VIOLENCE AGAINST
   SECRET

   SECRET

PAGE 03     SAN SA  00436  06 OF 07  151905Z

CIVILIANS HAVE TENDED TO LEVEL OFF IN THE SECOND HALF
(FACTORING OUT A CHANGE IN REPORTING METHODOLOGY IN SOME
INDICES).  PRESS REPORTS OF CIVILIAN DEATHS ATTRIBUTABLE
TO POLITICAL VIOLENCE NOW AVERAGE SLIGHTLY LESS THAN 50
PER WEEK IN AN ERRATIC PATTERN AS COMPARED TO 100 AT THE
END OF 1981 AND AS MANY AS 200 EARLIER IN 1981.  WE SEEM
TO BE WITNESSING A SUBTLE SHIFT FROM URBAN TO RURAL INCI-
DENTS OF SUCH VIOLENCE BUT THE TREND IS NOT YET CLEAR.

-   URBAN TERRORISM CONTINUES TO BE DIRECTED AGAINST
ECONOMIC RATHER THAN HUMAN TARGETS, ALTHOUGH THE MURDER OF
INTERNATIONAL TRADE FAIR DIRECTOR NICOLAS ESTABAN NASOR
AND THE DISAPPEARANCE OF BUSINESS LEADER MAURICIO CUELLAR
IN SAN SALVADOR WERE EXCEPTIONS.  ON THE BASIS OF THIS
TREND THE UNITED STATES GOVERNMENT MODIFIED THE TRAVEL
ADVISORY FROM ONE OF AN OUTRIGHT WARNING AGAINST ALL
TRAVEL TO EL SALVADOR TO A MORE LIMITED ONE ABOUT TRAVEL
BY ROAD, PARTBICLARLY TO THE NORTHEASTERN REACHES OF THE
COUNTRY.

-   THERE HAVE BEEN NO ATTACKS ON FOREIGNERS IN URBAN
AREAS DURING THE LAST SIX MONTHS.  ONE AMERICAN WAS SHOT
TO DEATH BY SALVADORAN SOLDIERS WHILE TRAVELING BY ROAD IN
THE NORTHEAST UNDER CIRCUMSTANCES WHICH ARE UNDER

INVESTIGATION.

- D.P. POPULATION TRENDS

- THE DISPLACED PERSONS COUNT AT THE END OF 1982 STOOD
AT 237,000 AS COMPARED TO 212,000 AT THE END OF 1981.
DURING 1982 THE COUNT REACHED A HIGH OF 252,000 IN OCTO-

SECRET

NNN

SECRET

PAGE 01      SAN SA  00436  07 OF 07  151949Z
ACTION ARA-16

INFO  OCT-00   COPY-01 ADS-00   INR-10   SS-10   CIAE-00 NSC-01
     NSAE-00  SY-06   HA-08   PM-09   MCT-02  SP-02   /065 W
                ------------------277246  152009Z /44
R 151737Z JAN 83
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC 3844
SECDEF WASHDC
INFO AMEMBASSY BOGOTA
AMEMBASSY CARACAS
AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
AMEMBASSY TEGUCIGALPA
USCINCSO QUARRY HTS PN

S E C R E T SECTION 07 OF 07 SAN SALVADOR 00436

BER.  THE DECLINE BETWEEN OCTOBER AND DECEMBER 1982 IS IN
PART DUE TO THE CYCLICAL INCREASE IN AGRICULTURAL EMPLOY-
MENT DURING THIS PERIOD.

- VISA DEMAND CONTINUES AT HIGH LEVELS.  WE ARE
PROCESSING OVER 40,000 PEOPLE A YEAR FOR NONIMMIGRANT

VISAS AND EXPECT THIS TO CONTINUE.  THESE FIGURES ARE THE
HIGHEST EVER.  EVEN DURING THE 1978-81 PERIOD OF TURMOIL
FIGURES WERE NOT THIS HIGH.  WE ARE ISSUING ALL AVAILABLE
IMMIGRANT VISAS AND COULD ISSUE MORE EXCEPT FOR DEPARTMENT
IMPOSED WORLDWIDE CUT OFFS IN 4 OUT OF THE 6 PREFERENCE
CATEGORIES.
HINTON


SECRET




NNN

**EXHIBIT  G**





# BIOGRAPHIC SKETCH

EL SALVADOR
Lieutenant Colonel* Domingo MONTERROSA Barrios
January 1984

(U) <u>NAME</u>: Lieutenant Colonel* Domingo <u>Monterrosa</u>
Barrios (mohn-teh-ROH-sah), Artillery Officer, El
Salvador Armed Force.

(U) <u>POSITION</u>: Commander, 3d Infantry Brigade,
since 25 November 1983. He succeeds Colonel
Ernesto Jaime <u>Flores</u>.



(U)                                          1983

PLEASE ASSIST US IN PROVIDING CORRECT CURRENT
BIOGRAPHICAL DATA BY IMMEDIATELY FORWARDING
CORRECTIONS AND ADDITIONS DIRECTLY TO DIA, DC
WASHINGTON DC 20301

156

- EL SALVADOR
Lieutenant Colonel Domingo MONTERROSA Barrios
January 1984

(U) CAREER:

1959-1963 — Cadet, Military Academy, San Salvador, about February 1959-
November 1963; graduated second in the class and
commissioned Second Lieutenant, 12 November 1963; received
awards from Chief of the US Army Mission in El Salvador and
the Chilean Ambassador.
— Platoon leader, Support Company, Arms and Services School,
San Salvador.

1965-1966 — Platoon leader, 1st Infantry Company (Airborne), Ilopango
Air Base.

1966 — Platoon leader, Cadet Company, Military Academy.  Student,
Parachute Ranger Course, US Army School of the Americas,
Ft. Gulick, Panama, March-May.  Promoted to First
Lieutenant, 24 December.

1968 — Commander, 1st Squadron, Cavalry Group.

1969 — Chief, Administration Section (Adjutant and Supply
Officer), Cavalry Group.

1970 — Commander, 6th Company, 3rd Infantry Command, Chalatenango.

1971 — Student, Advanced Infantry Training, Arms and Services
School, San Salvador.  Promoted to Captain, 30 July.

1972? — Commander, Airborne Company (now called Base Security
Group).

1973 — Student, Alouette helicopter flight training, France,
January-March.

1975-1977 — Commander, Parachute Squadron, 1975, concurrently, student,
Command and General Staff Course, Armed Force Studies
Center (Centro de Estudios de la Fuerza Armada/CEFA), 1975-
November 1977.  Promoted to Major, 31 December 1976.

2

PLEASE ASSIST US IN PROVIDING CORRECT CURRENT
BIOGRAPHICAL DATA BY IMMEDIATELY FORWARDING
CORRECTIONS AND ADDITIONS DIRECTLY TO DIA/DB
WASHINGTON DC 20301

157

EL SALVADOR
Lieutenant Colonel Domingo <u>MONTERROSA</u> Barrios
January 1984

| | |
|---|---|
| 1977-1979 | - Commander, Base Security Group (Airborne Company), Ilopango Air Base, from 1977.  Student, Political Warfare Course, Taiwan, September-about December 1978. |
| 1979 | - Assistant Professor, Armed Force Studies Center (CEFA). Section Chief, D-1, Armed Force General Staff. |
| 1980 | - Promoted to Lieutenant Colonel, 31 December. |
| 1981 | - Commander, Atlacatl Battalion, from February 1981-November 1983. |
| 1983 | - Commander, 3d Infantry Brigade (San Miguel), since 25 November. |

PLEASE ASSIST US IN PROVIDING CORRECT CURRENT BIOGRAPHICAL DATA BY IMMEDIATELY FORWARDING CORRECTIONS AND ADDITIONS DIRECTLY TO DIA /DB WASHINGTON, D.C. 20301

**EXHIBIT  H**







BIOGRAPHIC SKETCH

EL SALVADOR
Colonel Natividad Jesus CACERES Cabrera
December 1987

(U)  NAME:  Colonel Natividad Jesus Caceres Cabrera,
Army.

(U)  POSITION:  Commander, 6th Military Detachment,
Sonsonate Department, since June 1987.  He succeeds
Colonel Oscar Armando Amaya Perez.



Colonel N- -

1966-1969  — Graduated from the Military Academy and commissioned a Second
Lieutenant in the Infantry, 1966.
— Platoon Leader, 1st Rifle Company, 1st Infantry Battalion, 3d
Infantry Brigade, San Miguel, 1966-1968.
— Promoted to First Lieutenant, 1969.

1970-1971  — Instructor, Military Academy.

1971-1973  — Guest Instructor, US Army School of the Americas (USARSA),
Fort Gulick, Panama.

1974-1976  — Instructor, Arms and Services School, San Salvador.

1977-1979  — Student, Command and General Staff College, San Salvador.
— Promoted to Major, 1978.

1980-1982  — Executive Officer, Atlacatl Immediate Reaction Battalion.
— Instructor, Command and General Staff College, 1982.
— Promoted to Lieutenant Colonel, December, 1982.

1982-1984  — Assistant Military Attache to the US and concurrently,
Student, Inter-American Defense College (IADC), Washington,
DC.

Please assist us in providing correct, current
biographical data by immediately forwarding
corrections and additions directly to DI/CRD



EL SALVADOR
Colonel Natividad Jesus CACERES Cabrera
December 1987

1984-1987

- Executive Officer, Treasury Police, 1984-1986.
- Commander, 1st Military Detachment, Chalatenango Department, February 1986-June 1987.
- Commander, 6th Military Detachment, Sonsonate Department, since June 1987.

3
(Reverse Blank)





Please assist us in providing correct, current biographical data by immediately forwarding corrections and additions directly to DIA/D8 Washington, D.C. 20340.

DEPARTMENT OF STATE
WASHINGTON

## NOTIFICATION OF APPOINTMENT OF FOREIGN DIPLOMATIC OFFICER

TO: The Secretary of State, Attention: Office of Protocol

**1. FULL NAME (First, Middle, Last) (Please Capitalize Last Name)**
Natividad Jesús CACERES–CABRERA

**2. RESIDENCE ADDRESS IN U.S.**

**3. NAME OF GOVERNMENT REPRESENTED**
EL SALVADOR

**4. TYPE OF PASSPORT AND VISA**

**6. DIPLOMATIC TITLE OR RANK, PLUS FUNCTIONAL DESIGNATION, IF ANY.**
Assistant Armed Forces Attaché

**5. DATE AND PLACE OF ARRIVAL IN U.S.**

**7. EFFECTIVE DATE**
June 15, 1983

**8. NATIONALITY**

**9. DATE OF BIRTH**

**10. PLACE OF BIRTH**

**11. BIOGRAPHIC DATA**

1966 – Graduated from Escuela Militar General Gerardo Barrios of El Salvador as Second Lieutenant

1969 – Promoted to Lieutenant

1973 – Promoted to Captain

1978 – Promoted to Major

1982 – Promoted to Lieutenant Colonel

SEE ATTACHMENT

**FULL NAME OF SPOUSE**

**13. DATE, PLACE OF BIRTH AND NATIONALITY OF SPOUSE**

**NAME AND DATE AND PLACE OF BIRTH OF CHILDREN RESIDING IN U.S. (Note: Permanent departure of a child from the U.S. prior to termination of parent's diplomatic assignment, as well as subsequent arrival of a dependent child from abroad, is to be reported to Protocol by diplomatic note.)**



Signature of Official

Signature of Chief of Mission

Date
June 22, 1983

1983 JUN 24 PM 3 34

**Enclosure:** Two passport size photographs of both the diplomatic officer and spouse (taken within last 12 months)

EMBAJADA DE EL SALVADOR (SEAL) WASHINGTON, D.C.

S-1497

**EXHIBIT I**

# UNCLASSIFIED

DEPARTMENT OF DEFENSE
JOINT CHIEFS OF STAFF MESSAGE CENTER

PTTUZYUW RUESALA4274 1412130
PRIORITY
P 211503Z MAY 82

FM USDAO SAN SALVADOR ES

TO  DIA WASHDC//DB-3E2/JSI-4B/OS-1/DB-3E

INFO USCINCSO QUARRY HTS PN//SCJ2-IAD
     CMDR JSOC FT BRAGG NC//J3-2//
     CDR 470TH MI GP FT CLAYTON PN//IAGPP-PN
     CDR193RDINFBDE(PAN) FT CLAYTON PN//AFZU-DS
     COMUZLLRCARIB KEY WEST FL//J3-2
     NACOS INTEL CEN SCOTT AFB IL//INW
     USDAO GUATEMALA CITY GT        USDAO MEXICO CITY MX
     USDAO PANAMA CITY PN           USDAO TEGUCIGALPA HO
     CINCLANT NORFOLK               AMEMBASSY MANAGUA
     CDRUSAITAC AHS VA//IAX-SO-1//  USDAO LIMA PE
     CG THIRD MAW
BT

UNCLAS
SUBJ: IR 6 829 0244 82/EL SALVADOR/PRESS CONFERENCE, CHIEF
      OF THE ARMED FORCES GENERAL STAFF
THIS IS AN INFO REPORT, NOT FINALLY EVALUATED INTEL.
1. CTRY: EL SALVADOR (ES)
2. IR NO: 6 829 0244 82
3. TITLE: PRESS CONFERENCE, CHIEF OF THE ARMED FORCES
         GENERAL STAFF

4.368
53 9! 8.19: 820517
5. ORIG: USDAO SAN SALVADOR, ES
6. REQ REFS: A.M-4BX-22249; B. M-4BX-22269
7. SOURCE: LOCAL PRESS REPORTS

─────────────────────────────────────────── ---
8. SUMMARY:  THRUS IR CONTAINS A KIMARIZED TRANS
JTIONYBU
A PRESS XBNFYENCE PRESENTED ON 17 MAY BY THE CHIEF OF THE
ARMED FORCES GENERAL STAFF, COLONEL RAFAEL ((FLORES)) LIMA,
WHO WAS ACCOMPANIED BY HIS D-III OFFICER, LTC JESUS
GABRIEL ((CONTRERAS)). /. ───────────────────────────────
─────────────
9A. DETAILS:
    (1) COLONEL FLORES LIMA BEGAN BY EXPLAINING THAT GENERAL
JAIME ABDUL JG((GUTIERREZ)) WOULD NO LONGER DISCHARGE HIS
DUTIES AS COMMANDER IN CHIEF OF THE ARMED FORCES AS
PROVISIONAL PRESIDENT, DR. ALVARO ((MAGANA)), BY CONSTI-
TUTIONAL MANDATE, WAS ALSO COMMANDING GENERAL OF THE ARMED
FORCES. HE SAID THAT THE PRESIDENT COULD DELEGATE THE
POSITION OF COMMANDING GENERAL OF THE ARMED FORCES FOR
OPERATIONS WHEN CIRCUMSTANCES SO WARRANTED IT. GENERAL
GUTIERREZ REMAINS IN AN INACTIVE, RESERVE FMATUS WITHIN
THE ARMED FORCES GENERAL STAFF (PO NOTE: HE IS PRESENTLY
OR VACATION IN THE BAHAMAS).
    (2) WITH REGARD TO THE MILITARY SITUATION IN THE COUNTRY,

ACTION DB-3E2(1)                          (U.6,7,E,F)
INFO  NIDS(1) J3:NMCC(1) J5(2) RDJ?F:LO(1) SECDEF:(1)
      SECDEF(9) USDP(15) ASD:FA?E?(2) NMIC(1) PTS-2B(1)
      OS-1(1) SWS(1) JSI-4B(1) GC-4(1) DE-4A(1) ATE(1)
      AT-X(1) AIS(1) DIO(1) DE(1) DE-1G(1) DB-3E(2)
      DB-4A(1) DB-5D(1) DB-1E(1) DT-1(1) DIA(1)
      +CSA WASHINGTON DC
      +CNO WASHINGTON DC
      +CSAF WASHINGTON DC
      +CIA WASHINGTON DC
      +SECSTATE WASHINGTON DC
      +CMC CC WASHINGTON DC
      +DIRNSA FT GEORGE G MEADE MD

THE CHIEF OF STAFF SAID THAT THE WAR AGAINST THE GUERRILLA
HAS NOT ENDED BUT THAT LEFTIST SUBVERSION WAS DETERIORATING
HE ADDED THAT THERE WERE STILL SUBVERSIVE ACTIONS AND
BASE CAMPS IN THE NORTHERN DEPARTMENTS OF CHALATENANGO,
MORAZAN, SAN VICENTE, AND IN THE VICINITY OF GUAZAPA (8208;
    (3) EACH MILITARY COMMANDER HAS THE AUTHORITY TO
ORGANIZE AND CONTROL HIS RESPECTIVE ZONE AND THAT ONLY
LARGE-SCALE OPERATIONS WERE COORDINATED BY THE GENERAL
STAFF. HE SAID ALSO THAT THE "GENERAL JUAN RAMON
BELLOSO" BATTALION WILL SEE ACTION SOON AND THAT THIS
ORGANIZATION WOULD BE PRESENTED TO THE NATIONAL AND
INTERNATIONAL PRESS IN A SPECIAL CEREMONY. THEGOZATONAL
BATTALION WAS CONCLUDING ITS TRAINING BUT (WHWIN TWOONTHS WOULD BE L
ADY TO ENTXF C BAT. ALL THREE
WBATTALIONS, "ATLACATL", "GENERAL JUAN RAMON BELLOSO",
AND "ATONAL" ARE IMMEDIATE REACTION UNITS WHO HAVE THE
RESPONSIBILITY OF PROVIDING SECURITY TO THE COUNTRY.
    (4) WITH REGARD TO FOREIGN MILITARY ADVISING, HE
SAID THAT ONLY THE UNITED STATES AND CHILE PROVIDED
IT TO THE ARMED FORCES BUT THAT THERE WERE AGREEMENTS
WITH ARGENTINA AND VENEZUELA. RESPONDING TO A QUESTION,
HE SAID THAT THE ARMED FORCES HAD ALWAYS INVITED THE
SUBVERSIVES TO LAY DOWN THEIR ARMS AND THAT THEY HAVE
HEARD THE ISLL OF THE ARMY OFFERING THEM SAFEPASSES
AND FACILITIES SO THAT THEY COULD BE REINCORPORATED
INTO SOCIETY. HE MENTIONED THAT HE IS PREPARING A
GENERAL PLAN OF AMNESTY WHICH WOULD EXCLUDE POLITICAL
PRISONERS. WITH REGARD TO A DIALOGUE OR NEGOTIATION
WITH LEFTIST ORGANIZATIONS, HE SAID THAT THERE WAS A
FIRM POSITION TO EXCLUDE ANY SUCH POSSIBILITY.
    (5) FINALLY, HE SAID THAT THE ARMED FORCES WILL MORE
EFFECTIVELY CONTROL THE CARRYING OF ARMS IN ORDER TO
AVOID FUTURE ABUSES BY THOSE WHO CLAIM PERSONAL SECURITY
AND OSTENTATIOUSLY CARRY THEIR WEAPONS, THEREBY CREATING
CONFUSION AND FEAR AMONG THE PEOPLE. "THE SECURITY OF
THE PEOPLE NATURALLY CONCERNS US BUT WE ARE NOT GOING
TO ALLOW MORE ABUSES", HE SAID.
9B. ORIG CMTS:  GENERALLY SPEAKING, THE PRESS CONFERENCE
WAS HIGHLY INFORMATIVE, EFFECTIVE, AND TIMELY AND DESIGNED
FOR NATIONAL AND INTERNATIONAL CONSUMPTION.
10. (U) PROJ NO: N/A
11. (U) COLL MGNT CODES: NONE
12. (U) SPEC INST: NOT RELEASEABLE TO FOREIGN NATIONALS
13. (U) PREP BY:
14. (U) APP BY:
15. (U) C
Q EVAL: NO   REL TO: N/A
16. (U) ENCL: N/A
17. (U) DIST BY ORIG: N/A
BT

MCN=82141/04037    TOR=82141/2238Z    TAD=82141/2254Z    CDSN=MI4531

# UNCLASSIFIED

# EXHIBIT  J

# UNCLASSIFIED

DEPARTMENT OF DEFENSE
JOINT CHIEFS OF STAFF MESSAGE CENTER

```
PTTUZYUW RUESALA4274 1412130
PRIORITY
P 211503Z MAY 82

FM USDAO SAN SALVADOR ES

TO  DIA WASHDC//DB-3E2/JSI-4B/OS-1/DB-3E

INFO USCINCSO QUARRY HTS PN//SCJ2-IAD
     CMDR JSOC FT BRAGG NC//J3-2//
     CDR 470TH MI GP FT CLAYTON PN//IAGPP-PK
     CDR193RDINFBDE(PAN) FT CLAYTON PN//AFZU-DS
     COMUZLLRCARIB KEY WEST FL//J3-2
     MACOS INTEL CEN SCOTT AFB IL//INK
     USDAO GUATEMALA CITY GT      USDAO MEXICO CITY MX
     USDAO PANAMA CITY PN         USDAO TEGUCIGALPA HO
     CINCLANT NORFOLK             AMEMBASSY MANAGUA
     CDRUSAITAC AHS VA//IAX-SO-1//  USDAO LIMA PE
     CG THIRD MAW
BT
```

UNCLAS
SUBJ: IR 6 829 0244 82/EL SALVADOR/PRESS CONFERENCE. CHIEF
      OF THE ARMED FORCES GENERAL STAFF
THIS IS AN INFO REPORT, NOT FINALLY EVALUATED INTEL.
1. CTRY: EL SALVADOR (ES)
2. IR NO: 6 829 0244 82
3. TITLE: PRESS CONFERENCE, CHIEF OF THE ARMED FORCES
         GENERAL STAFF
4. 368
53 9: 8.19: 820517
5. ORIG: USDAO SAN SALVADOR, ES
6. REQ REFS: A.M-4BX-22249; B. M-4BX-22269
7. SOURCE: LOCAL PRESS REPORTS

8. SUMMARY:  THRUS IR CONTAINS A KIMMARIZED TRANS
JTIONYBU
A PRESS XBNFYENCE PRESENTED ON 17 MAY BY THE CHIEF OF THE
ARMED FORCES GENERAL STAFF, COLONEL RAFAEL ((FLORES)) LIMA,
WHO WAS ACCOMPANIED BY HIS D-III OFFICER, LTC JESUS
GABRIEL ((CONTRERAS)).
9A. DETAILS:
   (1) COLONEL FLORES LIMA BEGAN BY EXPLAINING THAT GENERAL
JAIME ABDUL JG((GUTIERREZ)) COULD NO LONGER DISCHARGE HIS
DUTIES AS COMMANDER IN CHIEF OF THE ARMED FORCES AS
PROVISIONAL PRESIDENT, DR. ALVARO ((MAGANA)), BY CONSTI-
TUTIONAL MANDATE, WAS ALSO COMMANDING GENERAL OF THE ARMED
FORCES. HE SAID THAT THE PRESIDENT COULD DELEGATE THE
POSITION OF COMMANDING GENERAL OF THE ARMED FORCES FOR
OPERATIONS WHEN CIRCUMSTANCES SO WARRANTED IT. GENERAL
GUTIERREZ REMAINS IN AN INACTIVE, RESERVE FMATUS WITHIN
THE ARMED FORCES GENERAL STAFF (PO NOTE: HE IS PRESENTLY
OR VACATION IN THE BAHAMAS).
   (2) WITH REGARD TO THE MILITARY SITUATION IN THE COUNTRY,

ACTION DB-3E2(1)                            (U.6.7.8.F)
INFO  NIDS(1) J3:NMCC(1) J5(2) RDJFF.LO(1) SECDEF(1)
      SECDEF(9) USDP(15) ASD:FASE(1)+ NMIC(1) PTS-2B(1)
      OS-1(1) SWS(1) JSI-4B(1) GC-4(1) DE-4A(1) ATE(1)
      AT-X(1) AIS(1) DIO(1) DE(1) DE-1G(1) DB-3E(2)
      DB-4A(1) DB-5D(1) DB-1E(1) OT-1(1) DIA(1)
     +CSA WASHINGTON DC
     +CNO WASHINGTON DC
     +CSAF WASHINGTON DC
     +CIA WASHINGTON DC
     +SECSTATE WASHINGTON DC
     +CMC CC WASHINGTON DC
     +DIRNSA FT GEORGE G MEADE MD

THE CHIEF OF STAFF SAID THAT THE WAR AGAINST THE GUERRILLA
HAS NOT ENDED BUT THAT LEFTIST SUBVERSION WAS DETERIORATING.
HE ADDED THAT THERE WERE STILL SUBVERSIVE ACTIONS AND
BASE CAMPS IN THE NORTHERN DEPARTMENTS OF CHALATENANGO,
MORAZAN, SAN VICENTE, AND IN THE VICINITY OF GUAZAPA (8208;
   (3) EACH MILITARY COMMANDER HAS THE AUTHORITY TO
ORGANIZE AND CONTROL HIS RESPECTIVE ZONE AND THAT ONLY
LARGE-SCALE OPERATIONS WERE COORDINATED BY THE GENERAL
STAFF. HE SAID ALSO THAT THE "GENERAL JUAN RAMON
BELLOSO" BATTALION WILL SEE ACTION SOON AND THAT THIS
ORGANIZATION WOULD BE PRESENTED TO THE NATIONAL AND
INTERNATIONAL PRESS IN A SPECIAL CEREMONY. THEGOZATONAL"
BATTALION WAS CONCLUDING ITS TRAINING BUT (WHICH TWOONTHS WOULD BE L
ADY TO ENTXF C BAT. ALL THREE
WBATTALIONS, "ATLACATL", "GENERAL JUAN RAMON BELLOSO",
AND "ATOMAL" ARE IMMEDIATE REACTION UNITS WHO HAVE THE
RESPONSIBILITY OF PROVIDING SECURITY TO THE COUNTRY.
   (4) WITH REGARD TO FOREIGN MILITARY ADVISING, HE
SAID THAT ONLY THE UNITED STATES AND CHILE PROVIDED
IT TO THE ARMED FORCES BUT THAT THERE WERE AGREEMENTS
WITH ARGENTINA AND VENEZUELA. RESPONDING TO A QUESTION,
HE SAID THAT THE ARMED FORCES HAD ALWAYS INVITED THE
SUBVERSIVES TO LAY DOWN THEIR ARMS AND THAT THEY HAVE
HEARD THE ISLL OF THE ARMY OFFERING THEM SAFEPASSES
AND FACILITIES SO THAT THEY COULD BE REINCORPORATED
INTO SOCIETY. HE MENTIONED THAT HE IS PREPARING A
GENERAL PLAN OF AMNESTY WHICH WOULD EXCLUDE POLITICAL
PRISONERS. WITH REGARD TO A DIALOGUE OR NEGOTIATION
WITH LEFTIS ORGANIZATIONS, HE SAID THAT THERE WAS A
FIRM POSITION TO EXCLUDE ANY SUCH POSSIBILITY.
   (5) FINALLY, HE SAID THAT THE ARMED FORCES WILL MORE
EFFECTIVELY CONTROL THE CARRYING OF ARMS IN ORDER TO
AVOID FUTURE ABUSES BY THOSE WHO CLAIM PERSONAL SECURITY
AND OSTENTATIOUSLY CARRY THEIR WEAPONS, THEREBY CREATING
CONFUSION AND FEAR AMONG THE PEOPLE. "THE SECURITY OF
THE PEOPLE NATURALLY CONCERNS US BUT WE ARE NOT GOING
TO ALLOW MORE ABUSES", HE SAID.
9B. ORIG CMTS:  GENERALLY SPEAKING, THE PRESS CONFERENCE
WAS HIGHLY INFORMATIVE, EFFECTIVE, AND TIMELY AND DESIGNED
FOR NATIONAL AND INTERNATIONAL CONSUMPTION.
10. (U) PROJ NO: N/A
11. (U) COLL MGNT CODES: NONE
12. (U) SPEC INST: NOT RELEASEABLE TO FOREIGN NATIONALS
13. (U) PREP BY:
14. (U) APP BY:
15. (U) C
Q EVAL: NO    REL TO: N/A
16. (U) ENCL: N/A
17. (U) DIST BY ORIG: N/A
BT

## UNCLASSIFIED

# EXHIBIT  K

# 00384

1981/11/27

DEPARTMENT OF DEFENSE
JOINT CHIEFS OF STAFF MESSAGE CENTER v

PTTCZYUW RUESALA9037 3312020
PRIORITY
P 271535Z NOV 81

TO   DIA WASHDC//DE-3E2,JS1-4B/RSS-1

INFO USCINCSO QUARRY HTS PN//SCJ2      CMDR JSOC FT BRAGG NC//J-2//
     CDR 470TH MI GP FT CLAYTON PN//IAGPP-PN
     CDR193RDINFBDE(PAN) FT CLAYTON PN//AFZU-DS
     CCCJTF KEY WEST FL//J-2
     MACOS INTEL CEN SCOTT AFB IL//INW

     CINCLANT NORFOLK             AMEMBASSY MANAGUA
     CDRUSAITAC AHS VA//IAX-TA-C
BT
                          SECTION 1 OF 2
SUBJ  IR          /EL SALVADOR/LEFTIST SENTIMENT IN
THE ARMED FORCES OF EL SALVADOR (U)
THIS IS AN INFO REPORT, NOT FINALLY EVALUATED INTEL
1. (U) CTRY: EL SALVADOR (ES)
2. (U) IR NO:
3. (U) TITLE: LEFTIST SENTIMENT IN THE ARMED FORCES OF
EL SALVADOR
4. (U) DATE OF INFO: 811121

--------------------------------------------------------------
8.            SUMMARY: (ENTIRE TEXT
A. THE CONSOLIDATION OF POWER BY COLONELS JOSE
GUILLERMO ((GARCIA)), MINISTER OF DEFENSE AND PUBLIC
SECURITY, AND RAFAEL ((FLORES)) LIMA, CHIEF OF THE
ARMED FORCES GENERAL STAFF, SINCE THE DEMISE OF COLONEL
ADOLFO ARMOLDO ((MAJANO)) IN DECEMBER 1980 HAS ESSENTIALLY
SUPPRESSED OPEN EXPRESSION OF SENTIMENTS THAT MIGHT BE
CONSTRUED AS LEFTIST, BUT WHICH SOME OFFICERS FEEL ARE
THE TRUE SENTIMENTS AND IDEALS OF THE 15 OCTOBER 1979
COUP. BUT AS OF 21 NOVEMBER 1981, THE LEFTIST SENTIMENTS
REMAINED WITHOUT A SPOKEMAN, NOR DID THERE APPEAR TO
BE ANY IMMEDIATELY IDENTIFIABLE INDIVIDUAL WHO COULD
COALESCE OFFICERS WHO HAD EITHER MAINTAINED OR DEVELOPED
LEFTIST SYMPATIES.
B. THE PROBLEM IS THAT CERTAIN OFFICERS, PARTI-
CULARLY SOME JUNIOR OFFICERS WHO HAVE SEEN CONSIDERABLE
ACTION, AND WHO HAVE BEEN EXPOSED TO THE LIFE THAT THE
MAJORITY OF THEIR ENLISTED MEN (CAMPESINOS) HAVE BEEN
BROUGHT UP IN, FEEL FRUSTRATED WITH THE FAILURE OF
THE MILITARY TO EFFECTIVELY COMBAT THE INSURGENCY, AND
TO GIVE DIRECTION TO THE IDEALS OF THE OCTOBER 1979
COUP. THE IDEALS OF THE COUP ARE BEING DEBASED FOR THE
SAKE OF CERTAIN INDIVIDUAL'S AMBITION (NFI).
C. CHANGES HAVE BEEN MINIMAL IN THE SOCIETY AS
A WHOLE. IN SPITE OF THE MUCH PUBLICIZED LAND REFORM,
SOCIETY IN EL SALVADOR STILL CONSISTS OF TWO CLASSES:
"THOSE WHO CAN NOT AFFORD A LWYER; AND THOSE WHO FIGHT
AMONG THEMSELVES TO RETAIN THE BEST LAWYERS". LYING
AND INTENTIONALLY FALSE REPORTING BY MANY HIGHER

ACTION DB-3E2(•)                         (U,6,7,8,F)
INFO   NIDS(•) J3:NMCC(•) J5(•) RDJTF:LO(•) OPG-JPG(•)
       SECDEF:(•) SECDEF(•) USDP(••) ASD:PA&E(±) DI-1(•)
       NMIC(•) RTS-2B(1) RCM-2B1(•) RSS-1(•) SWS(•)
       JSI-4B(•) DC-4(•) DC-4A(•) AT(•) AT-X(•) AIS(•)
       DIO(•) DE(•) DB-1G(•) DB-3E(•) DB-4A(•) DB-5(•)
       DB-1E(•) DT-1(•) DIA(•)
       +CSA WASHINGTON DC
       +CNO WASHINGTON DC
       +CSAF WASHINGTON DC
       +CIA WASHINGTON DC
       +SECSTATE WASHINGTON DC
       +CMC CC WASHINGTON DC
       +DIRNSA FT GEORGE G MEADE MD
SECTIONAL(1)
                          TOTAL COPIES REQUIRED      1

DEPARTMENT OF DEFENSE
JOINT CHIEFS OF STAFF MESSAGE CENTER

MILITARY OFFICERS ADDS TO THE FRUSTRATION OF JUNIOR
OFFICERS TRYING TO CONSCIENTIOUSLY CARRY OUT THEIR DUTIES

D. ALTHOUGH OFFICERS WHO MAINTAIN, OR WHO HAVE
DEVELOPED, SYMPATHIES MORE TO THE LEFT THAN GENERALLY
CONSIDERED ACCEPTABLE (BY THE CURRENT POWERS TO BEL.
MAY BE RELUCTANT TO EXPRESS THEIR TRUE SETIMENTS. THEY
DO EXIST AND THEY HAVE KEPT IN TOUCH WITH EACH OTHER.
E. THE MILITARY, AS AN INSTITUTION, HAS MAINTAINED
THAT IT IS APOLITICAL, BUT THE REALITY IS OTHER AN
THE IMAGE THAT IT IS TRYING TO PROJECT. THE MILITARY
REMAINS AN INSTITUTION WHICH CAN PROVIDE AMBITIOUS
INDIVIDUALS A MEANS OF UPWARD MOBILITY.
                                          AND THERE
ARE AMBIVTIOUS INDIVIDUALS IN IMPORTANT POSITIONS OF THE
MILITARY RIGHT NOW.
F. THERE REMAINS A DISTRUST OF THE REVOLUTIONARY
GOVERNMENT JUNTA, MAINLY BECAUSE OF THE PRESENCE OF
CHRISTIAN DEMOCRATIC PARTY MEMBERS. THERE ARE VIEWED
BY MOST OF THE LEFTIST OFFICERS AS OPPORTUNISTS WHO
HAVE NO REAL INTEREST IN CARRYING OUT REFORMS. BUT
AGAIN THE CURRENT DISARRAY OF OFFICERS WITH LEFTIST
SYMPATHIES LEAVES THIS GROUP WITH LITTLE CHOICE BUT
TO SUPPORT THE JUNTA.
-------------------------------------------------------------
BT

███████████████████

DEPARTMENT OF DEFENSE
JOINT CHIEFS OF STAFF MESSAGE CENTER

PTTCZYUW RUESALA9037 3312050
PRIORITY
P 271535Z NOV 81
████████████████

TO    DIA WASHDC//DB-3E2/JSI-4B/RSS-1

INFO USCINCSO QUARRY HTS PN//SCJ2      CMDR JSOC FT BRAGG NC//J-2//
      CDR 470TH MI GP FT CLAYTON PN//IAGPP-PN
      CDR193RDINFBDE(PAN) FT CLAYTON PN//AFZU-DS
      CCCJTF KEY WEST FL//J-2
      MACOS INTEL CEN SCOTT AFB IL//INW
      ██████████████████████████████████
      CINCLANT NORFOLK                AMEMBASSY MANAGUA
      CDRUSAITAC AHS VA//IAX-TA-C
BT
                            ███████SECTION 2 OF 2
9A. (U) DETAILS: NONE
9B. ████████████      (ENTIRE TEXT████████████
(1) THE LEFTIST OFFICERS ARE VERY MUCH AWARE OF
THEIR VULNERABILITY. THIS STEMS FROM THE POSITION AND
POWER BASE OF THE CURRENT ARMED FORCES LEADERSHIP AS
WELL AS FROM THE DEARTH OF LEADERSHIP AMONG THE LEFTIST
OFFICERS. BUT ANIMOSITIES REMAIN IN THE OFFICER CORPS
OVER THE MAJANO DISMISSAL AND THE BREAK-UP OF THE
"PROGRESSIVES". MOUNTING FRUSTRATION WITH THE CONDUCT
(BY THE MILITARY) OF THE WAR, A PERCEIVED LACK OF SOCIAL
CHANGE, AND ADULTERATION OF THE IDEALS OF THE OCTOBER
1979 COUP MAY BE THE CATALYSTS THAT COALESCE A LEFTIST
ELEMENT WITHIN THE MILITARY.

███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████

10. (U) PROJ NO: N/A
11. (U) COLL MGMT CODES: NONE
12. (U) SPEC INST: N/A
13. (U) ██████████████████████████████
14. (U) ██████
15. (U) REQ EVAL: NO   REL TO: N/A
16. (U) ENCL: N/A
17. (U) DIST BY ORIG: N/A
BT

ACTION DB-3E2(*)                              (I,M)
INFO   NIDS(*) J3:NMCC(*) J5(*) RDJTF:LO(*) OPG-JPG(*)
       SECDEF:(*) SECDEF(*) USDP(**) ASD:PA&E(*) DI-1(*)
       NMIC(*) RTS-2B(1) RCM-2B1(*) RSS-1(*) SWS(*)
       JSI-4B(*) DC-4(*) DC-4A(*) AT(*) AT-X(*) AIS(*)
       DIO(*) DE(*) DB-1G(*) DB-3E(*) DB-4A(*) DB-5(*)
       DB-1E(*) DT-1(*) DIA(*)
       +CSA WASHINGTON DC
       +CNO WASHINGTON DC
       +CSAF WASHINGTON DC
       +CIA WASHINGTON DC
       +SECSTATE WASHINGTON DC
       +CMC CC WASHINGTON DC
       +DIRNSA FT GEORGE G MEADE MD
SECTIONAL(1)
                        TOTAL COPIES REQUIRED    1

████████████████████████

**EXHIBIT L**



## Department of State

# TELEGRAM

CONFIDENTIAL

AN: D820072-0265        RDC

CONFIDENTIAL

PAGE 01      STATE   034645
ORIGIN SS-10

INFO  OCT-00    ADS-00    SSO-00    /010 R

66011

--------------------273513  092101Z /63         382
O 091920Z FEB 82                            6/25/93
FM SECSTATE WASHDC
INFO  USSOUTHCOM QUARRY HTS PN IMMEDIATE 0000

C O N F I D E N T I A L STATE 034645

EXDIS MIL ADDEES HANDLE AS SPECAT EXCLUXSIVE

FOLLOWING SAN SALVADOR 1039 SENT ACTION SECSTATE FEB 8

QUOTE:  C O N F I D E N T I A L SAN SALVADOR 1039

EXDIS

DEPT PASS TO USCINCSO QUARRY HTS PANAMA
E.O. 12065: GDS 2/8/88 (HINTON, DEANE R) OR-M
TAGS: PINS PINT ES
SUBJECT: (C) THE GENERAL (GARCIA) WHO CAME FOR LUNCH
1. C - ENTIRE TEXT.
2. SUMMARY: GUILLERMO GARCIA, SALVADORAN MINISTER OF
DEFENSE AND PUBLIC SECURITY, MAY HAVE LOUSY INTELLIGENCE
ABOUT GUERILLA OPERATIONS BUT HE HAD AN UNCANNY SENSE
OF OUR CONCERNS. AT A LONG LUNCH AT RESIDENCE
FEBURARY 6, HE SKILLFULLY OPENED WITH A NEAT SPEECH
ABOUT HOW HE AND HIS FORCES HAD TO DO BETTER IN
CONTROLLING EXCESSES, WHILE PROMOTING ELECTIONS WITHOUT
INVOLVING ARMY IN PARTISAN POLITICS. THEREAFTER FOR
TWO HOURS WE TALKED ALONE ABOUT THESE AND RELATED
CONFIDENTIAL
CONFIDENTIAL

PAGE 02      STATE   034645

THEMES. HE IS THE VERY MODEL OF A MODERN POLITICALLY

CONFIDENTIAL


22 SEP 1993




CONFIDENTIAL

ASTUTE GENERAL, AT LEAST IN PRIVATE CONVERSATION, WITH
A KNACK FOR PRE-EMPTING MY LINES. MAYBE HE HAD ADVANCE
COPY OF SCRIPT, BUT NOT AT LEAST FROM ME. GARCIA
- MADE MANY COMMITMENTS IN COURSE OF THIS CONVERSATION.
(WE'LL SEE HOW MANY OF THEM AND HOW THEY ARE FULFILLED.)
FOLLOWING ACCOUNT OF CONVERSATION WHICH FLOWED
BACKWARDS AND FORWARD IS REARRANGED IN PART BY SUBJECT:
ELECTIONS, POLITICAL OUTLOOK, VIOLENCE AND ARMY
DISCIPLINE, D'AUBISSON AND "ARGENTINE SOLUTION",
PUBLIC OPINION AND CONGRESS, NEED TO GO ON OFFENSIVE,
THE WAR, INTELLIGENCE, ATTACK ON U.S. TV CREW: ARMED FORCES
INFORMATION SERVICE (COPREFA): 506(A) ASSISTANCE AND
PRIORITIES; THREAT TO U.S. PERSONNEL AT SHERATON;
NICARAGUA. END SUMMARY.
3. ELECTIONS. GARCIA REPEATEDLY RAISED AND RE-
INFORCED HIS OLD THEME ABOUT MEDIA DISTORTION.
ONE CASE AT POINT, DISCUSSION OF WHICH HE INITIATED
(WHO CIED HIM?), AS DISTORTION FIRST OF MY REMARKS
TO CHRIST DICKEY ABOUT WHAT ELECTIONS WOULD AND
WOULD NOT ACCOMPLISH AND SUBSEQUENT DISTORTION OF
HIS ENDORSEMENT OF MY VIEW THAT GIVEN UNFORTUNATE
FOR REFUSAL TO PARTICIPATE, ELECTIONS WOULD NOT BE
POLITICAL SOLUTION FOR WAR. I AGREED WITH HIS
VIEW THAT WE HAD BEEN HAD AND HE AGREED WITH MY
VIEW THAT RECORD HAD TO BE SET STRAIGHT. HE WILL
DO SO NEXT WEKK, HE SAYS. HIS ENTHUSIASM, AS MINE,
IS UNDIMMED FOR ELCTIONS, BUT LET'S NOT KID OURSELVES,
AT BEST THEY ARE MAJOR CONTRIBUTION TO A POLITICAL
SOLUTION NOT THE POLITICAL SOLUTION. (STATE 031074)
4. GARCIA TOLD ME THAT ARMED FORCES WOULD PUBLISH
DECLARATION THIS COMING WEEK ASKING POLITICAL PARTIES
NOT TO ALLEGE OR IMPLY LINKS TO ARMED SERVICES. HE CITED
CONFIDENTIAL
CONFIDENTIAL

PAGE 03        STATE  034645

MAJOR D'AUFYCSSON OF ARENA AS PRINCIPAL OFFENDER,
QUOTING WITH GESTURES. THE MAJOR'S STANDARD LINE,
"BROTHER OF THE NATIONAL GUARD, FRIENDS IN THE
NATIONAL POLICE, COLLEAGUES IN THE ARMY" AS TOO MUCH
TO SWALLOW. I SAID IT WOULD BE EQUALLY
IMPORTANT, IF NOT MORE IMPORTANT, TO MAKE CLEAR TO
MEMBERS OF ARMED FORCES THAT THEY SHOULD NOT ENGAGE
IN PARTISAN ACTIVITY. HE AGREED SAYING HE PLANNED TO
ISSUE ORDER MONDAY ALONG THAT LINE INCLUDING STATEMENT
THAT VIOLATORS WOULD BE SUBJECT TO DISCIPLINARY

CONFIDENTIAL





CONFIDENTIAL

ACTION. FINE, I SAID, AND WHY NOT INCLUDE TEXT OF
SAID ORDER IN OVERALL PROCLAMATION ON ATTITUDE OF
ARMED FORCES TOAWRD ELECTIONS. GOOD AIDEA SAID GARCIA.
SAID DECLARATION SHOULD ALSO BE CLARION
CALL FOR MAXIMUM PARTICIPATION. ARMY WOULD NOT TELL
POPULACE FOR WHOM TO VOTE, AS IT HAD IN THE PAST, BUT
WOULD TELL THEM TO VOTE. GREAT, SAID I.
5. POLITICAL OUTLOOK.
GARCIA, WHILE RECOGNIZING THAT THERE ARE NO AGREED
RULES OF THE GAME, THINKS FIRST ORDER OF CONSTITUENT
ASSEMBLY WILL BE TO FASHION NEW CONSTITUTION. THIS
HE BELIEVES SHOULD BE RAPIDLY COMPLETED. THEN
ASSEMBLY WOULD ELECT PROVISIONAL PRESIDENT.
HE SAID THAT IN RETROSPECT IT WOULD HAVE BEEN
BETTER FOR COUNTRY TO HAVE GONE DIRECTLY TO PRESI-
DENTIAL ELECTIONS. "SINGLE HEAD" IS NEEDED. HE
MENTIONED HE WOULD HAVE PREFERRED REFEREMDUHITO
ISOLATE GUERRILLA ISSE AND TO HAVE ASSURED HIGH
REFERENDUM IDEA, BUT THIS WAS FIRST TIME I HEARD
GARCIA MENTION IT.) STILL, DIE WAS CAST AMD
EVERYTHING HAD TO BE DONE TO ASSURE HIGH VOTER TURN-
OUT IN THESE ELECTIONS. HE THOUGHT JUNTA WOULD ISSUE
AMENDMENTS TO ELECTORAL LAW NEXT WEEK TO PERMIT VOTING
ANYWHERE IN COUNTRY RATHER THAN ONLY IN DEPARTMENT
VOTER'S CEDULA HAD BEEN ISSED AND TO EXTEND PERIOD
FOR ISSUING CEDULAS.
CONFIDENTIAL
CONFIDENTIAL


PAGE 04         STATE  034645


IN DISCUSSING POSSIBLE ELECTORAL OUTCOMES I SAID
THAT EMBASSY WAS NEUTRAL, DECISION WAS FOR SALVADORANS
NONETHELESS HE SHOULD RECOGNIZE THAT RESULTING
GOVERNMENT WOULD BE SIGNIFICANT FACTOR EARING ON
OUR POSSIBILITIES TO MAINTAIN PUBLIC AND CONGRESSIONAL
SUPPORT FOR EL SALVADOR. FOR EXAMPLE, COALITION THAT
INCLUDED EXTREME RIGHTISTS WOULD CLEARLY COMPLICATE
OUR TASK, PERHAPS FATALLY, WHEREAS CENTER GROUPING
COMMITED TO PURSUE REFORMS WOULD MAKE MATTERS
EASIERS FOR US. HE SAID HE UNDERSTOOD, AND LATER
TOOK YET ANOTHER SWIPE AT ARENA.
6. VIOLENCE AND ARMY DISCIPLINE.
I AGREED IN GENERAL WITH GARCIA'S VIEW OF MEDIA
DISTORTION BUT IN DISCUSSION OF CASES HIT HARD ON NEED
BOTH FOR GOOD PRODUCT TO SELL AND FOR BETTER
SALESMANSHIP. GOOD PRODUCT PART OF EQUATION MEANS


CONFIDENTIAL



CONFIDENTIAL
UNCLASSIFIED

NO MORE MASSACRES, NO MORE SAN ANTONIO ABADS. I ADDED
FOR GOOD MEASURE NEED TO TAKE FIRM QUICK PUBLIC
DISCIPLINARY ACTION IF, DESPITE ALL EFFORTS, ABUSES
OCCURRED. HE AGREED WITH FIRST POINT, BUT SEEMED
UNEASY WITH IDEA OF DISCIPLINARY ACTION. I AGREED
GOOD OFFICERS WERE IN SHORT SUPPLY AND THAT DIS-
CIPLINARY ACTION MIGHT BE MISUNDERSTOOD AND RESENTED
BY OTHER OFFICERS WHO WOULD CREDIT DISCIPLINE WITH
ONLY TRYING TO DO HIS DUTY AS HE SAW IT TO ELIMINATE
SUBVERSIVES.
HE INTIMATED SAN ANTONIO ABAD MAY HAVE BEEN
SET-UP, BUT SAID FIRST BRIGATE HAD OVER-REACTED.
WHEREAS LAST WEEK HE DEFENDED OPERATION, THIS TIME HE
ACKNOWLEDGED ERRORS HAD BEEN MADE. STILL MAJOR IN
COMMAND WAS OUTSTANDINGN OFFICER WHO WAS NEEDED.
INVESTIGATION IS PROCEEDING AND IT IS TOO EARLY FOR
HIM TO DRAW CONCLUSIONS. (NOTHING MUCH WILL HAPPEND
CONFIDENTIAL
CONFIDENTIAL

PAGE 05        STATE  034645

HERE, I IMAGINE, BUT MAYBE MAYBE MAYBE NEXT TIME.)
SAME PROBLEM WITH ILOPANGO DISASTER.  BUSTILLO
IS OUTSTANDING OFFICER AND BADLY NEEDED IN AIR FORCE.
STIL IMPACT ON ON ARMED FORCES OF PROCEEDING AS THOUGH
NOTHING HAD HAPPENED WAS A REAL CONCERN.
7. D'AUBUISSON NAD "ARGENTINE SOLUTION".
INCIDENTALLY, HE TOLD ME, D'AUBUISSON WAS BRIEFLY
ARRESTED WHEN ARRIVED IN AVIONETA IN MORAZAN
TO CAMPAING WITHOUT HAVING HAD FLIGHT CLEARANCE. AT
OTHER POINTS IN CONVERSATION HE EXPRESSED DISTASTE
FOR ARENA SAYING THEY WERE SEEKING VENGEANCE FOR
PAST REFORMS NOT CONSTRUCTIVE FUTURE. ASTUTE
AGGRESSIVE D'AUBUISSON WAS BEING USED BY REACTIONARY
FORCES. (WAS GARCIA DISSEMBLING?).
I TOLD HIM I HAD HEARD, BUT COULD NOT VERIFY.
THAT PRIVATELY D'AUBUISSON IS PROMISING THAT IF
HE COMES TO POWER HE WILL "ELIMINATE" SUBVERSIVES
WITHIN THREE MONTHS AND TO HELL WITH WORLD OPINION
AND THE GRINGOS. (PUBLICLY  HE TALKS OF NEED FOR
PACIFICATION CAMPAIGN.  I HOPED IT WERE BOTH TRUE,
BUT IN MY JUDGEMENT IN UNLIKELY EVENT HE HAD
OPPORTUNITY AND WERE TO TRY HE WOULD BOTH FAIL AND
LOSE U.S. SUPPORT. THE SO-CALLED "ARGENTINE SOLUTION"
SIMPLY WOULD NOT WORK HERE--WHERE IN LONG RUN SALVADORAN
SUCCESSS DEPENDED FOR BETTER OR WORSE ON CONTINUED

CONFIDENTIAL



UNCLASSIFIED



UNCLASSIFIED
CONFIDENTIAL

U.S. ASSISTANCE WHICH IN TURN DEPENDED ON PUBLIC OPINION
AND SALVADOR' WORLD IMAGE. GARCIA AGREED AND
ADDED THAT UNFORTUNATELY GUATEMALANS HAD YET TO
FIGURE THIS OUT.
8. PUBLIC OPINION AND CONGRESS.
I SAID PUBLIC OPINION WAS CRITICAL FACTOR IN
CONGRESSIONAL DECISIONS. ADMINISTRATION IN GENERAL
AND ENDERS IN PARTICULAR WERE HAVING HARD TIME
DEFENDING PROGRAM DESIGNED TO HELP EL SALVADOR.
THEY WOULD SUCCEED THIS TIME, BUT HE SHOULD NEVER
FORGET THAT WITHIN SIX MONTHS PRESIDENT WOULD AGAIN
CONFIDENTIAL
CONFIDENTIAL


PAGE 06        STATE   034645

HAVE TO FACE CERTIFICATION DECISION. CONGRESSIONAL
ELECTIONS WOULD BE APPROACHING AND LEGISLATIVE
BATTLE OVER PROPOSED SUPPLEMENTARY APPROPRIATION
FOR ECONOMIC AID AS WELL AS 1983 BUDGET FOR BOTH
MILITARY AND ECONOMIC ASSISTANCE WOULD BE RAGING.
ABUSES JUST HAVE TO BE CONTROLED. HE AGREED.
9. NEED TO GO ON OFFENSIVE.
THEN I SWITCHED GEARS AND SAID PROBLEM OF CONTROL
OF HIS FORCES WAS ALL THE MORE SERIOUS BECAUSE THERE
WAS IMPERATIVE NEED TO TAKE OFFENSIVE NOW TO DISRUPT
GROWING GUERRILLA EFFORTS AIMED BOTH AT WRECKING
ELECTIONS AND DESTROYING SALVADORAN WILL TO RESIST.
EVEN THOUGH IT WOULD BE NICE TO WAIT UNTIL NEW
BATTALIONS AND OFFICERS WERE TRAINED AND IN ACTION
(LATE MAY) THAT WOULD NOT BE GOOD ENOUGH. HIS
PROBLEM, I THOUGHT, WAS BOTH TO GET SUBVERSIVES OFF
BALANCE AND TO DO SO WHILE ELIMINATING ABUSES.
10. THE WAR.
EARLIER IN TALK, IN REPLY TO MY REQUEST FOR HIS
ASSESSMENT OF WAR, FOR FIRST TIME EVER, I HEARD HIM
ACKNOWLEDGE THAT WAR WAS NOT GOING WELL, ALTHOUGH
HE WAS OPTIMISTIC AS EVER ABOUT LONGRUN OUTCOME.
ORAZAN WAS ABOUT AS BEFORE, USULUTAN WAS MUCH WORSE,
AND COUNTRYWIDE HARRASSMENT OPERATIONS OF GUERRILLAS
WERE AT LEVEL OF "FULL OFFENSIVE" AND DIFICULT TO
DEAL WITH. BOTH PANAMERICAN AND LITORAL HIGHWAYS
HAD BEEN CUT FOR CONSIDERABLE PERIODS RECENTLY WITH
SUBSTANTIAL LOSSES OF TRUCKS AND BUSSES. WHEN
TROOPS ARRIVED TO BREAK UP ROADBLOCKS THEY WERE
ATTACKED AND SUFFERED LOSSES BEFORE GUERILLAS
ELTED AWAY INTO HILLS. MOREOVER, EVERY TIME HE

CONFIDENTIAL
UNCLASSIFIED


CONFIDENTIAL

LAUNCHED OFFENSIVE SWEEP, SUBERSIVES HAD PRIOR
KNOWLEDGE. SPREAD OF SUBVERSIVES ACTIVITY INTO WEST
CONFIDENTIAL
CONFIDENTIAL

PAGE 07        STATE  034645

AND ALONG COAST WAS TROUBLESOME. WHEN GARCIA MENTIONED
WEST, I URGED HIM TO LOOK CLOSELY AT DEFENSES OF TWO
STRATEGIC TARGETS: GEO-THERMAL PLANT AND SATELLITE
GROUND STATION.
HE PURPORTED TO AGREE WITH WHAT I WAS SAYING ABOUT
NEED FOR QUICK SMALLER PINPOINTED OPERATIONS. "HIT
KNOWN CAMPS HARD, GETTING IN AND OUT RAPIDLY." IT
WOULD NOT BE EASY, HE SAID, MOBILITY WAS LACKING.
HOWEVER, IN PRINCIPLE, HE WANTED TO TRY A CHANGE IN
TACTICS. IF ONLY HE COULD MOUNT AN AIRBORNER OPERATION,
HE MUSED.
11. INTELLIGENCE.
MY REMARKS ABOUT BETTER USE OF INTELLIGENCE,
AMBUSH SUBVERSIVES, NEED TO TAKE PRISONERS, ETC.,
SEEMED NOT TO HAVE MUCH EFFECT, ALTHOUGH HE DID
ACKNOWLEDGE THAT BETTER USE HAD TO BE MADE OF
AVAILABLE INTELLIGENCE, AS AT TONACATEPQQUE (SOMEWAHT
BELATEDLY) BUT NOT AT ILOPANGO. MY RAISING SUBJECT
WAS MEANT BESIDE INTRINSICT MERIT OR REPEATING ONCE
AGAIN OLD REFRAIN ABOUT NEED FOR INTELLIGENCE AND
INTELLIGENT USE OF INTELLIGENCE TO GIVE HIM
OPPORTUNITY TO DISCUSS CURRENT EMBROGLIO IN GOES
INTELLIGENCE SERVICES AS IT TELATES TO OUR EFFORTS.
HE DID NOT TAKE BAIT AND, ALTHOUGH TEMPTED, I REFRAINED
FROM ASKING FUTURE OF COL. RIVAS NOW THAT COL.
GOLCHER HAS GONE BACK TO THE SOFT LIFE IN WASHINGTON.
NEVERMIND, SEPARATELYWE HAVE BEEN ASSURED RIVAS
WILL GO. (BUT WILL HE?)
12. U.S. TV INCIDENT.
GARCIA TOOK INITIATIVE TO RAISE AND REGRET
INCIDENT WHERE U.S. TV CREW WAS FIRED UPON BUT
JUSTIFIED IT IN TERMS OF ORDERS TO TROOPS TO DEFEND
CUSCUTLAN RAILROAD BRIDGE. I TOLD HIM TV CREW'S
SIDE OF STORY. WE AGREED IT LUCKY NO ONE WAS HURT.
I POINTED OUT THAT ONCE AGAIN SALVADORANS APPEARED
TO LACK CONTROL OF TROOPS.
CONFIDENTIAL
CONFIDENTIAL

PAGE 08        STATE  034645

UNCLASSIFIED
CONFIDENTIAL

CONFIDENTIAL    UNCLASSIFIED

13. COPREFA.
WE DISCUSSED ARMED FORCES INFORMATION SERVICE
(COPREFA) HANDLING OF NUEVA TRINIDAD MASSACRE. HE
DEFENDED HIS BOYS; I TOLD HIM ABOUT U.S. PRESS
REACTION AND URGED HIM TO IMPROVE SERVICE.
ACKNOWLEDGING THAT HE AND OTHERS HERE HAD REASON
TO CONSIDERED MEDIA AS CLOSE TO ANOTHER ENEMY, I
POINTED AOUT THAT ATTITUDE CHANGE WAS NECESSARY.
HIS PEOPLE SHOULD TRY TO BE HELPFUL, PARTICULARLY
WHEN THEY HAD GOOD STORY TO TELL. HE ALLEGED THEY
HAD TRIED AND BEEN REBUFFED; I SAID CORRESPONDENTS
HERE DID NOT SEE IT THA WAY.
I TALKED ABOUT CREDIBILITY IN PRESS RELEASES
AND PRESS INTERVIEWS. HE TALKED ABOUT NEED TO HOLD
AND SHAPE DOMESTIC OPINION. I AGREED, BUT POINTED
AOUT THERE IS NO WAY TO AVOID INTERNATIONAL MEDIA FROM
PICKING UP MESSAGES SASHIONED FOR DOMESTIC AUDIENCE.
ONLY STICKING TO TRUTH OR CLOSE TO TRUTH WOULD MAKE
IT POSSIBLE TO WORK BOTH AUDIENCES, AND OVERSEAS
AUDIENCE WAS AT LEAST EQUALLY IMPORTANT.
HE SAID HE RECOGNIZED IMPROVEMENTS WERE NEEDED
AND WOULD SEE WHAT COULD BE DONE. MAYBE I WAS RIGHT,
SOMEONE WHO SPOKE ENGLISH AND WAS ACCESSIBLE TO U.S.
PRESS MIGHT HELP. (IT WILL NOT BE EASY TO OVERCOME
ARMY PARANOIA IN THIS AREA, BUT AS MY PAO AND I SEE
IT, IT IS FACT THAT THIS INFORMATION SERVICE
GENERALLY MAKES MATTERS WORSE NOT BETTER. NOR IS ANSWER
ANOTHER MATTER.)
14. 506(A) ASSISTANCE.
I REVIEWED WITH HIM OUR KNOWN DELIVERY PLANS
UNDER 506(A). HE THOUGH AND I AGREED THAT CHIEF OF
STAFF AND COMMANDER USMIDGP SHOULD DISCUSS PRIORITIES.
ACKNOWLEDGING THAT HE IS NOW SHORT OF HELICOPTER
CONFIDENTIAL
CONFIDENTIAL

PAGE 09        STATE  034645

PILOTS (FIVE ARE NOT AVAILABLE FOR VARIOUS REASONS
AND NOT LIKELY TO BE FOR SOME TIME) HE WAS STILL
INCLINED TO PREFER EARLY ARRIVAL OF ALL OF
CONTEMPLATED CHOPPERS. (THIS REQUIRES MORE THOUGHT
AND COLONEL HAYES AND FLORES LIMA WILL INCLUDE
SUBJECT IN THEIR REVIEW PRIORITIES.) HE TALKED
ABOUT CRITICAL NEED FOR RIFLES, SAYING SOME UNITS ARE
WITHOUT AND OTHERS HAVE VIRTUALLY UNWORKABLE WEAPONS.

CONFIDENTIAL

UNCLASSIFIED



CONFIDENTIAL

I SAID MORE M-16S ARE ENROUTE. NOT ENOUGH, HE THOUGHT.
I MENTIONED THAT BOTH COLONEL LOPEZ NUILA (NATIONAL
POLICE) AND GENERAL VIDES CASANOVA (NATIONAL GUARD)
HAD TOLD ME OF THEIR NEED FOR RIFLES, WHILE
OBSERVING NICETIES OF NOT ASKING, SINCE PRESUMABLY
THEY KNOW WE COULD NOT RESPOND GIVEN PRIOR POLICIES
REGARDING AID FOR THESE "POLICE FORCES". HE SAID
ARMY COULD TRANSFER SOME OLD RIFLES, BUT SINCE
THEY WERE NOT RELIABLE THAT WOULD NOT BE MUCH HELP.
(HERE IS ANOTHER ISSUE FOR EVENTUAL REVIEW, BUT I
THINK IT BETTER NOT PUSH AT THIS TIME GIVEN
DOMESTIC OPINON CONSTRAINTS.)
15. THREAT TO U.S. PERSONNEL.
IN LIGHT OF REPORTED THREAT TO SHERATON HOTEL
AND U.S. PERSONNEL STAYING THERE, I THANKED GARCIA
FOR CHIEF OF STAFF'S PROMPT RESPONSE IN BEEFING UP
SECURITY, ADDING THAT I HOPED IT WOULD BE MAINTANED
AT HIGH LEVEL AT LEAST THROUGH ELECTIONS. HEHAGREED.

16. WHEN AT END OF CONVERSATION I ASKED GARCIA IF HE
HAD ANY PREOCCUPATIONS THAT WE HAD NOT YET DEALT WITH,
HE SAID ONLY ONE, "NICARAGUA". I REPLIED THAT IF
WE COULD WORK EFFECTIVELY TOGETHER TO WIN WHAT ENDERS
CALLS "DECISIVE BATTLE FOR CENTRAL AMERICA" IN
EL SALVADOR, DAY WOULD SURELY COME TO SETTLE ACCOUNTS
WITH THE SANDANISTAS.
HINTON

CONFIDENTIAL
CONFIDENTIAL

PAGE 10        STATE  034645

UNQUOTE STOESSEL

CONFIDENTIAL
UNCLASSIFIED

# EXHIBIT  M

CONFIDENTIAL

Department of State

TELEGRAM

```
PAGE 01      SAN SA 02571  01 OF 02  082039Z        5453
ACTION ARA-15

INFO  OCT-01   ADS-00   AID-07   INR-10   SS-15   OIC-02   CIAE-00
      EB-08    CODE-00   H-01    IO-14   MCE-00  MSE-00   SSO-00
      SY-05    MA-05     TRSE-00  PM-09   PA-01   DCT-02   CMB-01
      INRE-00  SAL-01    SIE-00   CP-02   SPRS-02  /103 W
      ------------------------201061  081113Z /15

O R  082031Z APR 81
FM AMEMBASSY SAN SALVADOR
TO SECSTATE WASHDC NIACT IMMEDIATE 3146
INFO AMEMBASSY GUATEMALA
AMEMBASSY MANAGUA
AMEMBASSY MEXICO
AMEMBASSY PANAMA
AMEMBASSY SAN JOSE
AMEMBASSY TEGUCIGALPA
USCINCSO QUARRY HEIGHTSEPAN/INTAFF
USMISSION USUN NEW YORK
USMISSION GENEVA
USICA WASHDC

C O N F I D E N T I A L SECTION 1 OF 2 SAN SALVADOR 2571

USICA FOR AR-DACHI

DEPT PASS TO OTHER ARA AND EUR POSTS AS REQUIRED

E.O. 12065: GDS 4-8-87 (DICK, MARK) GR-M
TAGS: MILI PINS PINT ES
SUBJECT: DEFENSE MINISTER GARCIA'S SPEECH TO AMERICAN CHAMBER
         CHAMBER OF COMMERCE

REF: SAN SALVADOR 2658
```

1.  (U) DCM ATTENDED APRIL 8TH SPEECH BY SALVADORAN MINISTER OF DEFENSE JOSE GUILLERMO GARCIA TO THE AMERICAN CHAMBER OF COMMERCE AT THE CAMINO REAL HOTEL. WE WILL PROVIDE MAJOR EXCERPTS BY SEPTEL BUT MOST IMPORTANT THEMES WERE (1) SALVADORAN ARMED FORCES' PROFESSIONALISM, DEDICATION, AND DEVOTION TO THE PEOPLE; (2) MILITARY ASSISTANCE FROM THE U.S. WELCOMED AND NEEDED BUT MAJOR BATTLES HAD BEEN WON BY THE ARMED FORCES ALONE; AND (3) THAT A COUP FROM ANY SIDE WOULD "SINK THE COUNTRY" AND LEAD TO A LEFTIST TAKE-OVER.

2.  (U) IN A SLIGHTLY MORE DEFENSIVE TONE THAN USUAL, DEFENSE MINISTER GARCIA ADMITTED "FAILURES AND ABUSES" ON THE PART OF THE ARMED FORCES BUT INSISTED THAT FOREIGN CRITICS FOCUSED EXCLUSIVELY ON BAD NEWS AND REFUSED TO TAKE ACCOUNT OF THE GOOD THINGS THE ARMED FORCES HAD ACHIEVED. HE LAUDED THE STRENGTH AND DETERMINATION OF THE ORDINARY SOLDIER, PRAISED THE HIGH PROFESSIONAL COMPETENCE OF THE OFFICER CORPS AND INSISTED THAT CONSTANT EFFORTS WERE BEING MADE TO LIMIT EXCESSES ON THE PART OF THE SECURITY FORCES. DURING THE QUESTION AND ANSWER PERIOD, COLONEL GARCIA ADDRESSED A QUESTION REGARDING THE MURDER OF SOME 23 PEOPLE IN SOYAPANGO THE NIGHT OF APRIL 7; GARCIA SAID THAT THE COMMUNIQUE FROM THE SECURITY UNIT INVOLVED HAD BEEN PUBLISHED AND THAT HE HAD NO MORE DETAILS AT THIS TIME BUT THAT AN INTENSIVE INVESTIGATION WOULD BE MADE OF THIS INCIDENT.

3.  (U) IN A MAJOR PORTION OF HIS SPEECH AND LATER IN ANSWER TO QUESTIONS, GARCIA INSISTED THAT ANY ARMED FORCES WOULD WELCOME MILITARY ASSISTANCE AND THAT DOING SO CARRIED NO IMPLICATION OF DEPENDENCY OR CONTROL. GARCIA STRESSED REPEATEDLY THAT THE SALVADORAN ARMED FORCES HAD DEFEATED THE "FINAL OFFENSIVE" OF JANUARY 10 WITH THEIR OWN RESOURCES AND THAT U.S. MILITARY ASSISTANCE HAD ONLY BEEN RESUMED SOME FIVE DAYS AFTER

THE MAJOR ASSAULT. HE SAID THAT THIS MATERIAL AID WAS IMPORTANT TO ASSURE THE SUCCESS OF THE GOVERNMENT IN ITS STRUGGLE BUT THAT THE DETERMINATION AND COURAGE OF THE ARMED FORCES AND THE PEOPLE'S REJECTION OF THE LEFTIST APPEALS WERE THE KEY INGREDIENTS FOR DEFEATING THE INSURGENCY. IN THE SPEECH AND LATER, (GARCIA) ACCEPTED RESPONSIBILITY FOR ACTS AGAINST INNOCENT INDIVIDUALS BY THE ARMED FORCES BUT INSISTED THAT EVERY EFFORT WAS BEING MADE TO CURB THESE ABUSES AND ACCUSED THE LEFT OF AS BAD OR WORSE CONDUCT WHICH THE FOREIGN PRESS TENDED TO IGNORE. HE SAID THAT THE STRUGGLE WOULD BE A LONG ONE AND THAT DISCIPLINE AND CONVICTION WERE CRUCIAL TO SUCCESS. IN RESPONSE TO A QUESTION, GARCIA ALSO STRESSED THAT ECONOMIC PROBLEMS HAD TO BE RESOLVED AND THAT THE GOVERNMENT COUNTED HEAVILY ON THE CONTRIBUTIONS OF THE PRIVATE SECTOR. HE WAS CERTAIN THAT PLANS WERE BEING MADE TO MOBILIZE THEIR SUPPORT. THIS GAINED HIM A ROUND OF APPLAUSE.

NOTE BY OC/T:  NOT PASSED ABOVE ADDRESSEES.

CONFIDENTIAL

000978

# EXHIBIT  N

Regrant of April 81 memory

DEPARTMENT OF DEFENSE
JOINT CHIEFS OF STAFF MESSAGE CENTER

TTCZYUW RUESALA7739 2872049
IMMEDIATE/PRIORITY
P 141531Z OCT 81

TO   DIA WASH DC//DB-3E2/JSI-4B/RSS-1

INFO USCINCSO QUARRY HTS PN//SCJ2          CMDR JSOC FT BRAGG NC//J-2//
     CDR 470TH MI GP FT CLAYTON PN//IAGPP-PN
     CDR193RDINFBDE(PAN) FT CLAYTON PN//AFZU-OS
     CCCJTF KEY WEST FL//J-2
     NACOS INTEL CEN SCOTT AFB IL//INW

     CINCLANT NORFOLK              AMEMBASSY MANAGUA
     CDRUSAITAC AHS VA//IAX-TA-C

BT

          SECTION 1 OF 2

THE FOLLOWING MESSAGE WAS SENT TO THE ABOVE ADDEES ON
25 APR WITH DTG OF 252000Z APR 81 . THIS MESSAGE IS
BEING REPEATED DUE TO CLAIMED NON-RECEIPT BY ACTION
ADDEE

QUOTE

SUBJ: IR         EL SALVADOR/STATUS OF THE NEW
ATLACATL BATTALION/(U)
THIS IS AN INFO REPORT, NOT FINALLY EVALUATED INTEL
1. (U) CTRY: EL SALVADOR (ES)
2. (U) IR NO:
3. (U) TITLE: STATUS OF THE NW ATLACATL BATTALION
4. (U) DATE OF INFO: 810425

B.      SUMMARY: (ENTIRE TEXT)
A. THE "QUICK REACTION ATLACATL BATTALION" OF THE SALVADORAN
ARMY HAS BEEN ESTABLISHED AND IT IS IN THE PROCESS OF ORGANIZING
ITSELF. AT PRESENT, THIS UNIT IS UNIQUE IN THE ARMY FOR THE
FOLLOWING REASONS:
- IT WILL BE THE LARGEST UNIT IN THE ARMY.
- IT IS A VOLUNTEER FORCE DRAWN FROM SOLDIERS AND CIVILIAN WHO HAVE
COMPLETED THEIR OBLIGATORY MILITARY SERVICE.
- IT IS MADE UP OF TROOPS FROM ALL OVER THE NATIONAL RATHERN THAN
FROM JUST ONE REGION.
FOR THE ABOVE REASONS, THE COMMANDER OF THE ATLACATL BATTALION WILL
EVENTUALLY BECOME A KEY FIGURE IF THE MILITARY/POLITICAL EQUATION
OF EL SALVADOR.
B. AS OF 23 APRIL 1981, THE STATUS OF THE BATTALION IS AS FOLLOWS:
(1) LOCATION: THE BATTALION IS STATIONED IN THE VICINITY OF SITIO
DEL NINO              LA LIBERTAD DEPARTMENT.
(2) PERSONNEL:
THE BATTALION CURRENTLY IS AT FULL STRENGTH EXCEPT FOR COMPANY GRADE
OFFICERS.
BECAUSE THE TROOPS ARE SECOND TERM ENLISTEESH THEY ARE SLIGHTLY
OLDER THAN THE AVERAGE SALVVADORAM SOLDIER. THEIR MORALE AND
HEALTH ARE GOOD EVENTUALLY, TROOPS OF THE BATTALION WILL UTILIZE
A BROWN BERET TO DISTINGUISH THEM FROM TH REMAINDER OF TENE

ARMED FORCDES. THE COMMANDER OF THE BATTALION IS LT COL
DOMINGO JOSE (MONTERROSA). (SEE IR         CONCERNING
HIS APPOINTMENT.)
(3) ORGANIZATION:
      ONE HEADQUARTERS AND SERVICES COMPANY        AND ONE
MECHANIZED RECONNAISSANCE SQUADRON      . THESE UNITS ARE
ALL FORMED; HOWEVER, THEY HAVE ONLY MINIMAL EQUIPMENT ON HAND.
(SEE BELOW.)
(B) THE MECHANIZED UNIT AND THE COMBAT SUPPORT COMPANY CURRENTLY
ARE PERFORMING AS LIGHT INFANTRY. IF THEIR EQUIPMENT ARRIVES,
THEY WILL BEGIN TRAININGIN THEIR COMBAT SPECIALTIES. TO DATE,
IT HAS NOT BEEN DECIDED WHAT TYPE OF VEHICLE WILL BE UTILIZED IN
THE MECHANIZED RECONNAISSANCE SQUADRON.
(C) INITIALLY, IT WAS PLANNED TO GIVE THE BATTALION FOUR ORGANIC
HELICOPTERS (UH-1H). SUBSEQUENTLY, THE ARMED FORCES GENERAL STAFF
THOUGHT IT WOULD BETTER TO STATION FOUR HELICOPTERS AT THE
BATTALION, BUT TO ROTATE THEM, THUS ALLOWING MAINTENANCE
TO BE UNDERTAKEN AT THE AIR FORCE BASE AT ILOPANGO
THE FINAL DECISION HS NOT BEEN MADE ON THIS SUBJECT.
(D) THE BATTALION STAFF WAS MODELED ON THE STANDARD STAFF OF A
DEPARTMENTAL COMMAND WHICH HAS PROVEN INADEQUATE DUE TO THE
FACT THAT THE S-1/S-4 AND S-2/S-3 ARE COMBINED. A LARGER
STAFF IS REQUIRED BECAUSE OF THE SIZE OF THE UNIT AND
THE COMPLEXITIES OF ITS ORGANIZATION.
(4) OPERATNS:
(1) THE BATTALION IS SUBORDINATED DIRDCTLY UNDER THE CHIEF OF THE
ARMED FORCES GENERAL STAFF; ITS MISSION WILL BE TO PERFORM AS A
COUNTERGUERRILLA REACTION FORCE IN ANY SECTOR OF THE COUNTRY.
THE UNIT HAS
BEEN TASKED TO SEND SEPARATE RIFLE COMPANIES TO DIFFICULT INSURGENCY
AREAS TO AUGMENT HARD PRESSED DEPARTMENTAL COMMANDS.
(B) THE BATTALION HAS NOT BEEN ATTACKED BY GUERRILLAS; HOWEVER,
CONTINGENCY PLANS FOR PERIMETER DEFENSE HAVE BEEN MADE. THIS EFFORT
HAS BEEN COORDINATED WITH THE NEIGHBORING CAVALRY REGIMENT.
(6) INTELLIGENCE:

BT

ACTION DB-3E2(1) DIA(1)                        (U,6,7,8,F)
INFO    NIDS(*) J3:NMCC(*) J5(2) RDJTF:LO(1) SECDEF:(*)
        SECDEF(7) USDP(16) ASD:PA&E(1) DI-1(1) NMIC(*)
        RTS-2B(*) RCM-2B1(O) RSS-1(1) SWS(1) JSI-4B(*)
        DC-4(1) AT(1) AAT-X(1) AIS(1) DIO(1) DE(1) DB-1G(1)
        DB-1E(2) DB-4A(1) DB-6(1) DB-1E(1) DT-1(1)
        +CSA WASHINGTON DC
        +CNO WASHINGTON DC
        +CSAF WASHINGTON DC
        +CIA WASHINGTON DC
        +SECSTATE WASHINGTON DC
        +CMC CC WASHINGTON DC
        +DIRNSA FT GEORGE G MEADE MD
SECTIONAL(1)

                    TOTAL COPIES REQUIRED    44

DEPARTMENT OF DEFENSE
JOINT CHIEFS OF STAFF MESSAGE CENTER

```
OTTCIYUN RUESALA7739 2872069
IMMEDIATE/PRIORITY
O P 141631Z OCT 81


TO  DIA WASH DC//DB-3E2/JSI-4B/RSS-1

INFO USCINCSO QUARRY HTS PN//SCJ2    CMDR JSOC FT BRAGG NC//J3-2//
     CDR 470TH MI GP FT CLAYTON PN//IAGPP-PN
     CDR193RDINFBDE(PAN) FT CLAYTON PN//AFZU-OS
     CCCJTF KEY WEST FL//J3-2
     NACOS INTEL CEN SCOTT AFB IL//INW

     CINCLANT NORFOLK              AMEMBASSY MANAGUA
     CDRUSACTAC AWS VA//IAX-TA-C
BT

SECTION 2 OF 2
(8) EQUIPMENT
ALL TROOPS ARE ARMED WITH THE M-16: THE ENTIRE UNIT ONLY HAS
60MM MORTARS. THERE ARE NO MACHINEGUNS OR 81MM MORTARS IN THE
BATTALION. THERE IS NO ORGANIC TROOP TRANSPORT IN THE UNIT:
HOWEVER,                      THE "QUICK REACTION ATLACATL BATTALION"
IS A LIGHT INFANTRY UNIT THAT CAN ONLY MOVE ON FOOT UNLESS VEHICLES
ARE DISPATCHED FROM ANOTHER ORGANIZATION TO THE BATTALION.
(7) COMMUNICATIONS:
THE COMMANDER OF THE BATTALION COMMUNICATES WITH THE ARMED FORCES
GENERAL STAFF BY UTILIZAING A MOTOROLA HT-600, UHF FM, HAND- OLD
RADIO. NO OTHER SYSTME CURRENTLY EXISTS EXCEPT COMMERCIAL TELEPHONE.
THE PLAN FOR INTERNAL COMMUNICATIONS IS THAT BATTALION HEADQUARTERS
WILL COMMUNICATE WITH ITS COMPANIES BY URC-77 AND THE COMPANIES
WILL COMMUNICATE WITH THEIR PLATOONS BY PRC-77 THERE ARE     PRC-77
AND    VRC-64 PRESENTLY IN THE UNIT.
(8) INSTALLATIONS:
THE UNIT IS GARRISONED AT THE FORMER "ESCUELA NORMAL DE MAESTRAS
ALBERTO MASFERRER". THE BUILDINGS AND GROUNDS ARE IN SATISFACTORY
CONDITION: HOWEVER. PROBLEMS NEED CORRECTION IN THE FOLLOWING AREAS:
-WATER SUPPLY
- ELECTRICITY
- SANITATION
- REFRIGERATION
------------------------------------------------------------
9A. (U) DETAILS: NONE
98.              THIS REPORT UPDATES IR
SUBJ: CREATION OF A NEW BATTALION.
10. (U) PROJ NO: N/A
11. (U) COLL MGNT CODES: NONE
12 (U) SPEC INST: N/A
13. (U)
14. (U)
15. (U) REQ EVAL: NO  REL TO:NONE
16. (U) ENCL: N/A
17. (U) DIST BY ORIG: N/A

BT



ACTION DB-3E2(1) DIA(1)              (I.N)
INFO  NIDS(*) J3:NMCC(*) J5(2) RDJTF:LO(1) SECDEF:(*)
      SECDEF(7) USDP(15) ASD:PA&E(1) DI-1(1) NMIC(*)
      RTS-2B(*) RCM-2B1(O) RSS-1(1) SWS(1) JSI-4B(*)
      DC-4(1) AT(1) AAT-X(1) AIS(1) DIO(1) DE(1) DB-1G(1)
      DB-3E(2) DB-4A(1) DB-6(1) DB-1E(1) DT-1(1)
      +CSA WASHINGTON DC
      +CNO WASHINGTON DC
      +CSAF WASHINGTON DC
      +CIA WASHINGTON DC
      +SECSTATE WASHINGTON DC
      +CMC CC WASHINGTON DC
      +OIRNSA FT GEORGE G MEADE MD
SECTIONAL(1)
                        TOTAL COPIES REQUIRED   44
```

**EXHIBIT  O**

~~CONFIDENTIAL~~

TEXT: 1. (C/NF) AS THE TENTH ANNIVERSARY OF THE
ALLEGED EL MOZOTE //GEO COORD 1355N 8808W// MASSACRE BY
BIRI ATLACATL TROOPS APPROACHES, THE ISSUE IS GAINING
CONSIDERABLE MOMENTUM AS A RENEWED HUMAN RIGHTS RALLYING
CRY. THE FOLLOWING IS A RE-TRANSMITTAL OF THE ONLY
ON-STATION USDAO SAN SALVADOR DOCUMENTATION OF THE
ALLEGED INCIDENT. IT IS RE-TRANSMITTED AS A BASELINE
DOCUMENT FOR THE INTELLIGENCE COMMUNITY. COMMUNITY-WIDE
DOCUMENT SEARCH IS REQUESTED ON BEHALF OF AMBASSADOR.
RE-TRANSMITTED IIR IS CONFIDENTIAL/NOFORN IN ENTIRETY.

BEGIN QUOTE:

- FROM: USDAO SAN SALVADOR ES

- TO: DIA WASH DC//JSI-4B/OS-1 /DB-3E2//DB-3E

- INFO: USCINCSO QUARRY HTS PN//SCJ2
-       CDR193RDINFBDE(PAN) FT CLAYTON PN//IAGPP-PN
-       COMUSFORCARIB KEY WEST FL//J2
-       USDAO GUATEMALA CITY GT
-       USDAO MEXICO CITY MX

- CONFIDENTIAL NOFORN

- SUBJ: IR 6 829 0038 82/EL SALVADOR/CONVERSATION
WITH ATLACATL BATTALION OFFICERS CONCERNING ALLEGED
MIS-CONDUCT OF THE ARMY IN MORAZAN DEPARTMENT/(U)

- THIS IS AN INFO REPORT, NOT FINALLY EVALUATED INTEL

- 1. (U) CTRY: EL SALVADOR (ES)

- 2. (U) IR NO: 6 829 0038 82

- 3. (U) TITLE: CONVERSATION WITH ATLACATL
BATTALION OFFICERS CONCERNING ALLEGED MIS-CONDUCT OF THE
ARMY IN MORAZAN DEPARTMENT.

- 4. (U) DATE OF INFO: 820201

- 5. (U) ORIG: USDAO SAN SALVADOR, ES

- 6. ████████████████████████████  N/E

- 7. (U) SOURCE: ████████████████  (C)
                                    S/M

- 8. (C/NOFORN) SUMMARY: (ENTIRE TEXT
CONFIDENTIAL/NOFORN) THIS IR PROVIDES A SUMMARY OF
REMARKS MADE BY LIEUTENANT COLONEL JOSE DOMINGO
((MONTERROSA)), COMMANDING OFFICER OF THE ATLACATL
BATTALION; MAJOR JESUS NATIVIDAL ((CASERES)), EXECUTIVE
OFFICER OF THE ATLACATL BATTALION; MAJOR JOSE ARMANDO

~~CONFIDENTIAL~~

CONFIDENTIAL

((AZMITIA)) MELARA, S-3 OF THE ATLACATL BATTALION ON THE
ALLEGATIONS THAT ATROCITIES WERE COMMITTED BY ELEMENTS
OF THE ARMED FORCES OF EL SALVADOR.  THE INCIDENT
DISCUSSED IN THESE CONVERSATIONS IS ALLEGED TO HAVE
TAKEN PLACE IN THE VICINITY OF EL MOZOTE (1355N-8808W),
MORAZAN DEPARTMENT, DURING OPERATION "RESCATE" (6-17
DECEMBER 1981).  THE ATLACATL BATTALION PARTICIPATED IN
OPERATION "RESCATE".

-   9A.  (C/NOFORN)  DETAILS:  (ENTIRE TEXT
CONFIDENTIAL/NOFORN)

-   (1)  THE EXACT PURPOSE OF RO'S VISIT TO THE ATLACATL
BATTALION (I.E. TO DETERMINE THE MISSION ASSIGNED, AND
SUCCESSIVE POSITIONS OCCUPIED BY THE BATTALION DURING
OPERATION "RESCATE"; AND TO SPECIFICALLY DETERMINE IF
THE BATTALION, OR ELEMENTS THEREOF, WERE INVOLVED IN THE
FIGHTING AROUND AND IN EL MOZOTE, MORAZAN DEPARTMENT
DURING THAT OPERATION) WAS PUT TO THE COMMANDING
OFFICER, LTC MONTERROSA SHORTLY AFTER GREETINGS AND
PLEASANTRIES WERE EXCHANGED.  LTC MONTERROSA REMAINED
DISTANTLY COURTEOUS, BUT HE FIRMLY TOLD RO THAT HE WAS
NOT IN A POSITION TO DISCUSS THESE SPECIFIC SUBJECTS,
AND THAT RO HAD BETTER OBTAIN PERMISSION FROM THE
GENERAL STAFF OF THE ARMED FORCES BEFORE HE CAME WITH
SUCH INQUIRIES TO HIS (LTC MONTERROSA'S) BATTALION.  (RO
NOTE:  QUITE FRANKLY, RO FELT THAT THE INTERVIEW, ALBEIT
SHORT, WAS THUS TO BE TERMINATED).  RO MADE THE
OBLIGATORY APOLOGIES FOR WHAT THE COLONEL MAY HAVE
INTERPRETED AS IMPERTINENCE.  RO ALSO POINTED OUT THAT
CANDID ANSWERS TO THE QUESTIONS POSED WOULD FACILITATE
COUNTERING RECENT PRESS RELEASES WHICH WERE LESS THAN
COMPLIMENTARY TO THE ARMED FORCES OF EL SALVADOR.

-   (2)  AT THIS POINT MAJOR AZMITIA INTERJECTED WITH
WHAT CAN ONLY BE DESCRIBED AS A PARABLE:  THE UNIT THAT
HAD FOUGHT AT EL MOZOTE HAD HAD A TOUGH TIME OF IT, AND
THAT BECAUSE OF THE INTENSITY AND DURATION OF THE BATTLE
(RO NOTE:  MAJOR AZMITIA SEEMED TO SLIP HERE, AS HE USED
THE FIRST PERSON PLURAL "WHEN WE APPROACHED EL MOZOTE IN
THE EARLY AFTERNOON...."----" "CUANDO NOS ACERCAMOS A
AQUEL PUEBLO EN LA TARDE.....")  THERE WERE UNDOUBTEDLY
CASUALTIES AMONG NON-COMBATANTS.  COL MONTERROSA THEN
TOOK UP THE NARRATIVE.  HE SAID THAT THE UNIT INVOLVED
HAD HAD TO FIGHT THROUGH FIXED ENEMY POSITIONS, THEN,
ONCE IN THE TOWN, FIRE WAS RECEIVED FROM THE HOUSES IN
THE TOWN (RO NOTE:  LTC MONTERROSA NOW UTILIZED THE
FIRST PERSON:  "I DO NOT HAVE X-RAY VISION, AND I CAN
NOT SEE INSIDE THE HOUSE FROM WHICH SOMEONE IS SHOOTING
AT ME; NOR IN THOSE TYPE OF CIRCUMSTANCES AM I VERY
DISPOSED TO WASTE TIME TRYING TO FIND OUT WHO ELSE MIGHT
BE IN THE HOUSE.")  LTC MONTERROSA THEN STATED (IN THE
THIRD PERSON) THAT 90MM RECOILLESS RIFLES WERE USED
AGAINST THE HOUSE FROM WHICH FIRE WAS RECEIVED.  AT THIS



CONFIDENTIAL

~~CONFIDENTIAL~~

POINT LTC MONTERROSA SAID HE WANTED TO REITERATE TO RO
THAT HE DID NOT KNOW WHICH DAY (OF THE OPERATION) RO WAS
INTERESTED IN, AND THAT HE WAS ONLY SPEAKING IN GENERAL,
NOT SPECIFIC, TERMS ABOUT WHAT HAD OCCURRED AT EL MOZOTE.

-   (3)  MAJOR AZMITIA COMMENTED THAT "THEY HAD BEEN
THERE (EN LA ZONA DE MOZOTE) FROM EARLY AFTERNOON UNTIL
LATE IN THE AFTERNOON (DESDE LAS TEMPRANAS HORAS DE LA
TARDE HASTA MUY TARDE) FIGHTING."  THEN HE SWITCHED TO
THE THIRD PERSON AND SAID THAT CASUALTIES HAD BEEN HEAVY
(NFI) AMONG GOVERNMENT TROOPS.  AS AN ASIDE, HE SAID THE
FIGHTING IN ARAMBALA (1356N-8808W), MORAZAN DEPARTMENT,
HAD NOT BEEN SO HEAVY.

-   (4)  RO ASKED LIEUTENANT COLONEL MONTERROSA IF HE
KNEW IF ANY PRISONERS HAD BEEN TAKEN DURING OR AFTER THE
BATTLE FOR EL MOZOTE.  AGAIN, THE COLONEL ASSUMED AN
ADAMANT  DEMEANOR, AND SUGGESTED THAT RO CONSULT WITH
THE GENERAL STAFF, OR GET PERMISSION FROM THE GENERAL
STAFF TO ASK HIM SUCH QUESTIONS.  HE THEN PROCEEDED TO
REPEAT THAT HE COULD NOT ANSWER RO'S QUESTIONS ABOUT HIS
BATTALION'S PARTICIPATION IN THE RESCATE OPERATION UNTIL
HE HAD PERMISSION FROM THE GENERAL STAFF TO DO SO.  THEN
HE SEEMED TO MELLOW SOMEWHAT, AS HE EXPRESSED WHAT
APPEARED TO BE GENUINE INTEREST IN REVIEWING THE
PARTICIPATION OF THE ATLACATL BATTALION, WITH RO, IN THE
ENTIRE OPERATION.  IF THE GENERAL STAFF WOULD NOTIFY HIM
THAT HE COULD DO SO, HE WOULD SIT DOWN WITH RO AND SHOW
HIM HOW HIS BATTALION MOVED, THE ORDERS HE ISSUED (HE
CLAIMED HE KEPT THESE), AND HOW THE ENEMY REACTED.
LACKING GENERAL STAFF APPROVAL, HE COULD NOT, AND HE
STATED HE WAS SORRY HE COULD NOT, PROVIDE RO WITH THE
ASSISTANCE HE WAS SEEKING.  THE INTERVIEW HAD COME TO AN
END



-   (6)  RO WAS ESCORTED TO HIS VEHICLE BY MAJOR
AZMITIA, WHO ACTED APOLOGETIC ABOUT THE FACT THAT THEY
COULD NOT PROVIDE MORE FACTS ABOUT EL MOZOTE, BUT HE WAS
SURE THAT THE RO UNDERSTOOD WHAT LTC MONTERROSA HAD BEEN
TALKING ABOUT.

-   9B.  (C/NOFORN)  ORIG CMTS:  (ENTIRE TEXT
CONFIDENTIAL/NOFORN)

-   (1)  THE ABOVE INTERVIEW WAS ARRANGED BASED ON AN
INQUIRY BY THE AMBASSADOR TO TRY AND DETERMINE WHAT UNIT
OR UNITS PARTICIPATED IN THE ATTACK ON EL MOZOTE DURING
OPERATION "RESCATE".  RO ARRIVED AT ATLACATL BATTALION



~~CONFIDENTIAL~~

~~CONFIDENTIAL~~

HEADQUARTERS SHORTLY AFTER 1500 HOURS (L) ON 1 FEBRUARY 1982. HE LEFT SHORTLY AFTER 1700 HOURS (L).

- (2)  MAJOR AZMITIA WAS PRESENT DURING THE ENTIRE PERIOD RO SPENT WITH LTC MONTERROSA; MAJ CASERES ENTERED ABOUT MID-DISCUSSION, █████████████████████



- (3)  ALL THREE OFFICERS MENTIONED IN THIS REPORT WERE IN MORAZAN DEPARTMENT DURING OPERATION "RESCATE", ALTHOUGH MAJOR CASERES APPARENTLY SPENT PERIODS AT THE BATTALION HEADQUARTERS AT SITIO DEL NINO (1348N-8922W) DURING THE OPERATION.

- (4)  THE TWO HOURS SPENT WITH THESE THREE OFFICERS WAS INTERESTING TO SAY THE LEAST.  THE NUANCES, SUBTLETIES AND INDIRECT COMPARISIONS USED BY LTC MONTERROSA AND MAJ AZMITIA WERE INTRIGUING.  YET THE CENTRAL QUESTIONS REMAIN WITHOUT DEFINITIVE ANSWERS.

- (5)  RO'S PERSONAL OPINION, AND HE EMPHASIZES "PERSONAL", IS THAT ATLACATL BATTALION OR ELEMENTS THEREOF PARTICIPATED IN THE ATTACK ON EL MOZOTE.  PRECLUDING PERMISSION FROM GENERAL GARCIA, MINISTER OF DEFENSE, DEFINITIVE ANSWERS AS TO THE MISSION, POSITIONS, AND ACTIONS PARTICIPATED IN, OF THE ATLACATL BATTALION IN OPERATION "RESCATE" MAY NEVER BE FORTHCOMING.

- (6)  THIS IR SUPPLEMENTS IR 6 829 0034 82, AND AMEMBASSY SAN SALVADOR 773, DTG 312020Z JAN 82.

- ████████████████████████
- ████████████████████████
- █████████████████████████
- █████████████████████████████
- ██████████████████████████

DEFENSE  (U) APP BY:  DENNIS M. DUGGAN, COL, GS, ATTACHE.

- 19  (U) REQ EVAL:  NO     REL TO:  N/A

- 19  (U) ENCL:  N/A

- 19  (U) DIST BY ORIG:  N/A

REVW  FEB 82.

~~CONFIDENTIAL~~