Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELINA GODOY, director of the Center;<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE; DEFENSE INTELLIGENCE AGENCY; and UNITED STATES SOUTHERN COMMAND;<br><br>Defendants. | No. 2:17-cv-01854-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF OF 26(F) CONFERENCE, INITIAL DISCLOSURES AND JOINT STATUS REPORT |

It is hereby ORDERED that:

The parties are released from the initial disclosure requirements of Rule 26(a)(1), as well as from the requirements of Rule 26(f), requiring the parties to prepare a discovery plan.

The parties are required, however, to prepare and file with the Court a joint report indicating by what means, and on what schedule, they intend to resolve the issues presented by this litigation. That report shall be filed no later than **March 16, 2018.**

The Clerk shall provide copies of this order to all counsel.

ORDER GRANTING STIPULATED
MOTION FOR RELIEF OF 26(F) CONFERENCE,
INITIAL DISCLOSURES AND JOINT STATUS REPORT -1-

Dated this __14th___ day of ___February___, 2018

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge