# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| THE UNIVERSITY OF WASHINGTON, | CASE NO. C17-1854 MJP |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPARTMENT OF DEFENSE, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court GRANTS the parties' request for a further continuance of their discovery schedule and orders them to submit another status report on or before July 26, 2018.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 14, 2018.  William M. McCool
 Clerk of Court

 s/Paula McNabb
 Deputy Clerk

MINUTE ORDER - 1