# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| THE UNIVERSITY OF WASHINGTON, | CASE NO. C17-1854 MJP |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPARTMENT OF DEFENSE, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court GRANTS the parties' request for a further continuance of their discovery schedule and orders them to submit another status report on or before December 10, 2018.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 31, 2018.
            William M. McCool
            Clerk of Court

            s/Paula McNabb
            Deputy Clerk