The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | No. 2:17-cv-1854-MJP<br><br>**ORDER** |

The United States of America has filed a Motion for a Stay of Deadlines in Light of Lapse of Appropriations, in which the United States seeks a stay of deadlines in this case commensurate with the duration of the lapse in appropriations for the United States Department of Justice.

//

//

ORDER - 1
(C17-1854-MJP)

1  The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

The United States' Motion for a Stay of Deadlines in Light of Lapse of Appropriations is GRANTED. All pending deadlines for the above-captioned case are hereby STAYED and are hereby EXTENDED commensurate with the duration of the lapse in appropriations. The Government is responsible for notifying the Court once appropriations have been received.

DATED this __17th__ day of January, 2019.

_(signature)_

The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

ANNETTE L. HAYES
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail: michelle.lambert@usdoj.gov

*Attorneys for the United States*