# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, et al., <br><br> Defendants. | CASE NO. C17-1854 MJP <br><br> ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL |

The above-entitled Court, having received and reviewed:

1. Plaintiffs' Motion to Compel (Dkt. No. 37),

2. Defendant SouthCom's Opposition to Plaintiffs' Motion to Compel (Dkt. No. 39),

3. Plaintiffs' Reply in Support of Motion to Compel (Dkt. No. 43),

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is GRANTED and Defendant SouthCom is ordered to complete the following within 30 days of the date of this order:

- Conduct a subsequent search of its electronic files using the following search terms and produce documents responsive to Plaintiffs' FOIA requests:

    o FOIA Request 185D: "Belloso"

    o FOIA Request 191D: "Molina" OR "Barrios" OR "Cabrera" OR "Melara" OR "Portillo" OR "Grijalba" OR "Perez" OR "Salazar" OR "Rodriguez" OR "Jimenez"

    o FOIA Request 198D: "Mozote"

    o FOIA Request 180D: "Sumpul" OR "Chalatenango"

    o FOIA Request 200D: "Garcia" AND "Minister"

    o FOIA Request 220D: "Morazan"

    o FOIA Request 218D: "Monterrosa"

    o FOIA Request 171D: "Atlacatl"

- Contact former SouthCom employees familiar with the responsive documents in order to ascertain the physical location of the records;

- Following SouthCom's interviews of former employees, produce a proposed search of all physical documents that may contain responsive records for Plaintiffs' review and the Court's approval;

- Provide a list of all Inactive Storage Facilities to which SouthCom has retired documents created between the years 1980-82;

- Produce copies of all SF-115s and SF-135s detailing the retirement of any documents from 1980-82, as well as all SF-115s and SF-135s for the two boxes of documents it previously recalled from an ISF;

- Immediately recall all documents that may be responsive to Plaintiffs' FOIA requests from all ISFs. Once SouthCom is in receipt of these records, SouthCom shall have 14 days to conduct a manual review of these documents and produce all responsive records.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 7, 2019.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL - 2