# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| THE UNIVERSITY OF WASHINGTON, et al., | CASE NO. C17-1854 MJP |
|---|---|
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DEPARTMENT OF DEFENSE, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of the parties' latest Joint Status Report (Dkt. No. 51) and GRANTS the parties' request for the submission of an additional Joint Status Report by no later than **September 13, 2019.**

The clerk is ordered to provide copies of this order to all counsel.

Filed August 2, 2019.

          <u>William M. McCool</u>
          Clerk of Court

          <u>s/Paula McNabb</u>
          Deputy Clerk