UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>Defendants. | CASE NO. C17-1854 MJP<br><br>ORDER |

The Court, having received and reviewed the parties' Joint Status Report (Dkt. No. 57) filed on December 16, 2019, enters the following order:

IT IS ORDERED that the parties are granted a continuance until **January 30, 2020** to file a stipulated dismissal with prejudice or submit a briefing schedule.

The parties are advised that the Court will grant no further continuances in this matter.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 17, 2019.

*(signature)*

Marsha J. Pechman
United States Senior District Judge