UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>Defendants. | CASE NO. C17-1854 MJP<br><br>ORDER TO SHOW CAUSE |

On March 31, 2020, this Court entered a Minute Order granting the parties' request for a further continuance, but ordering them to file an updated status report by the earlier of (1) the completion of the DIA review of the remaining 25 documents, or (2) July 1, 2020.  Dkt. No. 61.  The parties having failed to file their updated status report in conformity with this order, therefore,

IT IS ORDERED that the parties must show cause, by no later than **July 17, 2020**, why this matter should not be dismissed for failure to comply with the orders of this Court.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 2, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER TO SHOW CAUSE - 2