UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE UNIVERSITY OF
WASHINGTON, et al.,

               Plaintiffs,

      v.

DEPARTMENT OF DEFENSE, et al.,

               Defendants.

CASE NO. C17-1854 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of the parties' updated Joint Status Report (Dkt. No. 63).  In consideration of the current situation,

IT IS ORDERED that the matter is continued, and the parties will provide the Court with an updated status report upon (1) completion of the DIA review of the remaining documents, or (2) October 7, 2020, whichever first occurs.

The clerk is ordered to provide copies of this order to all counsel.

Filed July 7, 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk