UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>　　　　　　Defendants. | CASE NO. C17-1854 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed the Parties' Joint Status Report. (Dkt. No. 68.) IT IS ORDERED that, by no later than February 15, 2021, the Parties shall provide the Court with a stipulated notice of dismissal with prejudice, or, if settlement is not reached, with a joint status report setting out a proposed schedule for the remaining issues to be determined by the Court.

The clerk is ordered to provide copies of this order to all counsel.

Filed January 19, 2021.

MINUTE ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2