District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELINA GODOY, director of the Center;<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE; DEFENSE INTELLIGENCE AGENCY; and UNITED STATES SOUTHERN COMMAND;<br><br>Defendants. | CASE NO. 2:17-cv-01854-MJP<br><br>STIPULATED ORDER FOR DISMISSAL |

The parties have settled Plaintiffs' claims for attorney's fees and costs for $95,000.00. Now that all FOIA requests specifically referenced in Plaintiffs' complaint in the above-captioned action against Defendants Department of Defense, Defense Intelligence Agency, and United States Southern Command have been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action.

STIPULATED ORDER FOR DISMISSAL - 1
(CASE NO. C17-1854-MJP)
4810-6514-0403v.1 0200873-000002

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3200
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 21st day of January, 2021

Respectfully Submitted,

Davis Wright Tremaine LLP

By */s/ Jordan Clark*
    Jordan Clark, WSBA #49659
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: (206) 757-8176
    E-mail: jordanclark@dwt.com

    Thomas R. Burke (admitted *pro hac vice*)
    505 Montgomery Street, Suite 800
    San Francisco, CA 94111-6533
    Telephone: (415) 276-6552
    E-mail: thomasburke@dwt.com
    Attorneys for Plaintiffs


BRIAN T. MORAN
United States Attorney

By */s/ Michelle R. Lambert*
    Michelle R. Lambert, NYS #4666657
    Assistant United States Attorney
    United States Attorney's Office
    1201 Pacific Ave, Suite 700
    Tacoma, Washington  98402
    Phone: (253) 428-3824
    Email: michelle.lambert@usdoj.gov

    Attorneys for Defendants

STIPULATED ORDER FOR DISMISSAL - 2
(CASE NO. C17-1854-MJP)
4810-6514-0403v.1 0200873-000002

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3200
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## **ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation.

Dated this 26th day of January, 2021.

MARSHA J. PECHMAN
United States District Judge

STIPULATED ORDER FOR DISMISSAL - 3
(CASE NO. C17-1854-MJP)
4810-6514-0403v.1 0200873-000002

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3200
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax